# EXHIBIT C

# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

```
------------------------------X
U.S. COMMODITY FUTURES        :
TRADING COMMISSION,           :   C.A. No:
                              :   1-12-cv-06763
        Plaintiff             :
                              :   Judge James F.
        -vs-                  :   Holderman
                              :   Magistrate
DONALD A. NEWELL and          :   Geraldine Soat
QUIDDITY, LLC,                :   Brown
                              :
        Defendants            :   Pages 1 - 428
------------------------------X
```

Deposition of Jeffrey H. Harris, Ph.D.

Washington, D.C.

Friday, January 10, 2014

Job 2446

Reported by:  Kathleen M. Vaglica, RMR

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 3 of 400 PageID #:725

1

2

3

4

5

6

7

8                               Friday, January 10, 2014

9                               (9:28 a.m.)

10

11    Deposition of Jeffrey H. Harris, Ph.D., held at the

12    offices of:

13

14        U.S. Commodity Futures Trading Commission

15        1155 21st Street, N.W.

16        Washington, D.C.   20581

17

18

19    Pursuant to notice, before Kathleen M. Vaglica, RMR,

20    a Notary Public in and for the District of Columbia.

21

22

1                    A P P E A R A N C E S

2

3

4    COUNSEL FOR PLAINTIFF

5         BOAZ ISRAEL GREEN, ESQUIRE

6         MICHAEL W. SOLINSKY, ESQUIRE

7         U.S. Commodity Futures Trading Commission

8         Division of Enforcement

9         1155 21st Street, N.W.

10        Washington, D.C.  20581

11        (202) 418-6623

12

13   COUNSEL FOR DEFENDANTS

14        ALAN F. BLOCK, ESQUIRE

15        Block & Landsman

16        33 N. LaSalle Street

17        Suite 1400

18        Chicago, IL  60602

19        (312) 251-1144

20

21   ALSO PRESENT

22        DONALD NEWELL

1                         CONTENTS

2

3     EXAMINATION OF JEFFREY H. HARRIS, Ph.D.          PAGE

4     BY MR. BLOCK                              6, 402

5     BY MR. GREEN                                 396

6

7                    E X H I B I T S

8     NUMBER                                        PAGE

9

10    1      Expert Report of Jeffrey H.           21
             Harris, Ph.D.
11
      2      Supplemental Expert Report of         48
12           Jeffrey H. Harris, Ph.D.

13    3      Handwritten Document                  50

14    4 and  Customer Trades and Proprietary      109
      5      Trades
15
      6      Plaintiff's Answers and             112
16           Objections to Defendants' Second
             Set of Interrogatories to
17           Plaintiff

18    7      Expert Report of John E. Parkes,    188
             Jr.
19
      8      Sources Used to Construct the       200
20           Datasets and Sample Description

21    9      XFA Trades                          228

22    12     Trade 1 Document                    271

Page 5

| | | | |
|---|---|---|---|
| 1 | 16 | SAS Code | 321 |
| 2 | 17 | Final Expert Report of John Burnside | 354 |
| 3 | | | |
| | 18 | Quiddity Due Diligence Questionnaire | 92 |
| 4 | | | |
| 5 | 19A | Website Pages | 183 |
| 6 | 19B | SAS Code | 324 |
| 7 | 20 | Mizuho Tickets | 343 |
| 8 | 21 | Mizuho Tickets | 344 |
| 9 | 22 | Mizuho Tickets | 346 |
| 10 | 23 | Plaintiff's Preliminary Answers and Objections to Defendants' | 383 |
| 11 | | Interrogatories | |

12    *Exhibits 10, 11, 13, 14 and 15 not marked.

13

14

15

16

17

18

19

20

21

22

PROCEEDINGS

1

2       Thereupon,

3                    Jeffrey H. Harris, Ph.D.,

4     a witness, called for examination by counsel for the

5     Defendants and, after having been sworn by the

6     notary, was examined and testified as follows:

7          EXAMINATION BY COUNSEL FOR THE DEFENDANTS

8     BY MR. BLOCK:

9          Q.    Let the record reflect that today is

10    January 10, 2014, and this is the oral deposition of

11    Dr. Jeffrey H. Harris taken pursuant to notice in a

12    case styled CFTC versus Donald Newell, et al., Case

13    Number 12-cv-6763 pending in the United States

14    District Court for the Northern District of

15    Illinois, Eastern Division.

16              Mr. Harris, I know you and I have been

17    introduced earlier or Dr. Harris, but I'm Alan

18    Block, and I represent the Defendants in this case.

19    And, before we get into the substance of today's

20    proceedings, I'm going to ask you to state your full

21    name for the record.

22          A.    That's Jeffrey H. Harris.

1      Q.    Dr. Harris, have you ever been deposed

2  before?

3      A.    I have not.

4      Q.    Well, let's go over some of the

5  procedures, and I'll refer to it as ground rules for

6  a deposition.  What's going to happen is I'm going

7  to ask you a series of questions that are going to

8  require an audible response, so you can't nod your

9  head in response.  You can't wave me off or give any

10  other gestures you might use if, for instance,

11  you're driving on the highway.  You can't shrug your

12  shoulders or say uh-huh or uh-uh.  It has to be an

13  articulated verbal response so the court reporter

14  can take everything down.  Do you understand that?

15      A.    Yes, I do.

16      Q.    I'm going to be asking you questions, and,

17  if at any point you don't understand one of my

18  questions, ask me to repeat it or to restate it or

19  to clarify it, and I'll attempt to do so.  If you

20  undertake to answer the question as posed, the

21  record will reflect that you understood the

22  question.  Do you agree with that?

1    A.    Yes.   Sure.

2        Q.    If at any time you need to take a break

3    whether to stretch your legs or get some fresh air,

4    whatever it is, all you need to do is it ask me.

5    I'll do everything I can to accommodate you.   I

6    don't like to stop while a question is pending, but,

7    other than that, if you ask me, I'll do everything I

8    can to accommodate you, as I said.   Is that fair?

9        A.    Sure.   Yes.   Thank you.

10        Q.    And, if at any time you need to speak with

11    counsel, you let me know, and, again, we'll do

12    everything we can to accommodate you.   I think with

13    that I'm going to ask you, I asked you how many

14    times you've been deposed.   Have you ever given

15    testimony at trial?

16        A.    No.

17        Q.    Have you ever given testimony at a hearing

18    in a civil matter?

19        A.    No.

20        Q.    How about in a criminal matter?

21        A.    No.

22        Q.    Could you give me a summary of what you

1    did to prepare for today's deposition?

2          A.    From the beginning or for recently?

3          Q.    Well, specific to today's deposition.

4          A.    Well, we just got done reviewing the

5    second set of interrogatories, so I reviewed that.

6    I went through the original expert report, since I

7    had written that back in August.  I went through my

8    supplemental expert report up to date on exactly

9    what I had done for both of those.  I met with

10   counsel two days ago, talked over what, since I

11   haven't done the deposition before, what the

12   procedures would be and what time we'd be here and

13   make sure that they understood that I was prepared

14   to know what I had written down, just to reiterate

15   that I should be prepared.

16         Q.    Did you review any documents other than

17   the deposition -- excuse me -- other than the

18   discovery responses and your original report?

19         A.    Well, yes.  I looked through some of the

20   SAS code because we provided some of the SAS code

21   for you.  So, I also moved some of the SAS data onto

22   the drive that we just discussed and then sent that

1    off to the counsel yesterday.  Part of that, I guess

2    I reviewed the SAS code to make sure I had the

3    intermediate SAS datasets that we had, were done as

4    part of the programming process, so, yeah, I

5    reviewed those files as well to make sure we had a

6    copy of the set of the intermediate dataset.

7        Q.   One thing I forget to mention earlier is

8    there might be times when more than one person might

9    try to speak.  For instance, your counsel might

10   state an objection or I might be having some

11   dialogue with counsel.  Only one person can speak at

12   any given moment to allow for a clear transcript to

13   be created, so I'm going to ask at the end of my

14   questions if you could pause before you answer, and

15   I'll extend the same courtesy to you.  Hopefully,

16   I'll wait until the end of your question before I,

17   your answer to my question before I ask the next

18   question just to make sure only one person is

19   speaking at any given moment.  Do you understand

20   that?

21        A.   That sounds fine.

22        Q.   Now, you mentioned some SAS code

1    information you looked at.  Did you look at any hard

2    copy documents or computer scan copies of documents

3    such as account statements or trade tickets in

4    preparation for today's deposition?

5         A.    No.

6         Q.    And, other than what you mentioned, do you

7    recall anything else that you have reviewed in

8    preparation for today's deposition, reviewed with

9    regards to, for instance, documentation or records?

10        A.    No.

11        Q.    And could you summarize the terms of your

12   retention by the CFTC in this matter?

13        A.    Terms in terms of --

14        Q.    How are you being compensated for your

15   time?

16        A.    They are paying me?

17        Q.    Yes.

18        A.    350 an hour.

19        Q.    And how is that rate determined?

20        A.    They asked me what my rate would be.  I

21   gave them a rate, and they agreed.

22        Q.    Is that a rate that you charge for all

1    expert analysis that you do for --

2         A.   Actually, it's a discount.

3         Q.   And why is it a discount?

4         A.   I've done some work for the government

5    before, since I worked in the government.  I

6    understand they have bigger budget constraints than

7    other clients, so I offered a lower rate.

8         Q.   If it was a non-government client, how

9    much would your rate be per hour?

10        A.   Normally 650.  Six hundred fifty that is.

11        Q.   And how often are you retained to give

12   expert analysis in matters?

13        A.   Well, it's changed in the last six months

14   or eight months since we started this case.  I think

15   I've done four or five cases before, and then I've

16   done, I guess four cases have been initiated since I

17   started this particular case.

18        Q.   So, right now you currently have five

19   cases in which you are offering some type of expert

20   opinion or analysis?

21        A.   No.  Right now two.

22        Q.   So, you have two current?

1     A.    Right.

2     Q.    Which means that a couple other

3   assignments you had have been completed within the

4   last six or eight months?

5     A.    Right.

6     Q.    And how much of your time, say on an

7   average weekly basis, do you spend on cases

8   involving expert opinions and analysis?

9     A.    That's highly variable, but I'm limited by

10   my contract at the university to have no more than

11   one day, so no more than 20 percent of my time can

12   be committed to outside income.  So, I would say

13   probably for the last five months I spent one day a

14   week.  Prior to that, it was more like four hours

15   every week.  So, and at the low point zero.  So,

16   there are times when I'm not doing any work outside

17   of my professional job.

18     Q.    Do you know how much time you spent in

19   preparation for today's deposition?

20     A.    For the deposition?  I would say six

21   hours, approximately.

22     Q.    And have you employed or retained any

1   assistance to help you in this matter?

2        A.   Yeah, we did.  So, we hired Mike Schafer.

3        Q.   Who is Mr. Schafer?

4        A.   Mike Schafer is, he's currently a

5   professor at Providence College.  I know Mike

6   because he was, I was on his Ph.D. committee.

7        Q.   Professor of what?

8        A.   Finance.

9        Q.   And has he been compensated for his time?

10       A.   I believe so, yes.

11       Q.   Do you know at what rate?

12       A.   $75 an hour.

13       Q.   Is Mr. Schafer the only one --

14       A.   Yes.

15       Q.   -- who you used -- wait till I'm done with

16   the question -- that you used as an assistant in

17   this matter?

18       A.   Yes.

19       Q.   And what was Mr. Schafer's role versus

20   your role?

21       A.   He was primarily doing the work up front,

22   doing the data entry to program the SAS, and, given

1    the variety of data entry or formats that we had to

2    process, he did most of the data entry and then most

3    of the SAS programming.

4          Q.    And with regards to the data entry, what

5    was your contribution of time?  What did you do as

6    far as your efforts?

7          A.    Well, I worked with him and talked to him

8    about issues we had with different trade tickets or

9    different series of data, briefing him on what data

10   was in the file, what data was in the computer

11   files, what data were on the trade tickets and then

12   assisted in assessing whether the file was readable

13   or whether the handwriting on the trade ticket was

14   legible.

15         Q.    Did you give him hard copies to trade

16   tickets or is it all electronic?

17         A.    It was all PDF files, so where there was a

18   hard copy, from what I understand, when there was a

19   hard copy of a trade ticket, it was scanned and

20   provided to us as a PDF.

21         Q.    And do you know how much time Mike Schafer

22   has spent on this matter?

1      A.   I don't know precisely.  I would guess 70

2  or 80 hours.  I'm not exactly sure.

3      Q.   Who pays Mr. Schafer?

4      A.   Well, the CFTC contract is written with me

5  as, with assistance.  So, he's not listed, I guess,

6  in the contract, but an assistant generally is

7  listed in that contract.

8      Q.   Do you know how much you've been paid to

9  date in the contract with the CFTC for this matter?

10      A.   Somewhere around $20,000, I believe.

11  Maybe a little less.  We just got, there was some

12  contract extension we did a few weeks ago.

13      Q.   And I believe you testified earlier that

14  you're contractually limited to allowing 20 percent

15  of your time for outside business income?

16      A.   Mm-hmm.

17      Q.   Is that a yes?

18      A.   Yes.

19      Q.   And the contract is with American

20  University?

21      A.   The current contract, yes, is with

22  American University.  When I started this effort

1   last spring, I was employed, well, with Syracuse

2   University.

3        Q.   And when did you move to American?

4        A.   I signed a contract with American

5   University on August 8, 2013.

6        Q.   Attached to your initial report is a copy

7   of your C.V.  Other than the change with regards to

8   Syracuse to American, are there any other changes

9   that need to be made to update your C.V.?

10       A.   No.  Well, I'm trying to think.  I just

11  got a couple papers accepted or one paper accepted.

12  I don't know if that's reflected in my C.V.  I was

13  on, I've been in this, for the fall semester in a

14  little bit of limbo because I went on leave for the

15  Syracuse job, so, technically speaking, until last

16  week I was employed by Syracuse as well.

17       Q.   Why did you go on leave from Syracuse?

18       A.   Well, 'cause I didn't quit outright in

19  August.  So, keeping an option open for my family

20  purposes, I went on leave for my Syracuse job,

21  accepted the American University job and have been

22  trying to decide during the fall semester which

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 19 of 400 PageID #:741

1    school I would go to permanently.

2         Q.    And what was it about American that

3    chose -- obviously, you chose American over

4    Syracuse; correct?

5         A.    Yes.  I just resigned at Syracuse

6    officially last week or two weeks ago.

7         Q.    And, so, what's your position at American?

8         A.    My position now at American is the Gary

9    Cohn, C-O-H-N, Goldman Sachs Endowed Chair in

10   finance.

11        Q.    And what does that entail?

12        A.    Well, I'm a full professor teaching three

13   classes like a normal professor would at that level.

14   Then the endowment provides for extra remuneration

15   for my expertise and my research to join the school.

16        Q.    Can you estimate over the last, let's say,

17   two to three years what percentage of your income

18   has come from consulting and expert testimony or

19   expert analysis versus teaching or endowments

20   through universities?

21        A.    What percentage?

22        Q.    Yeah.

1    A.    Outside work has probably been about

2  14 percent, maybe.  One seventh or so.

3    Q.    And what three classes do you currently

4  teach?

5    A.    I teach, well, in the fall I taught

6  introductory M.B.A. finance course, and I teach two

7  classes on student management investment fund where

8  the students are investing university money and

9  making portfolio choices on purchasing and selling

10  stock.

11    Q.    Are these classes similar to the classes

12  you taught while you were at Syracuse?

13    A.    They are all in finance, but no.  At

14  Syracuse I taught managerial finance class and

15  theory of finance.  I taught a derivatives class on

16  options, futures and swaps, and I taught a portfolio

17  theory class there as well.  So, the introductory

18  finance I hadn't taught in 15 years, and I've never

19  taught the portfolio class prior to this year.

20    Q.    In reading through your report, your

21  initial report, and your C.V. it appears you had

22  given testimony to Congress in various CFTC panels

1    on numerous occasions; is that a correct

2    characterization?

3        A.   Yes.

4        Q.   It seems to me most of the issues you've

5    been testifying before Congress or the CFTC panels

6    have to do with what I'll term macro issues, larger

7    issues as far as market influences and things of

8    that nature.  Would you agree with that

9    characterization?

10       A.   Yes.  I think part of the testimony on oil

11   markets was related to the data analysis that we had

12   done here, which is more of a micro statistical

13   analysis of Granger causality, so to speak.  So

14   that's a --

15       Q.   But you weren't looking, in that

16   particular issue you weren't looking at any

17   individual trader or trading firm; is that --

18             MR. GREEN:  Objection.

19             MR. BLOCK:  Go ahead.

20             MR. GREEN:  Objection.  Leading.

21   BY MR. BLOCK:

22       Q.   You can answer the question.  Do you

1    understand the question?

2         A.    The analysis we did in those cases for oil

3    markets and other things that I testified to was on

4    groups of firms.  It wasn't about an individual.  It

5    was about aggregate speculators or aggregate hedge

6    funds or other types of --

7         Q.    Let me ask you to look at what's been

8    marked as Exhibit Number 1 for identification

9    purposes, copies of which are before you and your

10   counsel.

11              (Harris Exhibit No. 1, Expert Report of

12   Jeffrey H. Harris, Ph.D., was marked for

13   identification.)

14   BY MR. BLOCK:

15        Q.    Take a moment, go through it.  Let me know

16   when you've had an opportunity to review it.

17        A.    Okay.

18        Q.    Do you recognize this document?

19        A.    Yes.

20        Q.    Can you identify it, please, for the

21   record?

22        A.    This appears to be a copy of my Expert

1    Report written in August of last year.

2          Q.    Can you return to page 22 of the report?

3          A.    20?

4          Q.    22.   Is that your signature?

5          A.    Yes, it is.

6          Q.    And it's dated August 29, 2013?

7          A.    Yes.

8          Q.    Thank you.   May I ask you to turn to page

9    two of the report in the area identified under Roman

10   numeral I is qualifications.   You see in paragraph

11   two it says, "In my capacity as chief economist at

12   the CFTC, I recruited, hired and directed a team of

13   economists who interfaced with market surveillance

14   and enforcement staff regarding economic issues."

15   Could you tell us what your role was dealing with

16   the enforcement staff as reflected in that sentence?

17         A.    My role was I headed the office of the

18   chief economist, so, as part of that, I had a team

19   of economists working for me.   As part of our duties

20   here at the CFTC, I was in charge of assigning and

21   working with my economists as interfacing with

22   Division of Enforcement.   What that meant was, if

```
 1    enforcement had questions that they were considering

 2    or economic analysis that needed to be done, they

 3    would approach me as the leader of the group to find

 4    out if we had resources within the OCE, which is

 5    Office of the Chief Economist, to provide support,

 6    either data analysis support, conceptual support,

 7    empirical design, thought processes about how to

 8    analyze data or how to look at data, how do we

 9    actually make tests on data.

10             Occasionally, we would get other reports

11    that had been written by outside experts delivered

12    to us and ask for an assessment of those reports on

13    either whether they were robust to other statistical

14    work or using our expertise in the office to

15    evaluate whether there was any litigation risk,

16    whether the conclusions that seemed to be drawn by

17    other experts would be, in our opinion, robust or

18    upheld by other types of analyses.

19             So, the enforcement people were fairly,

20    fairly circumspect in the sense that they didn't

21    want to expose a lot of cases to a large number of

22    people, I think.
```

1      Q.   And you refer to your OCE staff.  How many

2   members of your staff did you have?

3      A.   It varied between, I guess, three or four

4   when I arrived to 15, I think, at the peak.

5      Q.   And how many of those were economists?

6   Actually, I should say were they all economists?

7      A.   They were all economists, yeah.

8      Q.   And, when you were working with the CFTC,

9   did you, personally, get involved with any

10   enforcement actions as far as offering testimony or

11   offering any type of analysis with regards to, say,

12   a civil action against a trader?

13      A.   No.  I never personally like, testified

14   about any issue.  I did personally get involved with

15   a couple evaluations of expert reports and vetting

16   the product and the work product that my group of

17   economists were producing.

18      Q.   Did any of those cases have to do with an

19   issue of ex post allocations?

20      A.   No.

21      Q.   I'm going to ask you to turn to the next

22   page of your Exhibit 1.  Actually, it starts bottom

1    of page two; it says, "Additionally, I coordinated

2    efforts with enforcement attorneys regarding the

3    potential for market abuses and directed staff to

4    apply economic analysis to support enforcement cases

5    efficiently and effectively."

6            Could you explain to me, is that different

7    from what you just told us as far as the role of

8    the, your office working with the enforcement staff?

9        A.   No.  What I just described, I guess, was

10   the general overview of the process and the

11   procedures we went through.

12       Q.   Next in the, continuing on page three it

13   says, "Through this work and my own research, I have

14   become intimately familiar with the interface

15   between the Commodity Exchange Act and related

16   regulations and financial market economics."  What

17   do you mean by interface between the Commodity

18   Exchange Act and market economics?

19       A.   Well, the Commodity Exchange Act defines

20   appropriate rules and responsibilities of trading

21   behavior.  And, of course, those rules and the

22   interface between those rules and how traders and

1    market participants apply those rules is the

2    interface.  So, I guess the point being made is that

3    in the commodity markets there was a slew of

4    information that an average finance professor

5    wouldn't know unless you're working with the law in

6    that context.

7         Q.   Were there particular regulations that you

8    utilized on a frequent basis?

9         A.   Well, the major one we encountered was

10   the, what my testimony in front of Congress was, and

11   that was about excessive speculation.

12        Q.   Are there any particular rules or

13   regulations that you have to cite with regards to

14   your work with the enforcement attorneys?  I'm

15   trying to separate from possible issues such as

16   testimony to Congress or to CFTC panels.  Talking

17   about in enforcement cases what rules or regulations

18   would you be working with?

19        A.   Well, we worked with some enforcement

20   attorneys about market manipulation cases as well,

21   about certain cases of traders trading a lot towards

22   the closing of trading, the banging of the close

1    issue, traders taking disproportionate positions

2    that didn't have an economic basis on trying to sway

3    prices, so in that regard the general

4    conceptualization would be, I guess, in terms of

5    market manipulation.

6        Q.   Are you familiar with 17 C.F.R. 1.35?

7        A.   Not off the top of my head.

8        Q.   Well, I have a copy, so I'll show it to

9    you in a little while.  Do you understand that

10   that's one of the regulations underlying the claims

11   in this case against my client?

12       A.   I wouldn't have recognized the numbers,

13   but I trust that that's true.

14       Q.   Ever hear the term "bunched order"?

15       A.   Yes.

16       Q.   And what's your understanding of that?

17       A.   Well, a bunched order in my estimation

18   would be an order that was submitted, and it could

19   be submitted to, well, could be a large number of

20   orders emanating from a number of different traders

21   and sent to the exchange as a bunch.

22       Q.   Can you read that back, please?

1              (The reporter read back as requested.)

2    BY MR. BLOCK:

3         Q.    What do you mean from a number of

4    different traders?

5         A.    More than one individual.

6         Q.    So, in your estimation a bunched order

7    involves a number of different individuals calling

8    in an order that all get funneled to one spot?

9         A.    Well --

10             MR. GREEN:   Objection to form.

11   BY MR. BLOCK:

12        Q.    You can answer.

13        A.    So, could you repeat it?  Sorry.

14        Q.    I am trying to determine exactly what you

15   meant by your answer to my question to your

16   understanding of a bunched order.  Is your

17   understanding that it's numerous individual traders

18   calling in a similar order to one resource to have

19   that, those orders filled?

20        A.    My understanding is that the broker who

21   might have a large number of clients sends a bunch

22   of orders to the exchange.

1        Q.   So, one broker sending in a bunch of

2   orders at the same time as opposed to numerous

3   traders, I believe the term you used earlier,

4   calling in an order --

5        A.   No.

6             MR. GREEN:  Objection to form, and now you

7   can answer.

8   BY MR. BLOCK:

9        Q.   Go ahead.

10       A.   So, emanating from a number of different

11  traders means it comes, the source of the underlying

12  demand either for selling or buying comes from a

13  number of individuals, but then they get bunched in

14  one order at the brokerage desk or some other

15  intermediary before sending them to the market.

16       Q.   Are you familiar with the CFTC regulations

17  regarding the entry of a bunched order?

18       A.   Not intimately.

19       Q.   On what level?

20       A.   Well, every order, I believe, has best

21  execution responsibility, and brokers have the

22  obligation to execute orders as instructed in their

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 31 of 400 PageID #:753

1    rules and protocols for executing orders on the

2    exchange.

3        Q.    When you were with the CFTC, did you have

4    any occasion to be consulting with anyone from the

5    Enforcement Department with regards to improprieties

6    with bunched orders or alleged improprieties with

7    bunched orders?

8        A.    No.

9        Q.    Have you had any other cases dealing with

10   private parties that involve allegations with

11   regarding the improprieties of bunched orders?

12       A.    No.

13       Q.    Have you given any testimony or written

14   any papers for submission to some treatise or some

15   other publication with regards to bunched orders?

16       A.    No.

17       Q.    Are you familiar with the regulations

18   involved when a client asks a brokerage house to

19   move a trade from one account to another?

20       A.    I'm not quite sure what you mean there.

21       Q.    Let's assume that a broker enters a trade

22   at brokerage house in Client A's account, and two

1    days after it settles the broker calls the brokerage

2    house and says, oops, that's supposed to go into

3    Client B's account.  Are you familiar with the

4    regulations involved with regards to the movement

5    from Client A to Client B's account of that trade?

6         A.    I'm not familiar with the law in that

7    sense.  I do know that that would have to be, of

8    course, vetted with both accounts, disclosed.

9         Q.    And do you know what else needs to be

10   done?

11        A.    No, not particularly.

12        Q.    Can you tell me how many times you

13   reviewed individual trading accounts with regards to

14   a question of whether there had been potential post

15   execution allocations made in such accounts?

16        A.    Never.

17        Q.    Can you tell me how many times you perform

18   any statistical analysis for any account run by a

19   CTA?  Let me stop you before you answer.  Do you

20   understand what the term CTA means?

21        A.    Yeah, it's a commodity trading advisor.

22        Q.    Do you understand what the term CPO means?

```
 1        A.    Yes.  Commodity pool operator.

 2        Q.    And do you know the difference between the

 3   two?

 4        A.    Yes.

 5        Q.    And can you explain that, please?

 6        A.    Well, commodity trading advisor works in

 7   giving advice on investing in commodities.

 8   Commodity pool operator is someone who actually

 9   operates a pool of funds to trade commodities on

10   behalf of other people.

11        Q.    Now, can you tell me how many times have

12   you performed any statistical analysis for any

13   accounts run by a CTA?

14        A.    So, we've done, while I was at the CFTC,

15   we did some network analysis that looked at the

16   trading behavior of individuals, individual CTAs and

17   CPOs.  We looked at them as far as not necessarily

18   account allocations or other improprieties, but we

19   looked at their trading positions over the course of

20   a trading day to find out whether they were central

21   to or peripheral to the trading that was happening

22   during a certain period.
```

1          So, that entails some statistical

2    analysis, more network tool applications rather than

3    actual statistics of, you know, examining CTA,

4    Number 1, and giving it a name and looking at their

5    behavior.

6        Q.    You were looking more at the aggregate

7    effect on the market then?

8              MR. GREEN:   Objection to form.

9              THE WITNESS:   Well, we were looking for

10   behavior by an individual, and the aggregate, within

11   the structure of the aggregate market gave us

12   pointers, I guess, to which, which entities where

13   the CTAs or CPOs should be looked at.

14   BY MR. BLOCK:

15       Q.    So, were you looking at, when you say an

16   individual, were you doing this project in

17   connection with identifying potential improprieties

18   by a trading firm or a CTA or were you looking more

19   generally as to the CTAs as a group?

20       A.    No, it was more toward the individual

21   entity, whether it was CTA or CPO.   There were

22   abnormal movements in the market.   The question was

1    could we locate which type of, which trader or which

2    type of trader would be responsible.

3        Q.    And were you able to do that?

4        A.    Yes.

5        Q.    And were you able to identify the trader

6    or the type of trader?

7        A.    Both.

8        Q.    And do you know how many enforcement cases

9    you were involved with while you were at the CFTC?

10       A.    In the general level probably two dozen.

11       Q.    Let me clarify.  When I say your

12   involvement, I'm not talking about assigning work to

13   your, a member of your staff.  I'm asking as far as

14   your actual personal involvement.  So, is it the

15   same answer then?

16       A.    Well, that's why the general question,

17   statement was there.  That ranged from, I would say,

18   12 or probably half of those where it was assigned

19   to a staff, and I reviewed the work product, and

20   then probably a quarter, another sixth probably that

21   I had a little more involvement.  After reviewing, I

22   had to provide more input.  And then probably about

1    six, though, that I actually sat down with the code

2    and, like, hands on did enforcement work.

3        Q.    For those six tell me what was the nature

4    of the cases that you were looking at?

5            MR. GREEN:  I'll just instruct you not to

6    give details of cases that wouldn't be public, but

7    you can speak generally.

8            THE WITNESS:  Yeah.  Most of them were

9    market manipulation cases.

10   BY MR. BLOCK:

11       Q.    When you say market manipulation, to what

12   are you referring?

13       A.    There allegations that some trader had

14   done something to abnormally influence prices in the

15   market.

16       Q.    Can you give me an example of what that

17   might have been?

18       A.    So, I mentioned before, so banging in the

19   close would be one where someone took a large

20   position in the few minutes before settlement period

21   ended to try to either push the price up or down to

22   benefit another position they held.

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 37 of 400 PageID #:759

1    Q.    How would you define large position?

2    A.    Well, that's always defined in the context

3    of the individual case.

4    Q.    With regards to these six cases that you

5    had hands on experience with, how many of those

6    cases involved an analysis by you of the trading

7    strategies utilized by, let's just call it the

8    target, the trader or the CTA, CPO, whoever it might

9    have been?

10    A.    I don't think we ever got into the trading

11    strategy, other than the theory that they were

12    moving or taking positions to abnormally move

13    prices.

14    Q.    And you mentioned earlier that you've

15    taught classes in options, futures and swaps;

16    correct?

17    A.    Yes.

18    Q.    Have you ever been employed in the futures

19    industry?

20    A.    No.  Well, I am on the Board of Directors

21    of the Eris Exchange.  It's not direct employment,

22    but they do remunerate me for my service there.

1      Q.   And what is the Harris Exchange?

2      A.   Eris, E-R-I-S.

3      Q.   I'm sorry.  Let me take a step back.  Tell

4   me about the class you taught or teach in options,

5   futures and swaps.

6      A.   Well, usually 15 weeks of building up

7   option pricing models, teaching about futures

8   markets, comparison to forward markets and then how

9   to price futures options and swaps, so we teach

10  forward contracts, the difference between forwards

11  and futures, futures pricing in the ag markets, in

12  the metals markets.

13     Q.   Continue.

14     A.   In the currency markets, in the, sort of

15  all the various types of futures and then options

16  pricing.  We build from sort of fundamental economic

17  terms up the binomial option pricing model, and then

18  from that in the limit that option market or pricing

19  model becomes Black Scholes model.  So, those are,

20  basically, the topics we cover in 15 weeks.

21     Q.   And you taught those classes at Syracuse?

22     A.   Yes.

1     Q.    And you teach the same classes or

2  equivalent class at American?

3     A.    I don't teach that class at AU.

4     Q.    And how long had you taught that class as

5  Syracuse?

6     A.    I taught Syracuse for two years, and I

7  taught it both years I was there.

8     Q.    And what classes do you teach at American

9  right now?

10    A.    I teach introductory M.B.A. class to

11 M.B.A. students, introductory finance and student

12 management investment funds, two sections.

13    Q.    And is there any overlap between the

14 student management investment fund classes and the

15 topics covered in the options, futures and swaps

16 classes?

17    A.    Not specifically because the student

18 management fund and the other, well, student managed

19 fund is all equity market.  By regulation they can't

20 invest in options and futures.  We do discuss those

21 derivative markets in the class, but not as a part

22 of sort of the fundamental core of the class.

1      Q.    I pulled out a textbook by John C. Hull,

2    Options, Futures and Other Derivatives.  Have you

3    seen that before?

4      A.    That's the textbook I use, yeah.

5      Q.    And which class do you use --

6      A.    That would be my options, futures and

7    swaps class, I guess.  Introduction to derivatives.

8      Q.    This is the textbook you used at Syracuse?

9      A.    Yes.

10     Q.    Do you use this textbook at all at

11   American right now?

12     A.    No.

13     Q.    And what textbook do you use at American

14   with regards to the student management investment

15   funds related classes?

16     A.    No textbook for that class.

17     Q.    Is there documents or handouts that you

18   give for that class?

19     A.    No.  Actually, we don't.  It's a

20   presentation-oriented class where students do

21   evaluations of companies.  So, we recommend that

22   they read what they've all had, set of courses going

1    into that class.  Like their penultimate class that

2    they apply knowledge from other classes in their

3    presentation.

4         Q.   So, you mentioned you're on the Board of

5    the Eris Exchange?

6         A.   Yes.

7         Q.   And what does that involve?

8         A.   Well, it involves giving guidance on what

9    their strategies are, giving feedback on issues

10   related to the start-up, brand new exchange from a

11   few years ago.  So, they have issues in growth,

12   issues in interfaces, looking for advice on staffing

13   members, so I provide some advice on getting people

14   into their review processes and all the other

15   systems that they need to set up.

16        Q.   And how often or how much of your time is

17   spent working with the good people at the Eris

18   Exchange?

19        A.   Obviously, we have quarterly board

20   meetings and then just occasionally in between those

21   meetings.

22        Q.   Other than that involvement, have you ever

1    been employed by any private investment firm?

2        A.   No.

3        Q.   Ever been employed by any brokerage firm?

4        A.   No.

5        Q.   Ever work on a trading desk?

6        A.   No.

7        Q.   Ever work on any trading floor in any

8    capacity?

9        A.   No.

10        Q.   Ever been on any of the exchange floors?

11        A.    I've been on all of them, I think.  New

12    York Stock Exchange, American Stock Exchange, London

13    Metals Exchange, CME, CBOT.

14        Q.   And what was the purpose of visiting those

15    exchanges?

16        A.   A variety of purposes.  I started doing my

17    research back in the mid nineties on market micro

18    structure and interface between trading rules and

19    trader behaviors.  So, one of the first things I did

20    back in 1993, I believe, I visited the New York

21    Stock Exchange to make sort of an assessment or, you

22    know, if you're going to be doing research on an

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 43 of 400 PageID #:765

1    area, I think you should be intimately familiar with

2    what's going on in those venues.

3         Q.   Do you feel you're intimately familiar

4    with the operations on the floor of any of the

5    exchanges?

6         A.   Pretty familiar, yes.  Of course it's been

7    evolving.

8         Q.   And have you kept up with the evolution?

9         A.   Yes.

10        Q.   And by evolving what do you mean?

11        A.   Well, I mean the Nimex, for instance, used

12   to have 150, 200 traders in their crude oil pit.

13   Last time I was there a few years ago there was

14   three people looking at screens.  So, written a

15   couple papers on the evolution or the death of the

16   trading floor and how electronic trading has been,

17   basically, taking over and transmitting or

18   developing electronic platforms that replaced the

19   trading floor physically.

20        Q.   Do you have any personal involvement

21   accounts?

22        A.   I don't, no.  Other than retirement.

Page 43

1      Q.   Well, let me ask you about your

2   retirement.  Is that something you direct the

3   investments in or someone else does?

4      A.   No, I direct my own investments in

5   retirement.

6      Q.   And any investments in commodities or

7   futures?

8      A.   No.

9      Q.   Have you ever used an investment advisor?

10     A.   I have one guy who I have a small portion

11  of my retirement funds that's dedicated to one,

12  yeah, that's directed by somebody else.

13     Q.   When you opened your retirement account,

14  do you recall having to -- strike that.  Do you

15  recall having to open some type of retirement

16  account anywhere?

17     A.   Yeah, I opened a retirement account

18  everywhere I work.

19     Q.   And are there forms you have to fill out

20  when you open that account?

21     A.   Yes.

22     Q.   And do you recall there being any

```
 1    questions on the account with regards to background

 2    information as far as your investment experience?

 3         A.   I don't think so.

 4         Q.   Do you recall there being any inquiries

 5    with regards to your timeline as far as your

 6    account, investments in your account?

 7         A.   Timeline as pertains to what?

 8         Q.   How far you are until you might be drawing

 9    on that account.

10         A.   I don't believe I did, no.

11         Q.   How about with regards to risk tolerance?

12    Any questions regarding your risk tolerance?

13         A.   I don't think so.

14         Q.   How about objectives, investment

15    objectives?

16         A.   I don't think, I don't think so.

17         Q.   Have you ever traded any options?

18         A.   No.

19         Q.   Have you ever traded commodities?

20         A.   No.

21         Q.   Ever traded any options on futures?

22         A.   No.
```

1     Q.   Have you ever entered any trades for

2   commodity future contracts for another person or

3   entity?

4     A.   Nope.

5     Q.   Ever traded any options on behalf of

6   anyone else?

7     A.   No.

8     Q.   Have you ever contributed or run any type

9   of investment fund or pool?

10     A.   My only contribution has been overseeing

11   this student management investment fund for the last

12   fall.

13     Q.   Is that real life investments?

14     A.   Yeah, that's real money.

15     Q.   And whose money is it?

16     A.   American University money.  I originally

17   thought it was part of the endowment, but,

18   apparently, a separate pool of money is allocated

19   for the students for real life applications.

20     Q.   And tell me how that works.  For instance,

21   who makes the investment decisions?  How is it

22   processed?  Give me an overview of it, please.

1    A.   Sure.  Every week students who sign up for

2    the class are involved with pitching, as they call,

3    a stock, whether they are going to encourage the

4    fund to investment to divest or to reduce the

5    position in that particular stock.  Presentation is

6    done.  Students themselves, since it's student

7    management, do the actual deciding on the pool.

8         I, as a professor, am considered, I think,

9    the adult in the room who verifies and certifies, I

10   guess, that the students properly discussed, vetted

11   and voted on what they were planning to do with the

12   funds, and then students notify me and I pass that

13   along to the university treasurer.

14   Q.   Do you have any, other than verifying it

15   and overseeing it as the adult in the room, do you

16   have any influence as to what's purchased or sold?

17   A.   I've tried not to.  There's always a

18   question about classes, how much I interact.

19   Obviously, being a figurehead for the class is a

20   lot, my statements carry more weight from the

21   students, so I've actually tried to encourage the

22   students to make their own decisions, but I can't

1    say that I didn't influence it because I think, if I

2    do say my opinions in class, like I said, probably

3    it would be perceived as more valid than maybe a

4    classmate's opinion.

5         Q.   They only are dealing with stocks?

6         A.   Only stocks.

7         Q.   So, no options?

8         A.   No.  In fact, no international stocks and

9    no stocks below $5, quite restrictive.

10        Q.   No futures?

11        A.   No futures.

12        Q.   No commodities?

13        A.   No.

14        Q.   No options on futures?

15        A.   No.

16        Q.   And what's the dollar amount involved as

17   far as these investments go, roughly?

18        A.   Total portfolio is only about 375,000.

19        Q.   And how many students are in the class?

20        A.   There were 16 in the fall.

21        Q.   Now, I want to talk about the resources

22   that were made available to you as a predicate to

1    this report being generated.  On page 28 of

2    Exhibit 1 you have under Roman numeral II Sources

3    Used to Construct the Datasets.  Do you see that?

4         A.   Yes.

5         Q.   Is this all the information you reviewed

6    in connection with preparing your initial report?

7         A.   Yes.

8         Q.   So, was there anything else that was given

9    to you that you didn't use for preparation of your

10   report?

11        A.   No.  Everything should be there.

12        Q.   Let me ask you to turn to Exhibit

13   Number 2.  It's been marked for identification

14   purposes.  Take a moment to look at that document

15   and let me know when you've had an opportunity to

16   complete your review.

17             (Harris Exhibit No. 2, Supplemental Expert

18   Report of Jeffrey H. Harris, Ph.D., was marked for

19   identification.)

20             THE WITNESS:  Okay.

21   BY MR. BLOCK:

22        Q.   Do you recognize this document?

1      A.    Yes.

2      Q.    Can you identify it for the record,

3   please?

4      A.    Appears to be a copy of Supplemental

5   Expert Report written on December 9 of 2013.

6      Q.    Is that your signature on page ten of the

7   report?

8      A.    Yes, it is.

9      Q.    If you turn to page 12 of Exhibit

10  Number 2, which is 11, 12, you have a similar

11  section as to what's in Exhibit 1, Sources Used to

12  Construct the Datasets.

13     A.    Yes.

14     Q.    And here you have the same items listed in

15  Exhibit Number 1 with the addition of a few extra

16  documents.  Do you see that?

17     A.    Yes.

18     Q.    Is that the sum total of documents that

19  you've used to construct the datasets used or

20  referenced in this report?

21     A.    Yeah.  Yes.

22     Q.    I ask you to put that aside for a second.

 1    If you could look at Exhibit Number 3, which has

 2    been marked or identification purposes.

 3              (Harris Exhibit No. 3, Handwritten

 4    Document, was marked for identification.)

 5    BY MR. BLOCK:

 6        Q.    It is a two-page document.  I ask you to

 7    take a moment to review the two pages, and let me

 8    know when you have had an opportunity to complete

 9    your review.

10        A.    Okay.

11        Q.    Do you recognize these two pages, sir?

12        A.    Yes.  They appear to be my notes.

13        Q.    And notes of what?  For what?

14        A.    For this case, regarding this case, I

15    guess.  And very, couple conference call notes and

16    my conversation, I guess, with counsel here.

17        Q.    Do you have any additional written notes

18    with regards to this case?

19        A.    No.  Only what I produced.

20        Q.    Do you have any other or notes that might

21    have been recorded electronically with regards to

22    this case?

1      A.   No.  I usually start the notes and turn

2   them in with the report.

3      Q.   So, this would be the sum total of all the

4   written or electronic notes you have with regards to

5   this matter?  I should say strike that.  This would

6   be the sum total of the written notes you have with

7   regards to this matter; correct?

8      A.   Yes.

9      Q.   And there are, other than what's been

10  produced, you have no other electronic notes

11  regarding this matter?

12     A.   Right.

13     Q.   Before I go on, I showed you a textbook

14  written by Hull, author's name is Hull before.  I'm

15  assuming because you used that in your classroom

16  that you would consider that a reliable source?

17     A.   Yes.

18     Q.   Are there any changes to your initial

19  report that you want to disclose today?

20     A.   No.

21     Q.   Any changes to your Supplemental Report

22  that you wish to disclose today?

1      A.    No.

2      Q.    Do the sum of the two reports contain all

3   the opinions you formed in this matter?

4      A.    Yes.

5      Q.    Did you take any analysis of the data

6   identified in either report which are not included

7   in any of these reports?

8      A.    No.

9      Q.    So, with all the data that you were given

10  you didn't run any other tests that aren't

11  necessarily included in the report?

12     A.    That I'm not sure.  In the first report I

13  think we included everything in there.

14     Q.    How would we verify that?

15     A.    So, going from memory, I think we included

16  everything in there.

17     Q.    Did you run any additional reports or

18  tests with regards to the production of the

19  Supplemental Report?

20     A.    No.

21     Q.    When you were working with Mr. Schafer as

22  far as formulating the different analyses that

1    needed to be done, did you give him written

2    instructions as to what you wanted to have tested?

3        A.    No.   It was all on the phone.

4        Q.    Any e-mails?

5        A.    No.

6        Q.    Any texts?

7        A.    No.

8        Q.    Any other form of electronic communication

9    between you and Mr. Schafer with regards to his work

10   on this file?

11       A.    No.   It was all either on Skype or on

12   phone.

13       Q.    To the best of your recollection, there

14   were no other tests that were run with any of the

15   datasets or any subsets of the data with regards to

16   this matter?

17       A.    Right.   I think we had discussed different

18   things, but I think everything we did was put into

19   the report.

20       Q.    And how much involvement did Mr. Schafer

21   have in deciding what tests to run?

22       A.    None really.

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 55 of 400 PageID #:777

1      Q.    Whose determination was it as to what

2   tests to run?

3      A.    It was mine.

4      Q.    Could you take us through the steps on a

5   general level of when you are retained to do an

6   analysis what steps do you undertake to design a

7   model to conduct a statistical analysis?

8      A.    Well, normally, I don't use anybody.

9   Normally, I do all my own empirical work, so I don't

10  use an outside research assistant.  In this

11  particular case, so, normally, I gather data, try to

12  figure out what questions you want to ask of that

13  data and then test those hypotheses.

14     Q.    Why did you use an assistant here?

15     A.    There was, seems to be a disproportionate

16  amount of data entry that needed to be done that

17  seemed to be more effectively allocated to someone.

18     Q.    Did this matter involve more data than

19  you've encountered in other cases in which you've

20  been retained to do an analysis?

21     A.    No.  More, more data entry work, but not

22  nearly as much data.

1      Q.    And, so, the first step is you gather the

2    data; correct?

3      A.    Yes.

4      Q.    And the second step is that you make a

5    determination of what questions need to be asked

6    about the data; correct?

7      A.    Well, you do those simultaneously, I

8    think, so, while you're assembling the data, I

9    think, going into before you collect the data, I

10   think you have an idea of what you're going to be

11   able to, what questions you'll be asking of that

12   data.

13     Q.    And what physically, what is the next step

14   in the process after you formulate your questions?

15   What happens then?  How do you design or determine

16   what tests you're going to run on that data?

17     A.    Well, that depends on the issue involved.

18   It has progression analysis.  We usually load the

19   data into a statistical application software, which

20   is the SAS program.  Running regressions, for

21   instance, can be done there.  We can run tests on

22   difference in medians and means.  We can run all

1    sort of other sorts of statistical tests on whether

2    things are the same or they are different using

3    different sort of prepackaged statistical tests.

4         Q.    How do you decide the size of the

5    analysis?

6         A.    Well, I guess it depends on the nature of

7    the question at hand.  If you only have two

8    observations, you can't run a regression, for

9    instance, to connect the dots, and that will be the

10   end of the solution.

11        Q.    And that's because your population and

12   your sample are the same size; correct?

13        A.    Right.  So, right.  So, then the question

14   then becomes how much data we have and what types of

15   statistical analysis would be useful for the size or

16   the number of observations we have.

17        Q.    And is there a minimum number of size data

18   points that you need to run an effective analysis?

19        A.    No, not necessarily.  I mean, one of the

20   reasons I think in this particular case that I did

21   mean tests and median tests is that median tests are

22   less susceptible to small sample sizes.

1      Q.   Well, before we go into the details of the

2    testing here, I was asking about the size.  Is there

3    such a thing as a sample size that you actually

4    test?

5      A.   Well, generally, more observations is

6    better, right, so you're not going to get much

7    statistical power out of having a few number of

8    observations.

9      Q.   And is there some level to use the

10   vernacular statistical significant sample size you

11   need to use in order to have a reliable test?

12     A.   Well, it depends, I think, on the issue

13   and what tests we're running in that regard.

14     Q.   And what factors influence that decision?

15     A.   Well, like I said, there are regression

16   tests that will require sort of bigger number of

17   observations usually.  Doing mean and median tests,

18   simple assessment of whether samples are drawn from

19   different populations can be done with just a few

20   observations.

21     Q.   You mentioned earlier before about this

22   problem with the few observations.  Is there an

1    impact to a study if the sample size actually equals

2    the entire population?

3        A.   Well, in statistical theory most theory is

4    written on samples.  So, in some tests you divide by

5    N or number of observations and sometimes N minus

6    one, but, I mean, so that's statistical theory.

7        Q.   Well, N is a small number.  Is there any

8    concern that there's not enough observations in

9    order to come up with any type of reliable

10   conclusion?

11       A.   Certainly.

12       Q.   And how do you overcome that?

13       A.   Well, sometimes you can't, and there's

14   just too few observations to actually work with.

15       Q.   And how do you determine where that

16   threshold lies as far as too few observations?

17       A.   Well, I think it's largely subjectively,

18   obviously.  One observation is too few, and then the

19   question becomes what tests you're looking at for

20   what sample size you need beyond that.

21       Q.   You used the term in your report

22   "confidence level"?

1      A.    Mm-hmm.   Yes.

2      Q.    Explain, please, what you mean by that

3   term.

4      A.    So, statistically speaking, there's, when

5   we have a set of observations and you try to make an

6   assessment about something about those observations,

7   usually not a deterministic yes or no answer.

8   There's a series or a spectrum of probabilities.

9            So, the confidence interval gives you

10   statistically sort of a robust number that says how

11   confident can you be that the assertion that you're

12   making or statement that you make about that data is

13   true.

14            MR. GREEN:  We've been going for about an

15   hour, so let us know when, if you need a break at

16   any point.

17            THE WITNESS:  Sure.

18            MR. BLOCK:  Certainly, if you need a break

19   at any time, let me know.

20   BY MR. BLOCK:

21      Q.    And, when you conduct a study, who

22   normally selects the samples to be tested?

```
 1        A.    I do.

 2        Q.    Why is that?

 3        A.    Because usually it's the study I'm

 4   designing.

 5        Q.    And are samples, when you're designing a

 6   study, are samples usually selected at random?

 7        A.    Depends on the nature of the study again,

 8   so we've done studies, say, of day traders and went

 9   out and got day trading data, so we didn't select

10   random data.

11        Q.    Other than selecting it so it's relevant

12   to the subject matter of your test amongst the day

13   trader example, were you able to select data

14   randomly or were you looking for specific types of

15   data?

16        A.    Yeah.  In that case, actually, we got all

17   the data, so one of the, in that particular case it

18   was interesting 'cause the firms offered to give us

19   data, and we chose to collect it ourselves.

20        Q.    Why is that?

21        A.    Well, we didn't want any self-reporting

22   bias or any prescreening of the data to be done.
```

Page 61

 1       Q.   Does prescreening of the data 'cause any

 2   concern to you?

 3       A.   Yeah.  That's one of the reasons why

 4   normally in a study that you're designing you want

 5   to collect the data yourself.

 6       Q.   And what's the concern with the

 7   prescreening of data?  How does that impact on a

 8   test?

 9       A.   Well, depends on what tests you're

10   running, of course, but, if there's a systematic

11   component in how the data is prescreened, then the

12   tests may not be reliable.

13       Q.   Can I say would you agree with the

14   statement that the selection criteria can,

15   therefore, influence the outcome of the analysis?

16            MR. GREEN:  Objection.  Leading.

17   BY MR. BLOCK:

18       Q.   Do you understand my question?

19       A.   Yeah.  I guess, generally speaking, yes.

20       Q.   And you understand the term "sample bias"

21   in the statistical environment?

22       A.   Sample bias or selection bias?

1    Q.    I'll ask you about both.

2    A.    Okay.

3    Q.    Do you understand both those terms?

4    A.    Yes.

5    Q.    Explain to me what sample bias is.

6    A.    Sample bias is the sample that you pick is

7    not random from the population of full sets of

8    trades.

9    Q.    And what would be a concern, if any, with

10   sample bias?

11   A.    Well, again, if it's not random, then it's

12   hard to use statistical theory based on random

13   variables or normal distributions in particular in

14   assessing that data.

15   Q.    And what about, what is selection bias?

16   A.    Selection bias is similar to sample bias,

17   but it goes into the bias in the selection process

18   of the data.

19   Q.    And, if there's selection bias or sample

20   bias, that can influence the outcome of your report;

21   correct?

22          MR. GREEN:  Objection.  Leading.

1    BY MR. BLOCK:

2         Q.    You can answer.

3         A.    I mean, I'm not sure about the report

4    part.  It certainly could --

5         Q.    Let's substitute the word "analysis."

6         A.    Yes, certainly that's a concern.

7         Q.    And what do you, as someone who's modeling

8    an analysis, what do you do to protect against

9    either sample bias or selection bias?

10        A.    Well, I mean, you consider all the sources

11   of the data to make sure that there would be no

12   prescreening of data that's been reported or,

13   ultimately, even if you collect the data yourself,

14   there could be a selection bias in the sources that

15   you get, retrieve the data from.

16        Q.    And what steps would you take in order to

17   protect against that type of bias?

18        A.    Well, like I said, you try to do it

19   yourself or at least understand the data-generating

20   process to try to understand where your sample is

21   coming from.

22        Q.    Would you agree with the statement that

```
 1    conclusions based upon samples drawn with biased

 2    methods are inherently flawed?

 3              MR. GREEN:  Objection.  Leading.

 4              THE WITNESS:  I wouldn't say -- it depends

 5    on what questions you're asking of that data.

 6    BY MR. BLOCK:

 7         Q.   How so?  How would it depend on it?

 8         A.   Well, if you're not making the statement,

 9    so, if I sample men and women and only use the men's

10    responses, I can make inferences clearly about men

11    then.  If I try to extrapolate and say I'm making

12    the statement about women from that data, clearly

13    I'm making an erroneous assumptions.

14         Q.   When you're designing a study, do you ever

15    use any type of control group?

16         A.   I'm sure I have.  I'm trying to think of

17    the exact, if there is a specific case I could point

18    to.  So, we did a study on IPOs across New York and

19    NASDAQ listing venues.  I guess you could consider

20    one a control group against another.

21         Q.   And what was the purpose of having the

22    control group?
```

1      A.    Yeah, it was to benchmark about comparing

2    one group to the other.

3      Q.    And what's the benefit of having that

4    benchmark?

5      A.    Well, if there's some underlying thesis

6    that some variable separates the two groups somehow,

7    you think that there would be a mechanism for

8    determining how, what the outcomes are that make

9    those two groups separate.

10     Q.    So, if there's some identifiable

11   difference between the two groups, you want to be

12   able to have some standard for which to compare them

13   against each other?

14          MR. GREEN:  Objection.  Leading.

15          THE WITNESS:  I don't know if it would

16   be -- yeah, a control group in the purest sense

17   would be a standard maybe.  I don't know if the work

18   I've done is ever, most of the work is the

19   differential between the two groups rather than

20   considering one a standard.

21   BY MR. BLOCK:

22     Q.    Why is the differential important?  Why is

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 67 of 400 PageID #:789

1    it important to note the differential?

2        A.    Well, usually that's what the hypothesis

3    or some theory is looking at.

4        Q.    I'm sorry.  I'll let you finish your

5    answer.

6        A.    No, that's fine.

7        Q.    You're talking about hypothesis.  Do you

8    understand the term "null hypothesis"?

9        A.    Yes.

10       Q.    What does that mean?

11       A.    It's usually, the null hypothesis is the

12   statement which you are trying to either prove or

13   disprove or look for statistical evidence that

14   supports or does not support.

15       Q.    And you, generally in doing your analysis,

16   are you trying to disprove the null hypothesis or

17   prove it?

18       A.    Depends on the nature of the test, right.

19   Normally, I mean, if you're writing a research

20   paper, you'd like a hypothesis that is interesting

21   whether you prove or disprove.  So, I don't think it

22   matters one way or the other.

 1     Q.   Let's set aside the academic aspect of it.

 2  In a more practical application, are you trying to

 3  prove or disprove a null hypothesis with your

 4  analysis?

 5            MR. GREEN:  Objection.  Vague.

 6            THE WITNESS:  Do I keep answering?

 7  BY MR. BLOCK:

 8     Q.   Yes.

 9     A.   I don't think, I think the fair way to do

10  it is to neither try to or prove or disprove, but to

11  let the data tell the story about whether it's true

12  or not.

13     Q.   Well, don't you design different tests

14  based upon whether you're trying to prove or

15  disprove your null hypothesis?

16            MR. GREEN:  Objection.  Leading.

17            THE WITNESS:  I think, generally, that is

18  the case, right.  You set up a null hypothesis and

19  try to, but my objective usually in most cases

20  economically is to look at it objectively, and that

21  is true whether, depending on whether you set up the

22  null one way or another, you could either get, I

1    mean, you could get slightly different answers where

2    you can disprove or cannot prove.  So, it's a double

3    negative problem in hypothesis testing.

4    BY MR. BLOCK:

5        Q.    And how do you decide what criteria to

6    test when setting up a statistical analysis?

7        A.    Well, I guess it comes down again to what

8    data you have and what questions we're asking in the

9    sense of populations, for instance.  That's a pretty

10   simple test to run between whether population is

11   drawn from the same set of the overall, if sample is

12   drawn from the same population or not.  There's all

13   sets of regression and other techniques that you

14   could apply depending on if you have limited

15   dependent variables or --

16       Q.    Let's talk about that for a second 'cause

17   you've used the term "regression" on a number of

18   occasions this morning.  Explain to me what you mean

19   by regression testing.

20       A.    Yeah.  That's just looking at some

21   dependent variable or Y variable and whether it

22   depends on some X variable.  It is normally done in

Page 69

1    a linear fashion where you plot the two and get the

2    line of best fit, for instance.

3        Q.    And when would you use regression testing

4    versus some other form of testing?

5        A.    Well, regressions are usually more, if you

6    have some idea that there's a related factor that

7    you're trying to test for the difference or for the

8    specific relationship between one variable and

9    another.

10       Q.    So, what do you need then in layman's

11   terms in order to run a regression test?

12       A.    Well, you need, of course, observations.

13   Of course, statistical power will be dependent on

14   how many observations you have in that analysis.

15       Q.    And the more observations, the better

16   results or the clearer results you'll get?

17            MR. GREEN:   Objection.  Leading.

18            MR. BLOCK:   You can just tap him, Mike.

19   Every time you want him to make the objection, just

20   tap him.

21            THE WITNESS:   The more observations you

22   have, the more confident you will be, and that's

1    where the confidence level comes in in the

2    statistical test.

3    BY MR. BLOCK:

4        Q.   So, when would you -- strike that.  If you

5    don't do a regression test or analysis, are there

6    other types of testing you could do?  What is that

7    called?

8        A.   Yeah.  So, what we've done, for instance,

9    in this case is a test of means and medians, test of

10   differences.

11       Q.   So, would I be correct then in saying you

12   did not run regressions tests on the datasets in

13   this particular matter?

14       A.   Yes.

15       Q.   I am correct?

16       A.   You are correct.

17       Q.   Thank you.  Poorly worded question.

18   Before I move on, I wanted to ask you before I

19   forgot do you hold any licenses in the securities

20   industry?

21       A.   No.

22       Q.   Do you hold any registrations in any

```
1    investment-related position?

2         A.    No.

3         Q.    Never been Series 7 licensed?

4         A.    No.

5         Q.    No 63s?

6         A.    No.

7         Q.    Okay.  Have you ever been registered as an

8    associated person?

9         A.    No.

10        Q.    Ever register as a CTA?

11        A.    No.

12        Q.    As a CPO?

13        A.    No.

14             MR. BLOCK:   You want to take a five-minute

15   break?

16             MR. GREEN:   Sure.

17             (Whereupon, a short recess was taken from

18   10:43 to 10:58 a.m.)

19   BY MR. BLOCK:

20        Q.    Before I go to the next subject, I want to

21   go back and just clarify something with regards to

22   how long were you at Syracuse?
```

1    A.    Well, I taught there two years.

2    Q.    And you taught the class in options,

3   derivatives and swaps for both years; correct?

4    A.    Mm-hmm.

5    Q.    That's yes?

6    A.    Yes.

7    Q.    Thank you.  And had you taught that class

8   prior to going to Syracuse?

9    A.    Yes.

10    Q.    And where had you taught the class before?

11    A.    I also taught that class at University of

12   Delaware and at Ohio State.

13    Q.    And how long were you at the University of

14   Delaware?

15    A.    Technically, I was there on faculty from

16   2001 until 2011.

17    Q.    And did you teach that class for each of

18   the years you were on faculty at University of

19   Delaware?

20    A.    No.  I think my resume might have the

21   dates.

22    Q.    How often did you teach the class in

Page 73

1    options, derivatives and swaps while you were at the

2    University of Delaware?

3        A.    I think, say, five times, four times.

4        Q.    Is that an undergrad or graduate level

5    course?

6        A.    It's both, so I've taught it both levels.

7        Q.    Did you use the same textbook or I should

8    say editions of the same textbook for all the

9    classes?

10       A.    Yes.    I used the Hull book every time,

11   different editions throughout the years.    I used a

12   Dubofsky book back in the nineties at Ohio State.

13       Q.    Who retained you in this matter?

14       A.    The CFTC.

15       Q.    And was there a particular contact as far

16   as who at the CFTC you've spoken with on this

17   matter?

18       A.    Yeah.    Boaz Green, I guess, has been the

19   main contact.

20       Q.    Do you recall when it was that you first

21   were contacted by Boaz with regard to this matter?

22       A.    I don't recall.    May of 2013, I think.

1     Q.    And can you tell us what information were

2   you provided before you agreed to undertake the

3   project?

4     A.    I was provided with a briefing of some of

5   the allegations in the case, a briefing of the, what

6   was the form of the data that was in the case, and I

7   think that's all before I agreed to take the case.

8     Q.    What were you told about the allegations

9   in the case?

10    A.    If I recall, the allegations were whether

11  there was this ex post, allegation of ex post

12  allocations to different accounts.

13    Q.    What do you mean by ex post allocations to

14  different accounts?

15    A.    As I understood it, the allegation at the

16  beginning maintaining that there were certain trades

17  that were allocated to either a customer account or

18  to the Defendant's accounts, and that may have been

19  done on an ex post basis after the trades were

20  completed.

21    Q.    So, any time you say ex post within your

22  report, you're talking about after the trade was

1    completed?

2            MR. GREEN:  Objection.  Leading.

3            THE WITNESS:  Well, this gets into a

4    little bit about what a trade is, so any --

5    BY MR. BLOCK:

6        Q.   Well, we will touch on that a little bit

7    later.

8        A.   Okay.

9        Q.   But with regards to the term "ex post," a

10   transaction has been completed, and it's the

11   assignment of that transaction after its completion;

12   correct?

13           MR. GREEN:  Objection.  Leading.

14           THE WITNESS:  Well, my understanding, no.

15   That would be a transaction, a position that's

16   opened, and then the position is closed.  So, some

17   loss or gain has been recognized ex post to that.

18   BY MR. BLOCK:

19       Q.   So, after you, there's a determination

20   whether there is a loss or a gain, it was then

21   assigned, and that makes it ex post; correct?

22           MR. GREEN:  Objection.  Leading.

```
 1            THE WITNESS:  That would be my
 2   interpretation of what I thought the basic facts
 3   were up front, yes.
 4   BY MR. BLOCK:
 5       Q.   What else were you told as far as
 6   background of the case, were the allegations before
 7   you agreed to accept the project?
 8       A.   We had a discussion, I think, of how much
 9   data there was, what the form of the data was and
10   whether I felt comfortable looking at that data.
11   That's about all.
12       Q.   Well, tell me what was the question.  How
13   much data do you have?  How many trades are
14   involved?  How many, what time period?  What was
15   discussed in order for you to determine how much
16   data was involved?
17            MR. GREEN:  Objection.  Compound.
18            THE WITNESS:  I believe they had had, I
19   don't know if they actually showed me the list of
20   trades.  I don't think we saw the list of trades at
21   first, but on the order of a couple hundred
22   completed days or days of trading.  So, we looked at
```

Page 77

1  the time frame and how much trading was done during

2  that time frame and how much, what the allegations

3  of different assignment to the client account or the

4  proprietary account, so I had an idea that it wasn't

5  millions of observations, but I also had an idea

6  that it wasn't six.

7  BY MR. BLOCK:

8      Q.   These conversations or this conversation

9  you had, was it in the course of, like, one phone

10  call or was it multiple phone calls?  I should ask

11  was this in a phone call or was this in a

12  face-to-face meeting?

13     A.   I believe the first contact we had was a

14  phone call.  Then we met face to face subsequently.

15  So, most of the details were conveyed to me during

16  face to face.

17     Q.   And, when you met face to face, had you

18  already agreed to undertake the project?

19     A.   I don't think so.  I think the contract

20  came after that.  I think I agreed, I think we

21  agreed that we would proceed, but I don't think the

22  contract had actually been consummated yet, but I

1   don't remember exactly.

2        Q.   The contract was the formal agreement

3   between you and the CFTC; correct?

4        A.   Right.

5        Q.   But before you got to the contract stage,

6   you had to make a determination whether you were

7   going to undertake the project; correct?

8        A.   Yes.

9        Q.   And you made that determination before you

10  actually signed the contract, I assume?

11       A.   Yes.  I agreed that I would agree to look

12  at the data.

13       Q.   When you say you agreed to look at the

14  data, was your agreement to look at the data or was

15  your agreement to generate a report based upon your

16  analysis of the data?

17       A.   I would guess the latter, because, if I'm

18  going to look at the data, then I'm obligated to

19  write a report on what they were asking me to do.

20       Q.   And let me ask you, when you agreed to

21  look at the data and write a report, had you

22  actually seen any data prior to that?

```
 1         A.    No, I don't think so.

 2         Q.    Had you seen a copy of the Complaint?

 3         A.    I believe I saw a copy of the Complaint,

 4    yes.

 5         Q.    Did you see a copy of the Answer to the

 6    Complaint?

 7         A.    No, I don't think so.

 8         Q.    During this initial discussion or

 9    discussions, was there any inquiry as far as what

10    the Defendant's response was to the allegations in

11    the Complaint?

12         A.    Yeah.   I think in the first meeting there

13    was some conveying that the Defendant did have a

14    response, and it was related to some trading

15    strategy or something else.

16         Q.    Let me back up for a second.   You said you

17    had at least one phone call, and you had subsequent

18    face-to-face meeting; correct?

19         A.    Yes.

20         Q.    Did you agree to undertake the project

21    before the face-to-face meeting?

22         A.    Yes.
```

```
 1        Q.   So, in the face-to-face meeting you were

 2    told that Defendants had some explanation for what

 3    occurred here?

 4             MR. GREEN:   Objection.   Leading.

 5    BY MR. BLOCK:

 6        Q.   Is that correct?

 7        A.   Yeah.  I believe so, yeah.

 8        Q.   And what do you recall as far as what the

 9    discussion was regarding the Defendants' response to

10    the allegations?

11        A.   I recall my recollection is that there

12    was, it was nonspecific.  That I wasn't, I didn't

13    have a solid basis or nothing was conveyed that, you

14    know, here's a strategy that he said he was taking

15    or here is some other mitigating factor or here's an

16    explanation.  There was no, it was more along the

17    lines of, generally, there seems to be some, he has

18    another explanation, but I didn't quite grasp what

19    that was.

20        Q.   Did you ask any questions as far as to

21    help clarify the explanation?

22        A.   Yeah, I think there was a, yeah, there was
```

Page 81

1    an interplay.  I, basically, said I presented my

2    view that there could be real reasons, different

3    probability happened to different accounts and

4    outlined how I would try to attack the problem, and

5    I guess there was a little bit of, I guess my

6    recollection is there was no specific thing that

7    says, nobody ever asked me could you, you know,

8    could you look at this explanation and see if that

9    makes sense.

10        Q.   What were some of the real reasons that

11   you came up with that could explain the difference?

12        A.   Well, I think that's what my report was

13   aimed at.

14        Q.   Let me cut you off.  This is before you

15   wrote a report.  You're meeting with them face to

16   face talking about background in the case; correct?

17        A.   Mm-hmm.

18        Q.   Yes?

19        A.   Yes.

20        Q.   And you're presented with CFTC's position

21   as to what occurred within the subject accounts;

22   correct?

1      A.    Yes.

2      Q.    And there was a question with regards to

3  the Defendant's explanation as to what had occurred

4  between the different accounts; is that correct?

5      A.    Yes.  I mean, that explanation was very,

6  like I said, vague in my mind.

7      Q.    And I believe your earlier answer to one

8  of my questions was that you had some ideas, real

9  reasons I think was the term you used, as to why

10  there could be differences between the two sets of

11  accounts; is that correct?

12      A.    Yes.

13      Q.    What were those real reasons that you

14  offered at that time?

15      A.    Well, that's what I was starting to answer

16  before is there are different transaction costs for

17  different times that you execute orders.  There are

18  different times that there's different patterns in

19  trading costs across the trading day, across the

20  trading week.  There's different characteristics of

21  orders that get executed and the cost it entails in

22  executing those orders.

1          So, those, having worked in this area,

2     those are the first few things came to my mind.

3     Those could be real reasons for differential profits

4     across accounts.

5          Q.    Any other real reasons that you discussed

6     at that time?

7          A.    Yeah.  I don't think we discussed any, I

8     don't think, actually, we discussed many of those

9     reasons.  Those were in my mind when I was looking,

10    I was trying to assess what data was available,

11    first of all, and what could be done with the data.

12         Q.    You mentioned that one of the reasons

13    could have been characteristics of orders.  What do

14    you mean by that?

15         A.    Well, there are limit orders, and there's

16    market orders, and then there's good deal canceled

17    orders and fill or kill orders.  There's all sorts

18    of different types of order, types that could result

19    in -- I mean, if you have a market order, for

20    instance, and you're trying to trade 100 contracts,

21    you could easily push the price up trying to sell or

22    trying to buy all those contracts or you could push

1    the price down if you're trying to sell them all in

2    a short amount of time.  So, the characteristics of

3    the sort of urgency of the order and the size could

4    play a role.

5         Q.   And what was your actual assignment in

6    this case?

7         A.   The assignment was to assess the

8    comparison between the proprietary account and the

9    customer accounts, and could I come up with

10   statistical tests or could I, well, my objective

11   would be to make an assessment of the differential

12   profit outcomes of those two accounts, and could

13   they be explained by other sort of objectively

14   viewed variables in the data.

15        Q.   Was there any variables that you were

16   going to take into account that wasn't contained in

17   the data?

18        A.   Well, I think eventually, I don't think at

19   the beginning, eventually with, the Defendants' side

20   had some assessment of, say, delta hedging

21   opportunities and that some of these trades were

22   done for delta hedging purposes, and I didn't have

1    any access or any information about what deltas of

2    the existing positions were.  So, that was, I think,

3    eventually something that would have been nice to

4    see.

5        Q.   We'll talk about deltas in a little while,

6    but let's first kind of get a handle on what the

7    data is that you were looking at here.  I'm going to

8    ask you to tell me what data you looked at and what

9    you received, not necessarily what you used in order

10   to compile your reports, but give me the whole

11   universe of data by category of what you were given

12   or given access to.

13       A.   Well, I think that's an exhaustive list in

14   the data I used.  We had trade tickets.  We had

15   account summary reports.

16       Q.   Let's go one by one.  You had trade

17   tickets from all the firms involved?

18       A.   I believe so, yes.

19       Q.   Go on.  Oh, by the way, look at paragraph

20   11 in Exhibit Number 1.

21       A.   Paragraph 11?

22       Q.   Yes, sir.

1     A.   Yes.

2     Q.   And I think this is, we're getting to the

3   list we're about to talk about here.

4     A.   Right.

5     Q.   PDF files of trade tickets and you said

6   from office orders.  What's an office order?

7     A.   I think it's an order that goes to the

8   trading desk, but not on the floor of the exchange,

9   so it's in the trading desk office.

10     Q.   So, you looked at trade tickets,

11   spreadsheet records of trades executed at, via

12   Mizuho.  What does that refer to?

13     A.   So, I was given a spreadsheet of Mizuho

14   trade orders or executions that were executed

15   through the broker Mizuho for both client and

16   customer in the proprietary account.

17     Q.   The spreadsheet that you're referring to,

18   is that something created by one of the brokerage

19   firms or all the brokerage firms or are you talking

20   about something created by the CFTC?

21     A.   I believe it was from the brokerage firm.

22     Q.   And you have it from Mizuho, MF Global and

1    XFA, so you looked at spreadsheets from all of

2    those; correct?

3          A.    Yes.

4          Q.    Did you actually look at the trade, all

5    the trade tickets involved?

6          A.    I looked at a sample of them at first to

7    find out what was on there, and then Mike Schafer

8    did most of the data entry looking at the trade

9    tickets.

10          Q.    When you say sample, how many in the

11    sample?

12          A.    I probably looked at 18, 20.

13          Q.    Total?

14          A.    Yeah, probably.

15          Q.    And by looking at the 18 or 20 you felt

16    comfortable you could then direct Mr. Schafer in the

17    next phase of his work dealing with the trade

18    tickets; correct?

19          A.    Yes.

20          Q.    You say electronic statements of various

21    accounts generated by the Defendants.  What does

22    that refer to?

1        A.    Well, we had the monthly account summary

2    that was provided, I believe, by the Defendant on

3    what had happened that month.

4        Q.    When you say monthly account summary, are

5    you talking about from the brokerage statement?

6        A.    I don't know if it was a brokerage

7    statement or not actually right now.

8        Q.    Well, let me ask you if you recall

9    reviewing any monthly account statements issued by

10   any of the brokerage firms involved here.

11       A.    Yeah, I believe.  Trying to remember when

12   we put it into SAS.  We read it right off of an

13   account.  Who was the originator and who was the

14   receiver of that account I'm not sure, but it looked

15   like it was an account statement between the

16   brokerage and their client.

17       Q.    I'm assuming you're comfortable reading

18   statements and deciphering all the information on a

19   monthly brokerage statement then?

20       A.    Yes.

21       Q.    And is that something you did on a regular

22   basis in your position with the CFTC?

1      A.   No.

2      Q.   Is that something you've done on a regular

3  basis in your academic work?

4      A.   No.

5      Q.   Where did you become familiar with how to

6  read a brokerage statement for a commodity trading

7  account?

8      A.   Well, I'm familiar with brokerage

9  statements in general.  I don't have a personal

10 commodity account.

11     Q.   Have you had other cases in which, prior

12 to this case, in which you had to review and analyze

13 information on commodity brokerage statements?

14     A.   No.  Brokerage statements generally, but

15 mostly relating to equity markets.

16     Q.   So, talking about stocks?

17     A.   Yes.

18     Q.   And how often before this case had you

19 actually had to review brokerage statements for

20 commodities or futures transactions?

21     A.   Never, I believe.

22     Q.   And how about did you review any of the

1    daily statements generated by any of the brokerage

2    firms for the subject accounts in this case?

3        A.    Daily statements?  I'm not sure.  The

4    tickets were sometimes on a daily basis.

5    Spreadsheet had daily information on them, but I

6    don't know if the spreadsheet was a summary of all

7    the daily activity that happened to be snapshot at

8    one point, one day in time, or if that was the

9    typical daily account.

10       Q.    Give me one second, please.  I'm going to

11   show you a document that's marked with a Bates stamp

12   number QUID, Q-U-I-D, Mizuho, M-I-Z-U-H-O, 0000340.

13   I've not marked it as an exhibit, but I just want

14   to, so we can kind of clarify something.  I'm going

15   to show you this one-page document.  Is this what

16   you're referring to by a spreadsheet?

17       A.    I mean, it's in spreadsheet form.

18       Q.    Well, is this what, more specifically, is

19   this the spreadsheets that you are reviewing as part

20   of your data accumulation process in this particular

21   assignment?

22       A.    Yeah, I believe so.  This is the same

1   format, same data fields, same identifiers.

2       Q.   Did you review any e-mails between my

3   clients and any of the brokerage firms?

4       A.   No.

5       Q.   Did you review any of the marketing

6   materials provided by my clients in this case?

7       A.   I did read the marketing materials, yes.

8       Q.   In which marketing materials do you recall

9   reading?

10      A.   Only a descriptive sort of nature about

11  what they do as a line of business.

12      Q.   And what do you recall that saying in a

13  general sense?  What do they do as a line of

14  business?

15      A.   That they trade commodities futures and

16  options.  Basically, act as a conduit for getting

17  exposure to those markets.

18      Q.   Did it say anything as far as the

19  different type of trading strategies that they

20  employed?

21      A.   Not that I recall in the marketing

22  material, no.

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 93 of 400 PageID #:815

1          MR. BLOCK:  Let's mark this as 18.

2          (Harris Exhibit No. 18, Quiddity Due

3    Diligence Questionnaire, was marked for

4    identification.)

5          MR. BLOCK:  I'm sorry.  I don't think I

6    have a third copy right now.

7    BY MR. BLOCK:

8      Q.   I'm showing you what's been marked as

9    Deposition Exhibit 18 for identification purposes.

10   It's about a 22-page document, so I'll ask you to

11   take a couple minutes or whatever time is necessary

12   for you to go through it, and let me know when I can

13   ask you some questions regarding it.

14     A.   (Witness reviews document.)  Would you

15   like me to review everything here?

16     Q.   Just to your own comfort level.  I'm going

17   to ask you some questions about it.

18     A.   Okay.

19     Q.   I placed before you what we've marked as

20   Exhibit 18, which is entitled "Due Diligence

21   Questionnaire, August of 2008."  Do you recall

22   having ever seen this document before, sir?

Page 93

1          A.    I believe I have, yeah.

2          Q.    And what do you understand the purpose of

3     this document?

4          A.    Well, when you're raising funds from any

5     set of investors, you need to do due diligence on

6     whether they qualify and understand the investments

7     that you are putting in front of them.

8          Q.    And is this something you read prior to

9     completing your initial report?

10         A.    Yes.

11         Q.    And in reading this did you have any type

12    of indication as to what type of trading programs or

13    trading strategies would be utilized by the

14    investors or for the investors' money?

15         A.    Well, not specifically.  They describe

16    that they try to eliminate the big, excessive

17    movements, which meant they must be doing something

18    either market timing or doing something on hedge

19    positions to get in and out, try to, and then they

20    talked about using the edge of, the trading edge to

21    try to make sure that the risk and return tradeoffs

22    didn't, well, the return to risk tradeoff was

1    beneficial for the investor.

2         Q.    So, in reviewing this you understood there

3    was an objective of trying to limit risk to the

4    investors' funds?

5         A.    Yeah, I think clearly they were trying to

6    sell that.

7         Q.    And, when you looked at the trade

8    statements and the monthly statements, was there

9    anything within those statements that was either

10   consistent or inconsistent with the objective as

11   stated in Exhibit Number 18?

12        A.    Well, I mean, some of the trades that we

13   saw were in and out quickly, so that's indication,

14   right, that they are not taking a long-term position

15   and exposing to risk in the marketplace.  There were

16   trades on options and on futures, so it looked like

17   there was a combination of the portfolio, in fact,

18   where there was, obviously, that's one reason you go

19   and trade futures and options on those futures is to

20   try to hedge, so that there's different risk

21   parameters or characteristics, not just one

22   directional.  If you're in the wrong direction, you

1    lose money.

2       Q.   Did you get any sense from either reading

3    Exhibit 18 or looking at account statements or any

4    other source of information in this case as to what

5    the primary investment vehicle was for the investor

6    funds?

7       A.   Well, I guess in this case they were

8    trying to do mostly options trading.  Most of the

9    records that we saw actually were futures accounts.

10      Q.   But the underlying trading strategy was

11   primarily in options; isn't that correct?

12           MR. GREEN:  Objection.  Leading.

13           THE WITNESS:  I think that's what the

14   marketing materials said, yes.

15   BY MR. BLOCK:

16      Q.   Well, in your review of the trade

17   statements or the monthly account statements or the

18   daily statements didn't it also indicate to you that

19   it was primarily an options-based trading program?

20           MR. GREEN:  Objection.  Leading.

21           THE WITNESS:  I guess the disproportionate

22   number of positions put on were in options, yeah, so

1    I guess, if that's how you interpret it, yes.

2    BY MR. BLOCK:

3        Q.    Disproportionate by what metric?

4        A.    Just in the number of reported

5    transactions or positions at the end of the day.  I

6    mean, there seems to be more activity generally in

7    the options than the futures.

8        Q.    And would you agree that, as far as dollar

9    values go, there was more money invested in options

10   than in the futures positions in the account at any

11   time?

12            MR. GREEN:  Objection.  Leading.

13   BY MR. BLOCK:

14       Q.    Customer accounts.

15       A.    In the customer accounts.  Trying to

16   distinguish between the two.  I presume so, yeah.

17       Q.    Well, you're talking about distinguishing

18   between the customer and the proprietary accounts.

19   Did you see any large option positions being held in

20   the proprietary account during your review?

21       A.    We saw options in both accounts.

22       Q.    You saw options on futures in the

Page 97

1    proprietary account; correct?

2            MR. GREEN:  Objection.  Leading.

3            THE WITNESS:  Yeah, I believe there were

4    futures on options in both accounts.

5    BY MR. BLOCK:

6        Q.   Did you see any underlining options

7    positions being held in the proprietary account

8    during your review?

9            MR. GREEN:  Objection.  Vague.

10   BY MR. BLOCK:

11       Q.   If you don't understand my question --

12   I'll restate it.

13       A.   Okay.  Go ahead.

14       Q.   Would you agree that in your review you

15   were able to identify longer term options positions

16   being held in the customer accounts?

17           MR. GREEN:  Objection.  Vague and leading.

18           THE WITNESS:  I would say what I did see,

19   there were some, most of the trading that I examined

20   was in and out during the same day.  There were a

21   series of what I call those round-trip trades where

22   a position was open that day and closed that day.

1    There were a set of other trades that carried on

2    beyond the day that I was analyzing, but I didn't

3    spend a lot of time or analysis looking at other

4    characteristics of the account.

5    BY MR. BLOCK:

6        Q.    Why not?

7        A.    Well, I didn't have access to most of that

8    data.

9        Q.    Well, you had access to all the account

10   statements, did you not?

11       A.    Yeah, I believe I had access to all the

12   account data.

13       Q.    So, you had all the account statements,

14   and you could see, if you looked at the account

15   statements, what actual positions were carried from

16   month to month or week to week, could you not?

17       A.    I guess theoretically I could do that,

18   yes.

19       Q.    And in your, whatever review you did of

20   the account statements, did you come to an

21   understanding that in the customer accounts there

22   were underlying options positions that were carried

Page 99

1    on more than open and closed in the same day?

2        A.    Yeah, I'm sure there were.  I don't recall

3    which ones there were, but yes.

4        Q.    And do you recall that many of those

5    option positions in the customer accounts were

6    carried for months at a time?  Do you recall seeing

7    that?

8        A.    I didn't actually follow that, no.

9        Q.    Did you test for that at all?

10       A.    No.

11       Q.    Why not?

12       A.    My objective and my test was pretty

13   specific.  My specific test was to figure out

14   whether there are other trade characteristics of the

15   trades that were under question differed between one

16   group and the other.

17       Q.    I want to be clear about this.  Are you

18   saying that your testing was just to look at the

19   trades that were open and closed within the same day

20   without regard to what else was in the account?

21       A.    That's basically it, yes.

22       Q.    Did you notice in your review of the

1    account statements for the proprietary account were

2    any longer term options positions held in the

3    proprietary account such as more than a day, let's

4    say, weeks or months?

5         A.   I didn't analyze that, no.

6         Q.   I'm not asking if you analyzed it, sir.

7    I'm asking if you noticed in your review -- let me

8    back up.  Did you review the account statements or

9    even the daily statements for the proprietary

10   account in the course of your assignment here?

11        A.   No.  I didn't review that, no.

12        Q.   So, as you sit here today, you don't know

13   if there is any longer term positions held by the

14   proprietary account as compared to, say, the trades

15   that were initiated and closed out within the same

16   day period?

17        A.   No.  I didn't do a full analysis of all

18   the trading and all the positions that there were

19   held.

20        Q.   My fault.  Maybe my question.  I'm not

21   asking if you did an analysis.

22        A.   No, I didn't look at it, examine it

1    either.

2         Q.    You didn't look at that?

3         A.    No.

4         Q.    And you didn't analyze any of the

5    longer -- strike that.  You didn't analyze any of

6    the preexisting positions that were in either the

7    customer or the proprietary account as part of your

8    overall analysis of the trades that were initiated

9    and closed out in the same day?

10              MR. GREEN:  Objection.  Leading.

11              THE WITNESS:  No, I didn't have a, no, I

12    didn't have a picture of what the account looked

13    like before the trades were entered into, no.

14    BY MR. BLOCK:

15         Q.    By the way, with regards to Mr. Schafer,

16    he was just, as I understand from your prior

17    testimony, more data entry as far as his efforts in

18    this project; is that correct?

19         A.    Yes.

20         Q.    Do you know what Mr. Schafer's background

21    is with regards to deciphering trade tickets and

22    account statements and electronic trading records?

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 103 of 400 PageID #:825

1       A.    I don't know, but I know I don't think

2    he's ever worked in the industry.

3       Q.    Have you ever taught statistics?

4       A.    No.

5       Q.    Going back to what you looked at with

6    regards to this assignment, was there other

7    marketing type of materials that you reviewed other

8    than what we've marked as Exhibit 18?

9       A.    Not that I recall.  There might have been

10   a shorter flier-type thing.  I don't know if it was

11   a part of this same questionnaire.

12      Q.    And what do you recall reading as far as

13   this other flier --

14      A.    It was more general than this.

15      Q.    And was there any information that you

16   read in that flier that you utilized with regards to

17   your analysis in this matter?

18      A.    No.

19      Q.    Why were you reading the flier?

20      A.    I think it was just provided to me.  I'm

21   not sure it was a flier.  Might have been a shorter

22   document.  It might have been the front of this,

Page 103

1    actually.  I'm not sure.

2        Q.   What was the point of reading Exhibit 18?

3        A.   I think, well, I guess there was some

4    interest in trying to figure out is there something

5    in what they've put out as their marketing materials

6    that would be useful in explaining, I guess, the

7    discrepancy that the CFTC is alleging.

8        Q.   So, you're trying to gather information,

9    get a totality of the circumstances to come up with

10   a response to these allegations; is that correct?

11            MR. GREEN:  Objection.  Leading.

12            THE WITNESS:  I think I was trying to come

13   up with an understanding of what, where the trade

14   data was coming from, what this firm was doing from

15   sort of 0 to 60 as fast as I could to figure out

16   what types of things they do for trading, yes.

17   BY MR. BLOCK:

18       Q.   But it seems to me you weren't actually

19   looking at what they were doing with all the

20   trading.  You were just looking at what they were

21   doing with the trading with regards to the shorter

22   term trades.  Would that be accurate?

1          MR. GREEN:  Objection.  Vague and

2     argumentative.

3          THE WITNESS:  I think, ultimately, right.

4     When it came down to after reading and assessing

5     their trading strategies, that it was impossible for

6     me to ascertain in almost, probably impossible for

7     anybody to ascertain at any point in time what their

8     probability densities were, what their different

9     characteristics of the portfolio were at the time

10    they entered into these trades.

11    BY MR. BLOCK:

12         Q.   Are you saying that no one could do that?

13         A.   Yeah, probably nobody could.

14         Q.   Well, for someone dealing in stats

15    probably is not a real good term.

16         A.   I would say impossible, yeah.  I think

17    their expert made some reference to that.

18         Q.   We'll talk about the expert's opinions a

19    little later this afternoon, but are you saying it's

20    impossible for someone, if they are given all the

21    information you were provided, trade tickets,

22    trading spreadsheets, daily statements, monthly

1    statements, marketing materials, if they had all

2    this available to them, is it your position or your

3    opinion that no one could decipher the trading

4    strategy used in the customer accounts?

5         A.   I would say given all that information it

6    would be impossible to assess what the intent of any

7    one particular execution was for.

8         Q.   I'm looking at a more macro basis.

9         A.   Right.

10        Q.   Not looking at one execution.  One day,

11   any particular transaction.  I'm talking on a

12   general basis.  Is it your opinion that someone,

13   given this amount of information, could not

14   determine what the overall strategy was for the

15   trading done in the customer accounts?

16        A.   Yeah, that's a different question.

17        Q.   That's my present question.

18        A.   Generally, you could come up with the

19   trading strategy, what it appears at the macro level

20   is being done in these accounts, yes.

21        Q.   And did you undertake to determine what

22   that trading strategy was?

1      A.    No.

2      Q.    Were you given any information with

3  regards to any investigation done by the NFA with

4  regards to Quiddity's operations?

5      A.    No.

6      Q.    Were you given any reports or any copies

7  of any investigation done by the CFTC with regards

8  to Quiddity's operations?

9      A.    Only the Complaint, I guess.

10      Q.    Tell me what you did after you received

11  all the documents and the information and the

12  spreadsheets and the tickets and the account

13  statements.  What literally did you do with it?

14      A.    Well, that was the nut of trying to do any

15  analysis here 'cause there was a large number of

16  pieces of information on various forms of electronic

17  format, on paper format and PDF files.  So, the

18  immediate concern or question is whether you could

19  actually put that into some usable form where you

20  could actually put it into some format that was

21  standardized in some way so that MFG was in the same

22  thing as MF Global when it was written somewhere

1    else, that a buy and a sell were listed the same,

2    that the time stamps were the same, that the, all

3    the data fields were compatible with each other.

4         Q.   Who did this work?

5         A.   Well, I did some of it in conjunction with

6    Mike Schafer.

7         Q.   Who did the bulk of the work?

8         A.   Mike Schafer did.

9         Q.   And what was your actual contribution to

10   that aspect of the project?

11        A.   Well, I sat with him, talked on the phone

12   and went through individual documents.  He would

13   write the SAS programs that would uphold those

14   documents, and we would test to make sure that the

15   information was completely entered in.  He spent

16   then time putting into the SAS programs comments

17   about data that seemed to have problems.  And then

18   he would call me, and we'd discuss what to do with

19   the data problems.

20        Q.   What kind of data problems would you guys

21   discuss?

22        A.   Well, occasionally the trade ticket was

1    illogical.  There was a few trade tickets we weren't

2    sure if it was a.m. or p.m. 'cause it had a time on

3    it.  There were certain set of trade tickets that

4    didn't have any time stamps on them at all.  So,

5    deciphering handwriting was part of that and then

6    trying to decide whether it was good data or not,

7    and so we threw out some of the observations because

8    we just couldn't assess whether they were good or

9    not.

10        Q.   Did you ever use any outside resources to

11   try to verify any of the data you were given?

12        A.   No.

13        Q.   Are you familiar with time and sales

14   records?

15        A.   Yes.

16        Q.   And what's your understanding of the term

17   "time and sales records"?

18        A.   Well, usually the exchange puts time and

19   sales records together, and then they report that

20   back to the brokerage community.  So, the exchange

21   would collect an aggregate set of information on

22   what happened in every individual transaction.

Page 109

1      Q.   Have you ever used time and sales records

2   in any of your prior projects?

3      A.   Yeah.   In fact, that's mostly the data --

4   well, so we've used time and sales data for IPO work

5   we've done.   That is, basically, usually transferred

6   into different format for the trade and quote

7   records that come out from the New York Stock

8   Exchange and other equity markets, for instance.

9      Q.   I'm going to show you what's been marked

10   as Exhibits number 4 and 5.

11           (Harris Exhibit Nos. 4 and 5, Customer

12   Trades and Proprietary Trades, was marked for

13   identification.)

14           THE WITNESS:   Okay.

15   BY MR. BLOCK:

16      Q.   4 and 5 are of similar format, but let's

17   separate them.   What's marked as Exhibit 4 for

18   identification purposes, have you seen this document

19   before, sir?

20      A.   Yes.

21      Q.   And can you identify it for the record?

22      A.   I believe, well, it's Attachment A to one

1     of the interrogatories, I believe, that we put

2     together or response to that.

3          Q.   Did you create this document?

4          A.   This was taken from an aggregate of the

5     CFTC information, so, no, I did not.

6          Q.   I'm not asking about necessarily -- well,

7     do you know who actually authored this particular

8     document?  Was it you or Mr. Schafer?

9          A.   I don't think it was either one.  I think

10    it was the CFTC source.

11         Q.   Okay.  Exhibit Number 5, same question?

12    Do you recognize Exhibit Number 5?

13         A.   Actually, so, Exhibit 4.  I'm not sure

14    about that, actually.  Exhibit Number 5, right.  One

15    is customary trades; one is proprietary trades,

16    correct.

17         Q.   Right.  Slightly different format because

18    the proprietary trades has another column for size;

19    correct?

20         A.   Right.

21         Q.   And the proprietary trades also show the

22    broker firm; correct?

1          A.     Yes.

2          Q.     And do you recall having received copies,

3     if you didn't create these, do you recall having

4     received copies of these two lists?

5          A.     Yes.

6          Q.     And what was told to you about these two

7     lists?

8          A.     Well, at first I think these are,

9     basically, but maybe not -- these could have stemmed

10    from the original Complaint about, these were

11    identified as two sets of trades taking place over

12    the same time frame side one account over the other.

13         Q.     And were these, as you sit here today, are

14    these the trades you were asked to analyze?

15         A.     We had a discussion at the beginning to

16    analyze, whether we should analyze or how much we

17    should analyze.  After assessing sort of the

18    problems of just getting data into usable form,

19    these are the trades that we settled on analyzing,

20    yes.

21         Q.     Well, tell me about the discussion.  How

22    was it determined or settled on that these were the

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 113 of 400 PageID #:835

1    trades you were going to analyze?

2         A.   Well, the question was whether we could

3    come up with different characteristics of these

4    trades with 50 to 60 different observations in each

5    bin that I felt there was enough information in the

6    data that we had within these two lists to make an

7    assessment of whether they were, whether other

8    characteristics of the trades could be a determining

9    factor in separating them into the two bins.

10        Q.   Now, these two lists, one has 64 on it,

11   Exhibit 4, and the other one has 56 on?

12        A.   Right.

13        Q.   Exhibit 5.  If my math is correct, that's

14   120; correct?

15        A.   Yes.

16        Q.   There was actually 130 trades referenced

17   in your report; correct?

18        A.   Yes.

19        Q.   And just want to make sure we're

20   identifying, look at Exhibit Number 6, please.

21             (Harris Exhibit No. 6, Plaintiff's Answers

22   and Objections to Defendants' Second Set of

1    Interrogatories to Plaintiff, was marked for

2    identification.)

3    BY MR. BLOCK:

4         Q.    Take a moment to review, and let me know

5    when you've completed your review.

6         A.    Okay.

7         Q.    Do you recognize Exhibit Number 6?

8         A.    Yes.  The Plaintiff's Answers and

9    Objections to the Second Set of Interrogatories.

10        Q.    And have you seen this document prior to

11   today?

12        A.    Yes.

13        Q.    Look at the third page of this exhibit.

14   Is there's a chart there of ten different trades?

15        A.    Right.

16        Q.    Do you recognize these transactions?

17        A.    Yeah.  They are the unprofitable trades

18   for the proprietary account, I believe.

19        Q.    Are these the remaining ten trades out of

20   the 130 trades referenced in your initial report?

21        A.    Yes.

22        Q.    Now, we've started going down a path here.

1    You've identified these as trades.  What's your

2    definition of trades with regards to Exhibit 4, 5

3    and the chart you're looking at, Exhibit Number 6?

4         A.   Yeah, so the definition we used, that I

5    used is, I adopted from the CFTC is a series of

6    executions whereby a position was opened and then

7    closed.

8         Q.   You adopted a definition used by the CFTC?

9         A.   Yes.

10        Q.   Before the CFTC asked you to become

11   involved in this case and I posed to you the same

12   question as to what's a trade, would your answer be

13   different?

14             MR. GREEN:  Objection.  Speculation.

15             THE WITNESS:  Generally speaking, I would

16   say a trade is a buy or a sell, a single

17   transaction.

18   BY MR. BLOCK:

19        Q.   And do you think there's any difference

20   between the definition utilized by the CFTC in this

21   matter and your prior belief definition of what a

22   trade is?

1      A.    Yeah, clearly.

2      Q.    Now, with regards to the 130 trades to

3  adopt that term for a moment that we've identified

4  in Exhibits 4, 5 and 6, how is it that it was

5  determined that these would be the trades that would

6  be analyzed?

7      A.    At first I didn't know that.  I was told

8  that these were suspicious trades from the CFTC's

9  end.

10     Q.    What were you told about why are they

11 suspicious?

12     A.    They are suspicious in the

13 disproportionate number of profitable trades in one

14 account versus the other.

15     Q.    Over a specified period of time; correct?

16     A.    Right.  During the time period under

17 investigation, yes.

18     Q.    And did you ask any questions with regards

19 to how that time period was defined?

20     A.    We had a discussion, yes, about how, well,

21 in the course of how much data there was and how

22 much information was in the dataset to be able to

1    analyze.  We didn't have a discussion on why the

2    beginning and end dates were settled upon, no.

3         Q.   Did you ask any questions with regards to

4    how the beginning and end dates were settled on?

5         A.   I guess, no, we didn't really ask a

6    specific question.  We had a discussion about when

7    the period started and when it ended, but not, I

8    didn't raise big questions about what the beginning

9    and ending dates were.

10        Q.   And you said that you described these as

11   suspicious.  What about these trades made them

12   suspicious?

13        A.   My interpretation of the suspicious nature

14   was the disproportionate number of profitable trades

15   in one account versus the other.

16        Q.   Well, was it your understanding that these

17   were the only trades made in the two accounts, two

18   bins we'll say, during the relevant time period

19   here?

20        A.   Originally, I had thought that this was

21   the majority of the trading activity in the two

22   accounts, but what I came to understand later is,

1    no, there was much more activity in both accounts.

2        Q.    Now that you knew that -- when did you

3    find out there was much more activity in both

4    accounts?

5        A.    While the process, when we were going

6    through entering the data and looking at the monthly

7    account statements.

8        Q.    So, then you realized there was many more

9    transactions in both the customer accounts and the

10   proprietary account during the relevant time period

11   than was presented on Exhibits 4, 5 and 6?

12       A.    Yes.

13       Q.    And did you then inquire as to why the

14   transactions listed on 4, 5 and 6 were chosen from

15   this larger population of trades?

16       A.    Yes.  Yes, I did.

17       Q.    And what did you ask, and what was the

18   response?

19       A.    So, I asked, well, I asked what,

20   basically, that, what distinguishes these trades

21   from the others, and the response was that these

22   resemble the two or the set of trades in both of

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 119 of 400 PageID #:841

1   these accounts resemble day trading activity,

2   accounts that were open for a short period or

3   positions that were open for a short period of time

4   and closed either within the trading day or a short

5   period of time.

6       Q.   Was it your understanding that, other than

7   the -- well, strike that.  So, in other words, these

8   were quick in and out type of positions, open and

9   closed in a very short period of time?

10          MR. GREEN:  Objection.  Mischaracterizes

11  the testimony.

12  BY MR. BLOCK:

13      Q.   If I ever misstate anything that you've

14  stated here, please correct me.  Was it your

15  characterization that these were chosen based upon

16  the characteristics they were brief in nature as far

17  as the position on, position off?

18          MR. GREEN:  Objection.  Vague.

19          THE WITNESS:  At the beginning I don't

20  think, no, I wasn't clear that was the case.

21  BY MR. BLOCK:

22      Q.   Well, at some point was that --

1      A.   I do --

2      Q.   Continue.

3      A.   So, as we were looking at this, I noticed

4  most of them were opened and shut in a short period

5  of time.

6      Q.   And I want to be clear on this.  Is that

7  what made them suspicious?

8      A.   No, not at all.

9      Q.   Okay.  What made them suspicious?

10     A.   I guess to me they weren't suspicious to

11 start with.  They were suspicious to the CFTC

12 because they were allocated disproportionately to

13 these accounts.

14     Q.   In your review of the underlying data, the

15 universe of data made available to you, did you

16 recognize or see that there were other transactions

17 of similar time frame or trading patterns in the

18 customer account that are not included on these

19 lists?

20     A.   I did not, no.

21     Q.   Did you look for that at all?  Or were you

22 saying that didn't exist?

1     A.   No, I did not see it.  That's what I was

2   saying.

3     Q.   Did you look at all for that?

4     A.   So, we didn't do a full analysis of all

5   the other trading partly because just getting enough

6   trading data in one place to look at it was a pretty

7   big effort.

8     Q.   So, they, the CFTC picked these trades as

9   suspicious because of the relative short duration.

10   Did they give you any other reason as to why these

11   were suspicious other than what you've termed

12   disproportionate amount of profitability?

13          MR. GREEN:  Objection.  Mischaracterizing

14   what the CFTC asked him.  He discussed what

15   suspicion meant to him.

16   BY MR. BLOCK:

17     Q.   Do you understand my question?

18     A.   Yeah.  I would say the CFTC didn't present

19   these as suspicious trades because they were short

20   term in nature.  Only that the allocation that they

21   said was suspicious.

22     Q.   But you didn't check to see if there were

1    other trades of similar nature in the either the

2    customer account, let's just say with the customer

3    account; is that correct?

4            MR. GREEN:  Objection.  Leading.

5    BY MR. BLOCK:

6        Q.    Did you check to see -- I just want to be

7    clear on this.  Did you check in the customer

8    account trading records for other short term trades

9    of similar nature to what we see in 4, 5 and 6 that

10   are not included on any of the lists?

11       A.    No.

12       Q.    So, did you, then you couldn't determine

13   whether there were any other trades that might have

14   been profitable that had the similar short term

15   duration that are in lists 4, 5 and 6?

16       A.    No, right.  That's the objective, that

17   CFTC's efforts to be good faith, that they were

18   giving me all of the trades that fit the parameters

19   that they told me.

20       Q.    And, again, tell me then what were the

21   parameters for these 130 transactions?

22       A.    The only parameters would be the length of

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 123 of 400 PageID #:845

1    duration during that interval or during the time

2    frame under question.

3         Q.   And profitability?

4         A.   No, that wasn't a criteria I don't think.

5    That's why we have some profitable and unprofitable

6    on both accounts.

7         Q.   What did you do then to verify that you

8    were dealing with a complete dataset of short term

9    transactions of the nature listed in 4, 5 and 6?

10        A.   Other than trusting the government, I

11   trusted they gave me the data that they wanted me to

12   analyze.

13        Q.   I understand that's what they wanted you

14   to analyze, but do you ever perform any type of

15   independent test or control to make sure that the

16   data that's being given to you is the sum total of

17   all the samples that fit the criteria that you're

18   testing?

19        A.   I did not in this case, no.

20        Q.   Why not?

21        A.   It appeared to be not feasible.

22        Q.   Why not?  I think earlier -- let me cut

1    you off before you answer.  Earlier you stated that

2    you dealt with cases or projects that involved

3    larger datasets than this?

4         A.    Right.

5         Q.    We were talking about a six-month time

6    frame here; is that correct?

7         A.    Somewhere around there, yeah.

8         Q.    And a limited number of trading accounts;

9    is that correct?

10        A.    Yes.

11        Q.    Why wasn't it feasible to run any type of

12   test or create some kind of control to make sure

13   that the subset of trades that the CFTC was

14   providing you for analysis was the total amount of

15   trades that fit that particular parameter?

16        A.    Basically, for the time amount it would

17   take to read through all the trade tickets to load

18   up all the data, and that was 90 percent of the work

19   up front.

20        Q.    So, it was just a matter of not having the

21   time or maybe the budget for doing it?

22        A.    I guess I had no reason up front to be

1    able to think that there would be omissions of data

2    from the government's end, so I guess --

3         Q.   Well, let me ask you --

4         A.   -- that would be my explanation.

5         Q.   Since your initial entry of the data, have

6    you come to learn or realize that there are other

7    transactions within the customer accounts that are

8    similar in nature to the ones identified in Exhibits

9    4, 5 or 6?

10             MR. GREEN:  Objection.  Vague.

11             THE WITNESS:  No, I have not been

12   presented with any evidence of other trades that are

13   not included in these lists.

14   BY MR. BLOCK:

15        Q.   Well, when you were reviewing the

16   electronic trade records or the monthly statements,

17   did you notice that there are other transactions

18   contained in the monthly statements that are not

19   reflected on any of the lists in 4, 5 and 6?

20        A.   Yes.

21        Q.   Did you recognize at some point that some

22   of those transactions are similar as far as trading

1    pattern, in and out in a short period of time as

2    reflected in Exhibits 4, 5 and 6?

3          A.   No, I didn't actually.

4          Q.   Are you saying you didn't see that or you

5    didn't look for that?

6          A.   I didn't see that.

7          Q.   If there was, in fact, other trades within

8    the relevant period of time in the customer accounts

9    that were of similar nature to those trades

10   identified in 4, 5 and 6 as far as the parameters

11   you've discussed or identified, would that impact,

12   if you knew there were more, would that have

13   impacted the definitions of your analysis?

14              MR. GREEN:  Objection.  Speculation.

15              THE WITNESS:  I think the statistics we

16   run are dependent on the number of observations in

17   each bin, right, so the profitability, depending on

18   how many data points are omitted, right, could

19   change the inference.

20   BY MR. BLOCK:

21         Q.   So, if there are additional transactions

22   of similar nature in the customer accounts during

1    the relevant time frame, it could change the results

2    of your analysis, could it not?

3              MR. GREEN:  Objection.  Leading.

4              THE WITNESS:  Well, I think any time you

5    do a statistical analysis every time you add new

6    observations you change, you could theoretically

7    change the inferences, right.

8    BY MR. BLOCK:

9         Q.   Similarly, if there were similar

10   transactions in the proprietary account that aren't

11   included in the testing here, those could somehow

12   potentially influence the results of your analysis

13   with regards to that side of the report as to what

14   happened in the proprietary account?

15             MR. GREEN:  Objection.  Leading.

16             THE WITNESS:  So, are you asking if the

17   added other either profitable or unprofitable trades

18   into the proprietary account, that would change?

19   BY MR. BLOCK:

20        Q.   Yes.

21        A.   Right.  Since the comparison I did was

22   basically looking at the ratio or the proportion of

1  profitable versus unprofitable, right, any additions

2  to one side or the other could have an impact.

3      Q.   How do you define profitable?

4      A.   Well, you buy for a lower price than you

5  sold for.

6      Q.   Is that a net amount or a, something just

7  based upon you sold it for X, you bought it for Y,

8  and the difference is whether it's profitable or

9  not?

10     A.   The latter, since I didn't have access to

11  what other fees are attached to these transactions.

12     Q.   Did you notice if there was, in your

13  review of the account statements, whether there were

14  any categories included on such statements for fees

15  or commissions?

16     A.   Yeah, there are fees and commissions on

17  the statements.  What I didn't know is whether they

18  applied to individual transactions or were general.

19     Q.   And can you determine that by your review

20  or analysis of the statements?

21     A.   No.

22     Q.   Did you ask anyone how the fees or

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 129 of 400 PageID #:851

1    commissions were applied in these cases?

2         A.    No.

3         Q.    Why not?

4         A.    Well, I was looking for, like, just

5    positioning and whether the positions were opened or

6    not, and I tried to, I thought, I guess my

7    estimation is, if you're comparing one group to the

8    other and you ignore a portion of the same thing for

9    both, then the comparison is still valid.

10        Q.    So, if you ignore the same thing on both

11   sides, it negates each other?

12        A.    It doesn't create any bias statistically.

13        Q.    Does the selection process of the trades

14   to be reviewed potentially create a bias issue?

15        A.    Well, we talked about this earlier.  I

16   think, right, the process of selecting any data

17   could present a bias issue, right.

18        Q.    Were you in any way concerned that the

19   process utilized by the CFTC to choose these

20   transactions was tainted by any bias?

21        A.    I wasn't aware of that, no.

22        Q.    What did you do to test for that?

1      A.    I didn't do any testing for that.  I mean,

2  other than there's no way to do that with a sample.

3      Q.    Well, what about looking at other

4  transactions within the accounts?  Wasn't that one

5  way to verify what they are telling you or the

6  sample they are giving you is biased or not?

7      A.    Yes, that would be one way to do it.

8      Q.    So, if there was additional observations

9  you could have taken into account, that could have

10  potentially helped offset any sample or selection

11  bias?

12      A.    Yeah, I guess.

13      Q.    As a statistician, do you guess a lot?

14      A.    Yeah, that's what stats is all about.

15  There's nothing certain in statistics.

16      Q.    But to a certain degree of confidence, you

17  can say that, if there's additional transactions of

18  similar parameters, those transactions could have

19  been used to offset or identify any selection bias

20  used by the CFTC in choosing these 130 transactions?

21            MR. GREEN:  Objection.  Leading.

22            THE WITNESS:  Yeah, you can always use

1    more observations to validate the analysis you do.

2    BY MR. BLOCK:

3        Q.   And the more observations you have the

4    more confident you could be in the results; isn't

5    that correct?

6            MR. GREEN:  Objection.  Leading.

7            THE WITNESS:  Yeah.  The more power you

8    get in statistical tests in the mathematical sense,

9    yes.

10   BY MR. BLOCK:

11       Q.   I might have asked this, but, when you

12   were looking at the account statements for the

13   customer accounts, the account statements for the

14   proprietary account, did you notice any difference

15   of the characteristics of the positions in general

16   in the two accounts, two bins or sets of accounts?

17       A.   No.  Since I didn't really focus on that,

18   I didn't --

19       Q.   Did you notice if one bin versus the other

20   used margin?

21       A.   No, I don't recall.

22       Q.   Did you notice even observing whether the

1    customer accounts had a greater or lesser amount of

2    net value versus the proprietary account?

3        A.    Yeah.   If I recall, customer account was

4    much bigger.

5        Q.    Have you ever developed any type of

6    options trading strategy?

7        A.    I teach options strategy in my class in

8    looking at different payoff strategies, but actually

9    applied it or devised one to implement, no.

10       Q.    You'll agree teaching the components of

11   options trading is not quite the same as developing

12   an actual strategy for trading options?

13            MR. GREEN:  Objection.  Leading.

14            THE WITNESS:  Well, they are very similar,

15   but, right, it can't be exactly --

16   BY MR. BLOCK:

17       Q.    Did you do any tests in this project to

18   determine -- well, strike that.  Prior to this

19   project, have you ever attempted to test any real

20   life option trading strategy?  And real life, no

21   disrespect, but I'm not talking about in an academic

22   environment.  I'm talking about dollars and cents

1    being risked.

2         A.    Not any trading strategy, per se.  We've

3    done some analysis of options and transaction costs,

4    but nothing looking at an individual trading

5    strategy, no.

6         Q.    Let's go back to my questions about

7    profitability.  If you bought it for X and you sold

8    it for Y and the gross profit was small and that was

9    thereafter eaten up and surpassed by the transaction

10   costs, whether it be commissions, fees or whatever

11   else is deducted, would that trade be profitable or

12   would it be a loss?

13        A.    It would be a loss, yeah.

14        Q.    What did you do in this case to verify

15   that the trades identified by the CFTC were actually

16   profitable or were losers?

17        A.    I only looked at the net amount of

18   purchases and sales, purchase price and sale price.

19        Q.    So, that's actually the gross amount?

20        A.    Gross amount, yes.

21        Q.    And is that something you calculated

22   yourself or you just took on faith from what the

1   CFTC gave you?

2        A.   Mostly on face value what the CFTC gave

3   me.

4             MR. GREEN:  We've been going for over an

5   hour.

6             MR. BLOCK:  I have, well, if you give me a

7   few minutes, we'll be at a break point.

8             MR. GREEN:  Okay.

9   BY MR. BLOCK:

10       Q.   Did you, personally, undertake any

11  calculations to verify any of the profitable,

12  profitability versus nonprofitable status of the

13  trades given to you to analyze by the CFTC?

14       A.   No.

15       Q.   If, in fact, a trade was listed as

16  profitable, but in the net sense it was not

17  profitable, could that impact the results of your

18  analysis?

19       A.   It would impact the ratio of profitable to

20  nonprofitable trades and tests that were done on

21  those, yes.

22       Q.   Do you understand the term "market

1    volatility"?

2         A.    Yes.

3         Q.    What's your understanding of that term?

4         A.    It's, basically, the rate of change or the

5    size of the change of market over time.

6         Q.    And do you know how that manifests itself

7    in a practical sense?

8         A.    In a practical sense to a trader or

9    practical sense to --

10        Q.    Global markets.

11        A.    Yeah.  More volatility means more

12   uncertainty, more risk.

13        Q.    Now, with regards to the time period

14   covered by the CFTC's Complaint, which is September

15   of '08 to March of 2009, do you agree that's the

16   time frame?

17        A.    Yes.

18        Q.    Are you generally familiar with the

19   movement of the S&P 500 index during that time

20   frame?

21        A.    Yes.

22        Q.    How would you describe it?

1          A.    It was a period of financial crisis.  So,

2    lots of volatility.

3          Q.    Lots of volatility compared to historical

4    measurements; correct?

5                MR. GREEN:  Objection.  Leading.

6                THE WITNESS:  Yeah.  I think, generally

7    speaking, higher volatility than on a normal time

8    frame.

9    BY MR. BLOCK:

10         Q.    Would you say much higher?

11         A.    There were, yeah, there were periodic

12   spikes, of course, in volatility, but volatility, of

13   course, is the nature of here one day, gone the

14   next, but measured over time, right, higher on

15   average.

16         Q.    But in that period would you agree it was

17   an extremely volatile time in the equity markets?

18         A.    Yes.

19         Q.    Would you agree, well, are you familiar

20   with what was happening, for instance, in the

21   foreign markets, Japanese yen, trading in the

22   Japanese yen?  Do you have any familiarity as to

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 137 of 400 PageID #:859

1    what happened during that time period to the

2    volatility levels in the yen?

3         A.    I don't believe, I don't have any

4    necessary specific knowledge about individual

5    currencies, but generally the currency markets were

6    also very volatile during that time.

7         Q.    Would you agree it was somewhat of a

8    historic level of volatility given the financial

9    crisis that was occurring?

10              MR. GREEN:  Objection.  Vague and leading.

11              THE WITNESS:  I think that's why we call

12   it the financial crisis, right, 'cause it's

13   highlighted by high volatility.

14   BY MR. BLOCK:

15        Q.    In your experience either as member of the

16   CFTC staff or just your general experience in the

17   industry, do you believe, generally speaking, that

18   most trading professionals consider that the time

19   periods at issue here to be of an extremely high

20   volatility?

21              MR. GREEN:  Objection.  Vague.  Calls for

22   speculation.

1          THE WITNESS:  Well, I think there were

2     certain markets that had no volatility because there

3     was no trading going on.  That was the other

4     highlight of the finance crisis, a lot of financial

5     concerns in different markets.  Equity and options

6     markets, yeah, generally speaking, high volatility.

7          MR. BLOCK:  This would be a good time to

8     break.

9          (Whereupon, a lunch recess was taken from

10    12:20 to 1:06 p.m.)

11    BY MR. BLOCK:

12         Q.   I'm going to ask you to look at Exhibit

13    Number 1.  I ask you to turn to page five.  And

14    paragraph nine, middle of the page, above that says,

15    "B, Summary of Opinions."  Are you with me?

16         A.   Mm-hmm.

17         Q.   In the first sentence of paragraph nine

18    you state that "The summary of my opinions is as

19    follows:  First, I find on an objective statistical

20    basis that the difference in profitability between

21    the reported client and proprietary trades is highly

22    unusual under various assumptions about random

 1    outcomes or trading skill."  What do you mean by the

 2    term "highly unusual"?

 3         A.    The probability of having a discrepancy

 4    between the two accounts is pretty low.

 5         Q.    Under the criteria which you tested?

 6         A.    Right.

 7         Q.    And what are the various assumption that

 8    you are referring to in that sentence?

 9         A.    So, from the three different assumptions I

10    made, one was the assessment that there would be a

11    50/50 probability of gains or losses on any

12    particular trade.  The second assumption, so then I

13    looked at the, under that first assumption what the

14    percentages in proprietary or client accounts, what

15    the probability of that outcome would be under that

16    assumption.

17              Then the second assumption was to look at

18    the profitability generally assuming that the trader

19    has some skill that's going to be skewed toward or

20    more likely to have profits than losses and applying

21    that same set of assumptions to both accounts.  And

22    then, since it's not necessarily a symmetric

Page 139

1  observation to look at, maybe the profitability in

2  the client account was more representative, but

3  then, if we apply that criteria, then that was the

4  third assumption we made about looking at the

5  discrepancy between the accounts.

6      Q.   The first assumption you reference is

7  whether it was profitable or losing.  Is there a

8  third potential outcome on any given trade?

9      A.   Like break even?

10      Q.   Yes.

11      A.   Yeah.

12      Q.   Did you account for that anywhere in any

13  of your tests?

14      A.   No.

15      Q.   You go on and say, "I find that there is

16  no evidence that the difference in profitability

17  between client and proprietary trades during the

18  sample period is driven by trade size," and I think

19  you probably meant to say if, but "executing broker,

20  the day of the week trades were executed or the time

21  of day that trades were executed."  Do you see that

22  sentence?

1       A.    No.   Yeah, it is driven.   I find no

2    evidence that it is driven by trade size.

3       Q.    Oh, thank you.   And then you go on and you

4    say in the next sentence, "I find there is limited

5    evidence that client trades are held for a shorter

6    period than are proprietary trades."   What's the

7    difference between no evidence and limited evidence?

8       A.    So, I did a number of statistical tests

9    looking at different subgroups of those trades.   No

10   evidence suggested none of the statistical

11   significance was at the standard significance level

12   of 95 percent confidence.   Limited evidence means

13   that, and, so, there's a couple different degrees of

14   statistical significance.   Either the 5 percent

15   level where you're 95 percent confidence or the

16   90 percent level where you're 10 percent confident

17   in your inference, so among all of the other, so,

18   when I found none at the 5 percent level, there was

19   no significance, and, if there's limited, that means

20   in individual sub-sample or individual assessment

21   there were some indications of differences between

22   the groups.

1      Q.    In paragraph ten you list five criteria,

2    trade size, executing broker, the time a position is

3    held, the day of the week the trades are executed or

4    by the time of day the trades are executed.  Who

5    came up with these criteria?

6      A.    I did.

7      Q.    Based upon what?

8      A.    Based on the theory that we have seen

9    differences in other data showing that there could

10   be higher transaction costs or different execution

11   prices at different times of day, different days of

12   the week or for different size trades.

13     Q.    So, it was you individually that came up

14   with these five different criteria; correct?

15     A.    Yes.

16     Q.    And did you consider any other criteria to

17   test for?

18     A.    No.

19     Q.    Why not?

20     A.    Well, I shouldn't say, well, based on the

21   data we had, I tried to use all of the information

22   in the data that was available.

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 143 of 400 PageID #:865

1    Q.   Well, did you consider testing for the

2    impact of use of margin in either account?

3    A.   No.

4    Q.   The data whether margin was used or not

5    was available to you, was it not?

6    A.   Not for, as far as I know, there wasn't

7    any individual margins assigned to each individual

8    trade.

9    Q.   Did you look at the trading account

10   statements to see whether there's margin or not?

11   A.   Yeah.  I mean, there was margin on the

12   statements, but the question, again, was whether it

13   was related to individual trades or not.  I couldn't

14   connect those two.

15   Q.   But couldn't the availability or lack

16   thereof impact the ability to place or to close out,

17   well, not to close out, to place a trade?

18   MR. GREEN:  Objection.  Calls for

19   speculation.

20   BY MR. BLOCK:

21   Q.   If you know.

22   A.   So, opening up a position, whether it

1    would require margin or not, no, I wasn't privy to

2    any restrictions on any of those.

3        Q.    Did you check whether there was, the

4    assets or the ability to open a trade was in any way

5    affected by margin in the customer accounts?

6        A.    No.   Like I said, I couldn't connect the

7    use of margin or not use of margin to any individual

8    trade, no.

9        Q.    Now, Donald Newell is identified as a

10   Defendant individually in this case.   You're aware

11   of that?

12       A.    Yes.

13       Q.    And you, from all the information you

14   received, including Exhibit 18 and other

15   correspondence, were you able to determine who

16   worked at Quiddity at the time of the relevant

17   period?

18       A.    No.

19       Q.    Did you ask anyone?

20       A.    No.

21       Q.    Did you think one of the potential

22   criteria could have been to test by who entered the

1    trade or who initiated a transaction?

2        A.   Well, I did do the test on which broker

3    handled it, but I didn't have evidence again tracing

4    the individual trader to the individual trade.

5        Q.   Well, so, obviously, a party to the

6    transaction was important enough to make it one year

7    criteria; isn't that correct?

8             MR. GREEN:  Objection.  Leading.

9             THE WITNESS:  I think if there's some sort

10   of, right.  I tried to use all the information I had

11   in the trade records to discern what the difference

12   across the accounts were.

13   BY MR. BLOCK:

14       Q.   When you were looking at the order

15   tickets, were you able to identify information that

16   would state who placed the order?

17       A.   No.  That's one thing I couldn't do.

18       Q.   Let me be clear.  Did you try to do that

19   and couldn't do it or you're saying that the

20   information wasn't available to you?

21       A.   It wasn't clear that the information was

22   available.

1          Q.    Did you ask anyone?

2          A.    No.

3          Q.    Did you make any, did you consider using

4     volatility in the markets as a criteria for testing

5     the trades at issue?

6          A.    No, I didn't, actually.

7          Q.    Is that something you could have done?

8               MR. GREEN:  Objection.  Leading.

9               THE WITNESS:  I think, yeah, given enough

10    time and effort, you could, you could go and get

11    market-wide information and try to figure out what

12    was going on.

13    BY MR. BLOCK:

14         Q.    If, in fact, all the trade tickets

15    indicated who entered the trade you'd have

16    information to do an analysis based on that;

17    correct?

18               MR. GREEN:  Objection.  Leading.

19               THE WITNESS:  Well, one of the problems

20    with that supposition is that we were getting trade

21    records from spreadsheets, trade records from the

22    trade tickets and so multiple sources.  Some of

1    those, for instance, didn't have any time stamp on

2    them, so there was data missing from each individual

3    component that I was trying to construct in the

4    dataset.

5    BY MR. BLOCK:

6         Q.   So, when there was data missing such as a

7    time stamp, you would eliminate that or otherwise

8    notate that in your report?

9         A.   Right.

10        Q.   Why couldn't you have done that with the

11   person entering the trade then?

12        A.   It didn't seem to be enough, well, first

13   of all, I didn't know of anybody listed as a name or

14   anything on the sheets that we had.  So, then it

15   seemed to be even a farfetched thing to try to

16   figure out, if I don't have any identifier even on a

17   small sum set, could I expand that and do any

18   analysis with it?

19        Q.   What about testing for the subject trades

20   compared to other positions within any of the

21   accounts at issue?

22        A.   Could you repeat that again?  Sorry.

1        Q.   Did you test or could you have tested the

2    130 trades in connection with other positions that

3    were in the accounts at the time of such trades?

4            MR. GREEN:  Objection.  Vague.  And calls

5    for speculation.

6            THE WITNESS:  I think that's one of the

7    problems, right.  If I had a comprehensive dataset

8    of when trades were entered of all the accounts,

9    then I theoretically, I guess, could have done that.

10   I didn't feel like I had enough information to

11   reconstruct all the trading activity for every

12   position that was either being done for Quiddity or

13   the Defendants.

14   BY MR. BLOCK:

15       Q.   You had the monthly statements.  I think

16   we've already established that.  Did you have the

17   daily statements?

18       A.   Well, that's the one question, right,

19   related to the volatility question, too.  Even if I

20   had an end of day statement that says what happened,

21   I didn't know what time of day that happened.  The

22   volatility, like I said, goes up and down during the

1    day.  It just seemed like that would be a hard thing

2    to pin down.

3         Q.   As you said before, stats is kind of a

4    guessing game, isn't it?

5              MR. GREEN:  Objection.

6              MR. SOLINSKY:  Objection.

7              THE WITNESS:  Not really a guessing game.

8    There's different levels of certainty.

9    BY MR. BLOCK:

10        Q.   Well, I'm not talking about -- well, one

11   of the certainties you had is you had the

12   information to tell you what positions were in each

13   account at the close of the prior trading day;

14   correct?

15        A.   I'm not sure that I had access to every

16   position at the end of every trading day.

17        Q.   You had the monthly statements?  Yes?

18        A.   Yes.

19        Q.   You had daily statements available to you?

20        A.   So, reconstructing the data sequence I

21   guess it could be possible.  I don't recall that it

22   was going to be feasible to do that, though.

1      Q.    You had the electronic trading records for

2   all the accounts?

3           MR. GREEN:  Objection.  Leading.

4   Electronic in what sense?  So, I'm not --

5   BY MR. BLOCK:

6      Q.    You referred to electronic trading records

7   earlier.

8      A.    Right.

9      Q.    Whatever sense you were referring to it

10  I'll adopt.

11     A.    Well, so, like, the PDF files weren't

12  electronic trading records, so that --

13     Q.    MF Global trading records came in an

14  electronic format or a printout of an electronic --

15     A.    Right.

16     Q.    -- record?

17     A.    So, then reconstruct -- I guess that was

18  the question.  We were getting data from a

19  disproportionate, like, four different sources, I

20  guess, try to piece all that together, I didn't know

21  we could be feasible.

22     Q.    You were able to do that for the five

1  criteria?

2      A.   Right.

3      Q.   I'm asking if there was other criteria

4  that you could have used the same available

5  information to test as part of your analysis, and

6  what I'm not clear on from your answers is if you

7  could use the preexisting positions in each of the

8  relevant accounts as a criteria to test against the

9  subject trading encompassed in the 130 transactions?

10     A.   Well, the criteria I used I thought had

11 merit in things that we know about how transactions

12 are done.  I had no, I didn't necessarily think of a

13 reason why any individual trader for one account

14 would be different than other traders for the

15 account.  And I'm not sure what the hypothesis

16 necessarily would have been for what the existing

17 account looked like compared to what the new trade

18 entailed.

19     Q.   You wouldn't think it would be relevant,

20 if there is a trading strategy in place and there

21 were positions consistent with that trading strategy

22 in place, you're saying it wouldn't have been

1    relevant to see how any of these 130 trades would

2    have fit into that trading profiler strategy?

3            MR. GREEN:  Objection.  Calls for

4    speculation.

5            THE WITNESS:  I didn't say it wouldn't be

6    relevant.  I just said I don't know what a

7    hypothesis was or I didn't think of a hypothesis at

8    the time that would have made a test as, a test

9    feasible or interesting, informative.

10   BY MR. BLOCK:

11       Q.   What about volume of trading?  Did you do

12   any test or could you have done any test to analyze

13   the volume of trading, whether it be in a specific

14   contract or a specific account?

15       A.   Well, the one thing I would think the

16   volume of trading might matter is kind of related to

17   the trade size that we used.  The number of

18   contracts they were in and out is a variable used

19   related to the volume.

20       Q.   Did you compare that to the value of the

21   account, how those two might be correlated?

22       A.   No.

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 153 of 400 PageID #:875

1      Q.    Why not?

2      A.    I don't think necessarily that the volume

3   of your account matters in the profitability of your

4   outcome of a trade.

5      Q.    Does it matter with regards to risk?

6           MR. GREEN:  Objection.  Speculation.

7           THE WITNESS:  I mean, I guess risk in what

8   sense?  Like, exposure to the market volatility of

9   the position?

10  BY MR. BLOCK:

11     Q.    Yes, sure.  Pick any one.

12     A.    Certainly the incremental risk you take in

13  any individual account would be related to how much

14  you have.

15     Q.    And what did you do as far as, in your

16  criteria or in selecting your criteria to take

17  potentially different risk profiles between the two

18  different sets of accounts into consideration in

19  your analysis?

20     A.    That's why I used the five criteria I did,

21  the trade size, the time held and the other

22  criteria, the other information in the trade tickets

Page 153

1    to say, you know, was this, did these

2    characteristics differ across accounts.

3        Q.   Do those two criteria, trade size and time

4    held, do those exhaust a list of criteria that you

5    could test for with regards to accounting for risk

6    differentials between the different accounts?

7        A.   No, of course not.  I mean, but that's, I

8    guess, the day of the week and the time of day are

9    two other things that are relevant to risk, yeah.

10       Q.   Well, lets forget any of the five

11   categories or criteria you used.  Are there other

12   measurements of risk that you could have tested for

13   or accounted for within your test?

14       A.   Well, there's always more that you can do,

15   yeah.  Adding more information to a risk assessment,

16   right.

17       Q.   What are some of those things you could

18   have done to incorporate some assessment of the

19   different risk levels that each of the accounts were

20   willing to assume?

21       A.   Well, I couldn't do anything to figure out

22   which risk level each account was willing to assume.

1     Q.   Why not?

2     A.   'Cause that's what the trader decides.

3  You can read the marketing arrangement.  They say

4  they do general broad criteria about minimizing

5  risk.  I don't know what that means.

6     Q.   Did you look at any trading patterns or

7  any type of historical records to see what that

8  meant historically?

9     A.   I didn't do any historical assessment at

10  all.

11     Q.   Your five trading criteria -- strike that.

12  Your five criteria are intended to distinguish

13  between the profitability between the customer

14  accounts and the proprietary account; is that

15  correct?

16        MR. GREEN:  Objection.  Leading and

17  mischaracterizing his conclusions in the report.

18  BY MR. BLOCK:

19     Q.   I'm not asking about your conclusions yet.

20  We'll spend plenty of time on that.

21     A.   They were criteria I thought might be

22  relevant to various differential outcomes between

1   any trading account.

2       Q.   What empirical testing did you perform to

3   determine whether those five criteria could account

4   for the profitability difference between the two

5   accounts, sir?

6       A.   I didn't do anything directly related to

7   the profitability of two accounts.

8       Q.   Could these five criteria explain the

9   difference in profitability between any two

10  commodity trading accounts?

11          MR. GREEN:   Objection.   Vague.

12          THE WITNESS:   I presume so, yes.   I mean,

13  if someone is doing a bunch of trading, say, Monday

14  morning when we know it's a little more expensive

15  and we just come in off the weekends and they are

16  trading big size, they might be moving the market a

17  lot as opposed to doing something on Thursday

18  afternoon when they are doing a small trade.

19          So, the day of the week, the size, the

20  time of the day and all these criteria could

21  differentiate, yeah, between whether you are

22  successful in profitable trading or not.

1    BY MR. BLOCK:

2        Q.   I'm not trying to test whether they are

3    profitable or not, and I'm not asking as to whether

4    they would influence the market in some way, good or

5    bad.  I'm asking if these five criteria that you

6    have selected to analyze in this case can be used to

7    distinguish the basis of profitability in one

8    account versus another account that's trading in

9    commodities futures.

10           MR. GREEN:  Objection.  Calls for

11   speculation.

12           THE WITNESS:  I don't quite get the subtle

13   difference.  You say you're not asking me about

14   whether it has market impact or not and whether it

15   affects profitability, but all those criteria, if it

16   affects market impact and it moves prices, it's

17   going to affect your profitability.

18   BY MR. BLOCK:

19       Q.   If you take any two commodity trading

20   accounts and you apply your five criteria, could you

21   determine from your analysis whether one account was

22   dealing in ex post allocations and the other one

Page 157

 1    wasn't?

 2                MR. GREEN:  Objection.  Vague.

 3                THE WITNESS:  I doubt it.

 4    BY MR. BLOCK:

 5        Q.   Are you aware of any empirical testing

 6    conducted to determine whether these five criteria

 7    could account for the potential ex post trading

 8    between, ex post allocation of trading between any

 9    two accounts?

10        A.   No, because active ex post assignment or

11    something like that would be perhaps unrelated.

12        Q.   If it was unrelated, then how is it that

13    your five criteria here could tell us whether it was

14    ex post allocation or not?

15        A.   My expert opinion spoke to whether these

16    characteristics could actually characterize or

17    explain the difference in profitability.  It really

18    says nothing about, directly about ex post

19    allocation.

20        Q.   So, you haven't formed an opinion that

21    there is actually any ex post allocation here?

22                MR. GREEN:  Objection.  Leading.

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 159 of 400 PageID #:881

1            THE WITNESS:  My opinion, I think, is it's

2    written in that there's no evidence in the record

3    that there wasn't ex post allocation and that there

4    was, based on these criteria that I could examine,

5    no explanation within those criteria that that lead

6    these accounts to have differential profitability.

7    BY MR. BLOCK:

8        Q.   So, your conclusion is based upon the

9    assumption that there was ex post allocation?

10           MR. GREEN:  Objection.  Leading.

11           THE WITNESS:  No, not at all.

12   BY MR. BLOCK:

13       Q.   Wait a second.  Stop for a second.  Please

14   read back his last answer.

15           (The reporter read back as requested.)

16   BY MR. BLOCK:

17       Q.   So, your assumption is, that you're trying

18   to disprove by your testing is that there was ex

19   post allocation?

20           MR. GREEN:  Objection.  Leading and

21   mischaracterizes what he's putting in his opinion in

22   the report.

1           THE WITNESS:  Would you like me to repeat

2      what my findings are?

3      BY MR. BLOCK:

4           Q.   I'm trying to find out what the starting

5      point is.  The starting point in your analysis by my

6      reading of it is that you're assuming there's ex

7      post allocation occurring between the two different

8      sets of accounts.  Is that an accurate statement as

9      to your starting point?

10          A.   No.

11          Q.   Okay.  What is your starting point then?

12          A.   My starting point is there is differential

13     allocations of profitable or unprofitable trades

14     across accounts.  What criteria do I have at my

15     disposal to do statistical tests to show or to find

16     are there other reasons, having large trade size,

17     trading on different times of day, holding periods

18     being different, trading different days of the week

19     and things that I could control to try to explain

20     away that difference?

21          Q.   And, because you couldn't explain away

22     that difference, your conclusion then is that there

1    is ex post allocation?

2            MR. GREEN:  Objection.  Leading and

3    mischaracterizing the conclusions in the report.

4            THE WITNESS:  Yeah, I think the way to

5    state it is my conclusions can't disprove.

6    BY MR. BLOCK:

7        Q.   I asked you about that earlier.  Were you

8    trying to prove -- well, let's back up.  What is

9    your null hypothesis?  Let's put it in statistical

10   terms.

11       A.   Do these criteria, trade size, day of the

12   week, time of day, time held in the account, all, do

13   they have a statistical relationship with the ratio

14   of profitable, unprofitable trades assigned to

15   different accounts?

16       Q.   So, just based upon those five criteria?

17       A.   Yes.

18       Q.   And, if there's other criteria that could

19   impact the profitability of either account, you

20   haven't taken that into consideration in your

21   testing?

22           MR. GREEN:  Objection.  Leading and vague.

1            THE WITNESS:  Certainly there's got to be

2    other criteria that I haven't --

3    BY MR. BLOCK:

4        Q.    Sure.  We talked about volatility.  We

5    talked about volume.  We talked about different ways

6    of testing for risk; correct?

7        A.    Yes.

8        Q.    Okay.  I mentioned by the person entering

9    the trade?

10        A.    Yes.

11        Q.    And there's probably a plethora of other

12    parameters, aren't there, that could be tested?

13            MR. GREEN:  Objection.  Leading.

14            THE WITNESS:  Given access to data, I

15    think, yeah.  Yes.

16    BY MR. BLOCK:

17        Q.    Have you seen any other study or analysis

18    that used your five criteria in order to determine

19    or to try to disprove the existence of ex post

20    allocation of trades?

21            MR. GREEN:  Objection.  Mischaracterizes

22    Dr. Harris's assignment.

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 163 of 400 PageID #:885

1    BY MR. BLOCK:

2         Q.   You can answer.

3         A.   So, is there -- let me see if I got that.

4    You're asking is there any other study that uses

5    these criteria to disprove ex post allocation?

6         Q.   Yes.

7         A.   No, I'm not aware.

8         Q.   Any other treatise that takes those five

9    criteria, that tries to use those to determine the

10   difference in profitability between any two

11   commodity trading accounts?

12              MR. GREEN:  Same objection regarding

13   mischaracterizing the assignment.

14              MR. BLOCK:  I'm not asking him about his

15   assignment.  I'm asking about his understanding of

16   the application of these five criteria in any other

17   tests or any other treatises, peer reviewed papers.

18              THE WITNESS:  Well, I tried to point out

19   in my expert report that day of the week, time of

20   day, size of trade all have been shown to have

21   differential impact on prices or transaction costs

22   and that leads right into the profitability of a

Page 163

1  trade.  I tried to be clear that the duration is one

2  that doesn't have a lot of hypothetical or

3  theoretical sound basis.

4  BY MR. BLOCK:

5      Q.  We'll talk about the individual

6  characteristics momentarily.  As a group, though,

7  have you seen any other test, study, treatise,

8  textbook, peer reviewed paper that uses these five

9  criteria to try to determine the difference in the

10  profitability between Account A versus Account B?

11          MR. GREEN:  Same objection regarding what

12  Dr. Harris is testing.  You can answer.  I will tell

13  you if you can't.

14          THE WITNESS:  I don't think it's something

15  people write textbooks about or write papers about.

16  BY MR. BLOCK:

17      Q.  If you applied the same test criteria to

18  nonsuspicious trades in two different accounts,

19  would the differences in profitability between the

20  two accounts manifest themselves in one or more of

21  the tested criteria?

22          MR. GREEN:  Objection.  Calls for

1     speculation.

2              THE WITNESS:  Yeah, I guess in that regard

3     it could, yes.

4     BY MR. BLOCK:

5         Q.   And how so?

6         A.   Well, for instance, if one account is

7     trading a large number of contracts, another one is

8     trading a small number, then you would expect that

9     the trade size would reflect the difference in

10    profitability between the two.

11        Q.   Look at page seven, paragraph 13.  I'm

12    sorry.  You said -- hold on a second.  In paragraph

13    12 -- I'm sorry -- you're talking about review the

14    characteristics of trading records.  Are those the

15    records we've been discussing so far today as far as

16    the order tickets, the trading summaries in PDF

17    form?

18        A.   Yes.

19        Q.   And the account statements?

20        A.   Yes.

21        Q.   In paragraph 13 you talk about the CFTC

22    regulates trading agents who represent clients.  Do

1   you know what regulations you're referring to?

2       A.   Well, anything related to the Commodity

3   Exchange Act is appropriate for anything -- anything

4   in the Commodity Exchange Act regulates behavior in

5   the commodity markets.

6       Q.   So, you're not referring to any particular

7   regulation or rule?

8       A.   No.

9       Q.   Now, in paragraph 14 it says, "To the best

10  of my knowledge, the Defendants did not consistently

11  keep separate trades executed on behalf of clients

12  from those executed for the Defendants' proprietary

13  account."  What's the basis for that statement?

14      A.   That was based on the statement there was

15  nothing in the record that I could discern that was

16  put on the trading account at the time that the

17  trade was executed.

18      Q.   So, which part of the record are you

19  referring to?

20      A.   When the trade was initiated or the

21  position was opened.

22      Q.   So, are you talking about the trade

1    tickets, the order tickets?

2        A.    Right.

3        Q.    Well, let's go to paragraph 15.  It says,

4    "Given the fact that trades were not identified as

5    customer or proprietary trades at the time of

6    execution, the analysis that I apply in this report

7    relies greatly on the ex post assignment of trades

8    to different accounts as reported by the

9    Defendants."  What do you mean it relies greatly?

10       A.    Well, since I didn't have evidence on a

11   trade ticket which account it was for, at the end of

12   the trading day we got end of trade summaries that

13   were produced by the Defendant, I presume, that

14   assigned those trades to an account.

15       Q.    The summaries you saw, they were, are you

16   talking about an assignment of trades between

17   customer accounts or assignment of trades between

18   customer versus proprietary account?

19       A.    Customer versus proprietary account.

20       Q.    And what documents did you see that

21   assigned trades between customer and proprietary

22   account?

1        A.   I saw no document that did the assignment,

2   but I saw the net result of those assignments.

3        Q.   So, there was no document.  The net result

4   showed up where?

5             MR. GREEN:  Wait.  Objection.  Leading and

6   mischaracterizing his answer.

7   BY MR. BLOCK:

8        Q.   You can answers.

9        A.   So, presumably the end of the day trading

10  records that reflected how much was in the

11  proprietary account or the customer account

12  reflected some trade that happened during that day

13  to those accounts.

14       Q.   So, you're saying you didn't see anything

15  beforehand, but the end of the day either on a daily

16  statement or as reflected on a monthly statement

17  trades ended up in certain accounts?

18            MR. GREEN:  Objection.  Leading.

19            THE WITNESS:  Ended up, yeah.  Yes.

20  BY MR. BLOCK:

21       Q.   And you're saying in this statement, are

22  you not, that, you're assuming that the ex post

1    assignment of trades occurred?

2            MR. GREEN:  Objection.  Leading.

3            THE WITNESS:  No, I'm saying that the

4    report replies greatly on the fact that everything

5    I've analyzed has been assigned at some point in

6    time, and, so, even the trades that I see that are

7    assigned to the customer account or the proprietary

8    account are only verified by me after the trade

9    ticket was entered or entered into some customer

10   account or statement at the end of the day.

11   BY MR. BLOCK:

12       Q.   When does a bunch account have to be

13   assigned?  Excuse me.  A bunch trade.

14           MR. GREEN:  Objection.  Calls for a legal

15   conclusion.

16   BY MR. BLOCK:

17       Q.   According to your understanding of the

18   regulations and your experience in the industry.

19       A.   I'm not aware of what exactly time the

20   bunch trade should be posted to an account.

21       Q.   When you say here that the trades are not

22   identified as customer or proprietary account trades

`Page 169

1    at the time of execution, what do you base that on?

2         A.   Based on the trade tickets that I saw.

3         Q.   And I think you said you looked at about

4    18 trade tickets?

5         A.   I looked specifically at 18 or 20, yeah.

6         Q.   And do you know whose responsibility it is

7    to write a client identifier on the trade tickets?

8         A.   No.

9         Q.   Well, who's filling out the trade ticket?

10        A.   I'm not sure of that either.

11        Q.   Do you know when someone is calling in an

12   order in between the time they pick up the phone and

13   the time when, some later point that that trade is

14   closed out, at what times are people, according to

15   your understanding of the regulations, at what time

16   is the trader allowed to give an identification?

17             MR. GREEN:  Objection.  Vague.  Calls for

18   speculation.

19             THE WITNESS:  Yeah.  I'm not sure what

20   time frame would be allowed.

21   BY MR. BLOCK:

22        Q.   Is it your understanding that the only

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 171 of 400 PageID #:893

1    allowed time is at the initiation of the trade?

2            MR. GREEN:  Objection.  Calls for a legal

3    conclusion and irrelevant.

4            THE WITNESS:  I would say the only thing

5    I'm making a statement about is that I couldn't see

6    it at the beginning.

7    BY MR. BLOCK:

8        Q.   Were you looking for such?

9        A.   Yes.

10       Q.   And do you recall what the proprietary

11   account number was?  Proprietary account or what the

12   identifier used by the brokerage firms --

13       A.   Not offhand.  Difference of 0016 was some

14   account or --

15       Q.   I'll represent it was 60006.

16       A.   Okay.

17       Q.   Do you recall seeing on any of the tickets

18   that you reviewed that account designation?

19       A.   Yes.  On the tickets?  No, I don't recall

20   on the tickets seeing that.

21       Q.   Are you saying it wasn't there or you just

22   don't recall?

Page 171

```
 1        A.    I'm saying I don't recall, yeah.

 2        Q.    If it was, in fact, on the ticket, could

 3   that be an indicator that it was given at an

 4   appropriate time prior to any ex post allocation

 5   issues?

 6              MR. GREEN:  Objection.  Calls for

 7   speculation and calls for a legal conclusion.

 8              THE WITNESS:  I presume so, yes.

 9   BY MR. BLOCK:

10        Q.    Did you make any effort to verify if and

11   when the proprietary account was identified on any

12   of the trade tickets that ended up being placed in

13   the proprietary account?

14        A.    Can you repeat that again?  Sorry.

15        Q.    Bad question.  Did you make any effort to

16   verify if there's any information on the -- start

17   over again.  What efforts did you undertake to

18   verify if an order ticket had the proprietary

19   account number on it when that number was placed

20   there?

21        A.    No, I didn't see any way to do that.

22        Q.    Did you ask anyone?
```

1      A.   No.

2      Q.   Would you agree that, if that number was

3  placed on the ticket prior to the fill of the order,

4  that that's not ex post allocation?

5           MR. GREEN:  Objection.  Calls for

6  speculation and a legal opinion.

7  BY MR. BLOCK:

8      Q.   In your experience.

9      A.   I think that goes into, like, there's

10  always an opening and closing of the position.  So,

11  the front end of position would be opened, right.  I

12  would say that wouldn't be necessarily ex post

13  allocated.

14     Q.   Well, let's assume that you place an

15  order.  Trader calls the broker says, "I want to

16  place an order," and the broker says, "Great.  I'll

17  call you when we're filled."  And, at the time that

18  the broker calls back, the trader, says, "Hey, we

19  got filled," and the trader says, "Good.  That's for

20  my account."  So, you got it at the price you put

21  your order in.  Let's assume it's a limited order.

22  Is that ex post allocation, in your opinion?

1          MR. GREEN:  Objection.  Calls for a legal

2    conclusion.

3          THE WITNESS:  No, my opinion would be not.

4    BY MR. BLOCK:

5      Q.   What happens in the situation that the

6    trader calls the broker, places an order, for

7    whatever reason no identifier is either given or

8    written down at the time.  The trader calls back and

9    says, "Okay.  Filled at X."  Still no identifier

10   given.  Independent reason, five minutes later they

11   are on the phone again, and the broker says, "By the

12   way, the thing we filled before, the market has gone

13   against you."  And the trader says, "That's for my

14   account."  Is that ex post allocation?

15         MR. GREEN:  Objection.  Same objection.

16   Calls for legal conclusions.

17         THE WITNESS:  In my reasoned judgment,

18   yes, if it's changed after the fact.

19   BY MR. BLOCK:

20     Q.   So, even though it's changed to the

21   detriment of the trader, market has gone against

22   him?

1      A.   Yes.

2      Q.   And what's the basis for your judgment?

3      A.   Well, that's what ex post allocation

4  means.  After the fact.

5      Q.   Well, in terms of commodity regulations

6  what do you understand ex post allocation to mean?

7           MR. GREEN:  Objection.  Calls for a legal

8  conclusion.

9           THE WITNESS:  Well, that's what I would

10  estimate ex post allocation as, something that

11  happens after the fact.

12  BY MR. BLOCK:

13      Q.   Other than the literal translation, in the

14  scope of your work with the CFTC or any other work

15  you've done in the industry, have you had cause to

16  inquire as to what the regulations considered to be

17  an ex post allocation of a transaction?

18      A.   The legal basis, not precisely.

19      Q.   Generally.

20      A.   But, generally, right, this is one of the

21  problems with financial markets all the time.  There

22  could be, right, considering, even so, if a broker

1    takes a losing trade off of a trader's books, it

2    could be deemed some untoward influence in the

3    marketplace or some sort of quid pro quo that's not

4    sort of on its face fair to the markets.

5         Q.   I want you to turn the page of your

6    report, page eight, paragraph 16.  Now, again, to

7    assess the profitability of the various trades that

8    are assigned ex post to the proprietary and customer

9    accounts.  So, your assumption is that the 130

10   trades identified by the CFTC are all ex post

11   assignments?

12        MR. GREEN:  Objection.  Leading.

13   BY MR. BLOCK:

14        Q.   Just asking what that means, your first

15   sentence.

16        A.   Yeah.  Yes.

17        Q.   And then it says, "During the period in

18   question, October 15, 2008, through March 18, 2009,

19   I examined data for 2,224 trades executed in," and

20   then it goes into the different contracts, and we'll

21   get to those in a second, but please tell me what

22   you mean by 2,224 trades.

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 177 of 400 PageID #:899

1        A.    Yes, this was the confusion probably about

2    how we defined trades.  So, these are the executions

3    that go behind the trades that were listed in the

4    Complaint.

5        Q.    So, what do you mean by executions?

6        A.    So, if a trade entailed buying five

7    contracts, buying another five, selling two, selling

8    two, selling two, selling two, that would be, so, if

9    you sold five two-lot increments and bought two

10   five-lot increments, I would call that seven

11   executions.

12       Q.    Define what you mean by trade then in that

13   sentence.

14       A.    Right.  So, that would be the trade

15   executions.

16       Q.    In taking what I believe to be your

17   example, if you had an order to sell seven yen and

18   it was filled four, one, one, one, say it was a

19   limited order, is that one trade?

20       A.    That would be counted as four trades

21   executed in my language here.

22       Q.    So, I call the broker.  I say, "Sell my

1    seven yen at $2," and he goes out, and he's able to

2    sell it in increments of four, one and one each for

3    $2.  Four executions.  Is it one trade?

4        A.   From the CFTC's standpoint, yes, that's

5    one trade.

6        Q.   I'm asking for the standpoint of you right

7    here.

8        A.   Right.  So, this paragraph is unclear in

9    that regard, right.  The trades that I cite there,

10   trades executed are really, would be executions, not

11   trades as the CFTC defines it.

12       Q.   How did you define -- forget the CFTC.

13       A.   No, that's, everything else in my,

14   everything else in my report uses trades as defined

15   by the CFTC.

16       Q.   So, this involves 2,224 executions?

17       A.   Right.

18       Q.   And were those relating only to the 130

19   transactions that we're looking at?

20       A.   Yes.

21       Q.   In the three lists?

22       A.   Yes.

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 179 of 400 PageID #:901

1     Q.   So, that's different from the CFTC's

2   definition of trade as they've used in their

3   Complaint?

4          MR. GREEN:   Objection.   Leading.

5   BY MR. BLOCK:

6     Q.   Correct.

7     A.   Yes, and it's different than what I use

8   for trade in the report, too.

9     Q.   Do you -- that's one of the questions I

10  have.  I'm glad you reminded me.  Other than this

11  one spot, do you use the term "trade" consistently

12  throughout the remainder of your report?

13    A.   I tried to, yes.

14    Q.   And you've seen the CFTC's definition of

15  trade.  I think it's listed in Footnote 1 on page

16  ten of the Complaint.

17    A.   Yes.

18    Q.   I'm going to read Footnote 1, and you tell

19  me if you can follow this.  "Lot size indicates the

20  number of contracts traded in a round-turn trade,

21  i.e., long and short positions in the same contract

22  that offset each other for realized profit or loss."

Page 179

1    And then it has an exception of the October 17,

2    2009, and November 21, 2008, options trades, which

3    consisted of 396 and 18 lots respectively of options

4    that expired that day.  Is that your understanding

5    of the CFTC's definition of trade?

6         A.    Yes.

7         Q.    Have you in your work prior to this case

8    ever applied that definition to any other study

9    you've done?

10        A.    No.

11        Q.    Have you seen that definition applied in

12   any other study that you reviewed as a peer or just

13   as someone in the industry?

14        A.    So, actually, we have done a little bit of

15   that.  So, when we did the day trading study, we

16   didn't call it a trade, but we did the analysis on

17   the round lot opening a position and closing the

18   position.  Not usually referred to as a trade, no.

19        Q.    Okay.  That was in what study was it?

20        A.    We did a trading, we called Trading

21   Profits of SOES Bandits in the JFE paper in 1998.

22        Q.    And that was in an IPO?

1      A.   No, just on day trading.

2      Q.   In what, commodities or in equities?

3      A.   Equities.

4      Q.   And did the definition there include --

5  well, strike that.  Do you understand what a

6  reversal is, if I say there's a reversal position?

7      A.   Yes.

8      Q.   Did that, does this definition of trade as

9  used by the CFTC include reversals?

10      A.   Yes.

11      Q.   Did your study that you just referenced

12  with, to the equity market include reversals?

13      A.   Yes.

14      Q.   Do you have a copy of that study that you

15  could provide to counsel?

16      A.   I think we did.

17      Q.   Of your study?

18      A.   JFE paper recited in my list.

19      Q.   Which one is that?

20      A.   No, I guess I didn't cite it in

21  publications.  It's on my Vita called The Trading

22  Profits of SOES, S-O-E-S, Bandits.

1    Q.    And SOES is an acronym; correct?

2    A.    Yes.  Stands for Small Order Execution

3    System under NASDAQ, equity trading.

4    Q.    Have you seen any study with regards to

5    commodities markets that adopts the same definition

6    of trade as the CFTC?

7    A.    No.

8    Q.    Have you seen any learned treatise that

9    has adopted the same definition as the CFTC with

10   regards to commodities or futures markets?

11   A.    No.

12   Q.    Any textbook that you've encountered in

13   any of your academic endeavors that uses the same

14   definition that the CFTC has used in this particular

15   situation?

16   A.    I don't know of any textbook.  I know

17   colloquially some people talk about a trade as the

18   round turn where you open a position and close it,

19   but not actually specifically referenced in the text

20   or anyplace.

21   Q.    Let's talk about that.  Round turn has a

22   meaning within the commodities industry, does not?

1           MR. GREEN:  Objection.  Leading.

2           THE WITNESS:  Yeah.  I think it has a

3    meaning within all financial markets, yes.

4    BY MR. BLOCK:

5       Q.    What's your understanding of the meaning

6    of round turn?

7       A.    Well, a round turn trade would be one

8    where you bought ten and sold ten or short ten and

9    bought those ten back.

10      Q.    And 15 minutes later you took another

11   position in the same contract in the same day,

12   obviously, if I say ten minutes later, that's a

13   different round turn, is it not?

14      A.    Yes.  It could be classified as that,

15   yeah.

16      Q.    And do you know if the CFTC has a

17   definition of round turn?

18          MR. GREEN:  Objection.  Vague.

19          THE WITNESS:  I presume we maybe have one

20   on the website, CFTC.com.  Do you have one right

21   there?

22          MR. BLOCK:  Let's mark this as 19.

1             (Harris Exhibit No. 19A, Website Pages,

2      was marked for identification.)

3      BY MR. BLOCK:

4             Q.   Showing you what we've marked as Number 19

5      for identification purposes, two pages that we got

6      from the website.  Do you recognize this as excerpts

7      from the CFTC glossary?

8             A.   Yes, I do.  Mike Pettit, my former staff

9      member, is in charge of updating that.

10            Q.   I should send Mike a thank you note.  Look

11     at the second page.  It has a definition from round

12     turn.  Do you see that?

13            A.   Yes, I do.

14            Q.   Can you read it into the record, please?

15            A.   "Round turn, a completed transaction

16     involving both a purchase and a liquidating sale or

17     a sale followed by a covering purchase."

18            Q.   Is that your understanding of what a round

19     turn is in the commodities industry?

20            A.   Yes.

21            Q.   Is that the same definition being applied

22     by the CFTC in the context of the Complaint they

1    filed here?

2         A.   I don't believe they mention round turn at

3    all.

4         Q.   Well, I'll show you Footnote 1.

5         A.   There you go.  There it is.

6         Q.   So, if I buy ten, I sell ten, that's a

7    round turn?

8         A.   Yes.

9         Q.   Is that a trade?

10             MR. GREEN:  Objection.  Leading.

11   BY MR. BLOCK:

12        Q.   In your opinion.

13        A.   Yes, seems like it is.

14        Q.   It's a completed trade, is it not?

15        A.   Yes.

16             MR. GREEN:  Objection.

17   BY MR. BLOCK:

18        Q.   CFTC's opinion definition in this case has

19   a different meaning for a trade and round turn, does

20   it not?

21             MR. GREEN:  Objection.  Leading.

22             THE WITNESS:  I'd say it's characterized

1    different, yes.

2    BY MR. BLOCK:

3        Q.   Tell me how it's characterized different.

4        A.   I think in trading it, in actual trading,

5    right, there's not always a cut, clear I buy eight

6    and I sell eight, so CFTC's definition sort of is a

7    little bit more flexible than that because, if I buy

8    eight and I sell 12, the question is did I do a

9    round turn or have I now taken two positions.

10   That's where I think the difference lies.

11       Q.   Well, what happens if you buy eight, sell

12   eight, 45 minutes later go back into the market and

13   sell 10 and an hour later buy back the 10?

14            MR. GREEN:  Objection.  Calls for

15   speculation and vague.

16            THE WITNESS:  Seems to me that's day

17   trading, yes.

18   BY MR. BLOCK:

19       Q.   But that's two different trades, is it

20   not?

21            MR. GREEN:  Objection.  Leading.

22            THE WITNESS:  I think it could be

1    considered two different trades, yes.

2    BY MR. BLOCK:

3        Q.   Do you know of any study where dealing

4    with commodities or futures markets, where those

5    would be considered one trade?

6        A.   Not in commodities or futures, no, right.

7        Q.   We're on page eight of the report, and you

8    talk about the profitability of the prop account

9    versus the customer accounts.  Did you do anything

10   to verify or test what the percentage of profitable

11   trades in the customer accounts were prior to the

12   period in question in this case?

13       A.   No, I don't think, I think, right, I said

14   before I didn't do any work on trades in the

15   accounts before the period in question or after.

16       Q.   Is it your understanding that there was no

17   allegation of ex post allocation for the periods

18   before the six-month period discussed in the

19   Complaint?

20            MR. GREEN:  Objection.  Leading.

21            THE WITNESS:  I wasn't aware of any

22   allegations of anything before, no.

1    BY MR. BLOCK:

2         Q.   How about after the six-month period?   To

3    your knowledge, was there any concerns or

4    allegations with regards to ex post allocation of

5    trades after March 18 of 2009?

6              MR. GREEN:   Same objection.   Vague and

7    compound.

8              THE WITNESS:   No, I'm not aware of

9    anything that occurred in these accounts after.

10   BY MR. BLOCK:

11        Q.   Did you, in order to verify or to test the

12   proficiency of trading in either of the two

13   accounts, could you have looked at these other

14   periods and see what the win-loss ratio was during

15   those times?

16        A.   Yeah.   You could.   I could have.

17        Q.   You didn't do that here?

18        A.   I did not.

19        Q.   Now, in your Supplemental Report you

20   indicated that you had reviewed Mr. Parkes' expert

21   report; correct?

22        A.   Yes.

 1      Q.    Okay.  We marked this as 7.

 2            (Harris Exhibit No. 7, Expert Report of

 3    John E. Parkes, Jr., was marked for identification.)

 4    BY MR. BLOCK:

 5      Q.    Take a moment and let me know when you've

 6    had a opportunity to review that, and then I'll ask

 7    you some questions about it.

 8            MR. GREEN:  Whenever you want to take a

 9    break, let counsel know.

10            THE WITNESS:  Looks like the same report,

11    yes.

12    BY MR. BLOCK:

13      Q.    Thank you.  And this is the report of John

14    Parkes?

15      A.    Yes.

16      Q.    Submitted in this case on behalf of the

17    Defendants; correct?

18      A.    Yes.

19      Q.    Look at Exhibit D to the report, please.

20      A.    Is it this one?

21      Q.    Correct.  Now I assume because your

22    supplemental reports, your Supplemental Report

Page 189

1    indicates that you had received and reviewed this

2    that you had seen Exhibit D to Mr. Parkes' report

3    previously?

4         A.   Yes.

5         Q.   And he's compiled a list there of trades

6    and contracts completed during the time frame of

7    April through September 2009; is that correct?

8         A.   That's what it appears to be, yes.

9         Q.   And, in fact, you had the same, you had a

10   list of the trades and contracts completed during

11   the course of that same time frame available to you?

12        A.   I'm not sure.

13        Q.   I could show you the disclosures.

14        A.   If we have it in there, I didn't spend any

15   time looking at it, so --

16        Q.   Let me ask you, after seeing Mr. Parkes'

17   report, did you calculate how many winning trades

18   occurred in the prop account after March 19 of 2009?

19        A.   No, other than reading what he has

20   compiled.

21        Q.   Did you do anything to test his

22   calculations there as far as being in any way

1    inaccurate?

2         A.    No, I presumed they were accurate,

3    actually.

4         Q.    And he comes up with summaries as to

5    different trading periods as far as profitability;

6    correct?

7         A.    Yes.

8         Q.    And he also sums it where he's got total

9    number of trades that are profitable versus total

10   number of trades; correct?

11        A.    Yes.

12        Q.    And he comes up with a number of, does he

13   come up with a number?

14        A.    He comes up with percentages, right,

15   during each sub period.

16        Q.    All right.  And did you do anything to

17   check his math at all?

18        A.    No.  Other than to presume he did the

19   adding and dividing correctly, I did not.

20        Q.    All right.  So, if you went through all

21   this and you added them up, it's going to show that

22   there's 236 profitable trades out of a total of 291

1    trades.

2              MR. GREEN:  Objection.  Leading.

3    BY MR. BLOCK:

4        Q.    Do the math or take my word for it, but it

5    comes out to about 81.1 percent profitability ratio.

6              MR. GREEN:  Objection.  Form.

7              THE WITNESS:  Yeah, I presume that's

8    correct.  Like I said, if you could add up and

9    divide correctly.

10   BY MR. BLOCK:

11       Q.    So, let's look back at page, at paragraph

12   20 of your report.

13       A.    Okay.

14       Q.    I'm sorry.  Let's go back to the page

15   before.  Paragraph 18 you're using an assumption

16   that trades are entered randomly; correct?

17       A.    Yes.

18       Q.    In your experience in the industry, are

19   trades ever entered randomly?

20       A.    Only for evaluated average price and other

21   strategies like that, no.

22       Q.    And viewed in this light reading out of

1   paragraph 18, "the probability of making profitable

2   trades 55 out of 66 times in the proprietary account

3   is virtually zero."  Am I understanding you

4   correctly that on a random basis the probability of

5   making 55 out of 66 is virtually zero?

6       A.   Yes.

7       Q.   So, if I was flipping a coin with two

8   sides, the chances of getting heads 55 out of 66

9   times is virtually zero?

10      A.   Yes.

11      Q.   Similarly, if I flipped it, the chances of

12  getting 25 or less trades or 25 or less heads out of

13  64, you're saying is just 5.2 percent?

14      A.   Yes.

15      Q.   But that's due with a random situation?

16      A.   Mm-hmm.

17      Q.   And in the next page you talk about that

18  you could likely assign some skill in trading these

19  assets, and that assignment of skill would reflect

20  in the number of profitable trades they had;

21  correct?

22      A.   Yes.  That was the assumption, right.

Page 193

1      Q.   It says, "I used the Defendants' record of

2   profitability to assess an alternative view of the

3   differences between outcomes and the proprietary and

4   client trading accounts."  Wouldn't you be able to

5   use the 81.1 percent figure calculated by Mr. Parkes

6   as reflective of the Defendants' record of being

7   able to make profitable trades in the proprietary

8   account?

9           MR. GREEN:  Objection.  Calls for

10  speculation.

11          THE WITNESS:  But the problem with that

12  would be this problem of the same time period again.

13  So, it's true you could use an out-of-sample test,

14  but there also might be biases in that test.

15  BY MR. BLOCK:

16      Q.   Biases such as who's selecting the trades

17  to analyze?

18      A.   Biases in terms of the market conditions

19  and the volatility at the time.

20      Q.   Okay.  So, those would be criteria you'd

21  want to take into consideration in order to make

22  sure that you're isolating his ability to make

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 195 of 400 PageID #:917

1   profitable versus unprofitable trades?

2            MR. GREEN:  Objection.  Leading.

3            THE WITNESS:  Well, yeah, that's one thing

4   you'd like to control for.

5   BY MR. BLOCK:

6       Q.   By the way, the five criteria that you

7   used, did you run any type of test or control to see

8   if those could be used to determine the difference

9   between ex post allocations and other bases for the

10  outcome of those 130 trades?

11           MR. GREEN:  Objection.  Vague.

12           THE WITNESS:  No.

13  BY MR. BLOCK:

14      Q.   Why not?

15      A.   Well, the criteria I have are looking at

16  economic fundamentals that could affect the

17  transaction prices that are attained.  So, that

18  would indirectly affect profits, but that's one step

19  removed from any behavioral characteristic of

20  assigning trades to each individual account.

21      Q.   Did you look at, other than the 130

22  trades, because, if you're worried about volatility

Page 195

1    and stuff out of different time periods, did you

2    look at other trades made in either the customer

3    accounts or the prop account during that same time

4    period to see what the success or not results were?

5         A.   Well, one of the reasons to look at both

6    in the same time period is for that control.  Since

7    they were both sampled from the same time period,

8    that's a general control for the volatility of your

9    market conditions at the time.

10        Q.   But did you look at other trades done

11   other than the 130 from that same time period?

12        A.   No.

13        Q.   Why not?

14        A.   Well, I had tests between two samples, and

15   I had a control factor that didn't seem to be

16   material in the sense that volatility is going to

17   affect those two, and that's the basis of the

18   statistics I ran.

19        Q.   But you're trying to figure out if there

20   was some reason other than his skill and training

21   which led to the result of one account getting fewer

22   winners versus the other account; correct?

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 197 of 400 PageID #:919

1          MR. GREEN:  Objection.  Leading.

2          THE WITNESS:  Yeah, I was looking for

3    other, right, other variables that might have an

4    impact on the result that some trades ends up

5    profitable here, but not over here.

6    BY MR. BLOCK:

7       Q.   And some of the variables include market

8    forces including volatility; correct?

9          MR. GREEN:  Objection.  Leading.

10          THE WITNESS:  Well, yeah, but that was

11    what I was trying to explain.  So, the volatility

12    presumably during the same sub-sample affects both

13    of those criteria equally.

14    BY MR. BLOCK:

15       Q.   So, if you had an opportunity to test

16    other transactions or trades during the same time

17    period in the same accounts that weren't deemed

18    suspicious, wouldn't that be a good control or a

19    test of what the trading skill level was for the

20    Defendants?

21          MR. GREEN:  Objection.  Leading and calls

22    for speculation.

1          THE WITNESS:  I would say any trading, I

2    mean, I guess I presume that the, my assessment of

3    the situation was that the number of trades that we

4    had in these two accounts was appropriate number to

5    be able to make inferences.

6    BY MR. BLOCK:

7          Q.   What did you do to confirm that these 130

8    trades, which admittedly were hand picked by the

9    CFTC as suspicious, were a representative sample of

10   all the trading that went on in the relevant

11   accounts during the relevant time period?

12         A.   I did nothing other than accept the fact

13   that I was supposed to, I thought about assessing

14   the difference between these two piles.

15         Q.   They could have given you 100 trades that

16   were all profitable for the proprietary account;

17   correct?

18              MR. GREEN:  Objection.  Leading.  Calls

19   for speculation.

20   BY MR. BLOCK:

21         Q.   Let me give you a hypothetical.  CFTC hand

22   picks trades for you to analyze, and they are

1    saying, okay, here's 100 trades for the proprietary

2    account.  As it turns out, they are all profitable.

3    And they give you 50 trades from or let's say 100

4    trades from the customer accounts, and they say

5    these aren't profitable.  We want you to test to see

6    if there's some ex post allocation going on here.

7    Will your five criteria determine that?

8              MR. GREEN:  Objection.  Calls for

9    speculation.

10             THE WITNESS:  No, because that's not what

11   the objective was; right?  The objective was to find

12   out are these five criteria related to the

13   profitability in one group or the other.  That's

14   all.

15   BY MR. BLOCK:

16      Q.   So, the five criteria can't determine

17   whether it is ex post allocation or not at work?

18             MR. GREEN:  Objection.  Leading.

19             THE WITNESS:  It would help in actually

20   debunking that because, if there were criteria that

21   were in those five that explained the profitability,

22   then it would be less likely to actually be ex post

1    in my mind.

2    BY MR. BLOCK:

3         Q.    So, in your analysis, the fact that Mr.

4    Newell could demonstrate an 80 percent profitability

5    rate for a period of time after the subject period

6    is irrelevant to your analysis?

7         A.    Wouldn't say it was irrelevant.  I would

8    say it wasn't a primary concern about what his

9    success was at different points in time, but I tried

10   to use the data again during the same time to try to

11   control for the factors that were happening during

12   that 6, 7-month period.

13             MR. GREEN:  We've been going for about an

14   hour and 20 minutes.

15             MR. BLOCK:  Do you need a break?

16             THE WITNESS:  I'm fine.

17             MR. BLOCK:  Let's keep going.

18   BY MR. BLOCK:

19        Q.    Do you have any understanding why there's

20   been no allegations of any ex post allocation of

21   trades after March of 2009?

22        A.    I have no idea.

1       Q.   Did I give you Number 8?  Is it in your

2   stack over there?

3           MR. GREEN:  Parkes is 7.

4           MR. BLOCK:  This would be 8.

5           THE WITNESS:  No.

6           MR. BLOCK:  Let's mark this as 8.

7           (Harris Exhibit No. 8, Sources Used to

8   Construct the Datasets and Sample Description, was

9   marked for identification.)

10          (Discussion held off the record.)

11          (Whereupon, a short recess was taken from

12   2:21 to 2:31 p.m.)

13   BY MR. BLOCK:

14       Q.   Showing you what's been marked as Exhibit

15   Number 8 for identification purposes, two-page

16   document.  Do you recognize this document, sir?

17       A.   Yes.

18       Q.   Can you identify it for the record?

19       A.   Well, the first page says "Sources Used to

20   Construct the Datasets."  This is five different

21   datasets, and then the second page lists "Sample

22   Description," a few paragraphs and then three

1  different explanations why the sample size differs

2  over different criteria.

3      Q.   Did you create this exhibit?

4      A.   Yes.

5      Q.   And what was the purpose of this?

6      A.   So, the first page was to use, just to

7  have the source so I knew what file names we had in

8  the SAS data.  So, that gave sort of a record of the

9  file names that we were using to do the analysis

10 that went into the assessment here.  And then the

11 second one with the SAS description was some notes

12 basically itemizing exactly what, how we handled the

13 data so I wouldn't have to go back and review all

14 the time, and then, since I noticed that there was

15 different number of observations in each one of the

16 tests I was running, I thought I needed to keep a

17 record of what data was missing from where.

18     Q.   Did you follow the protocol that's set

19 forth in here throughout all your analyses?

20     A.   I'm not sure what you mean by protocol.

21     Q.   As far as, for instance, on the page where

22 it says "Sample Description," only using legible

1   time stamps.

2       A.   Yeah.   I think the description there

3   describes all of the, set of the problems we had,

4   like, so the XFA had no time stamps, so we couldn't

5   do anything with the time held.   The Trades 4

6   through 18 for XFA, they expired, so you wouldn't

7   expect to see a closing position on one that was

8   opened and those --

9       Q.   Next paragraph talks about holding time

10  and lot size.

11           (Discussion held off the record.)

12  BY MR. BLOCK:

13      Q.   Holding times are computed as the minutes

14  or hours between the first and last trade of a given

15  contract on a given day.   By trade you mean

16  execution?

17      A.   In this context, yes.

18      Q.   If there are multiple time stamps on the

19  physical trade tickets, the latest stamp is used.

20  Latest time stamp is used.   Why is that?

21      A.   The presumption there was that somebody

22  had changed or had put two time stamps on, and that

Page 203

1    the most accurate one, I just tried to handle them

2    the same in using the last time stamp.

3        Q.    Do you understand when time stamps are

4    supposed to be put on order tickets?  Strike that.

5    What is your understanding as far as when order

6    tickets are to be time stamped?

7        A.    Well, depending on how they are being

8    executed I guess is the question.  If they are being

9    electronically executed, it automatically comes with

10   a time stamp.  If it's a hand held order that's

11   being routed to a floor or someplace --

12       Q.    Let's take it from the office orders,

13   which is the term you used in your report.  On an

14   office order what is your understanding of when the

15   ticket has to be time stamped?

16       A.    I'm not sure exactly the regulation, but I

17   presume it's, like, within a minute or two.

18       Q.    On what occasions?

19       A.    On every occasion.

20       Q.    What does that mean?

21       A.    Whenever there's an execution, that should

22   be time stamped and reported in an appropriate

1    manner to the record, whether -- I'm not sure what

2    that regulation is.

3         Q.   You've lost me, sir.  Let's take an

4    example.  I call the trading desk, and I want to

5    place an order for Japanese yen.  I tell them I want

6    25 yen, whatever contract, whatever price.  When is

7    the first time stamp?

8         A.   Well, the first time stamp would be

9    probably put on there when the first order is

10   executed, the first execution is fulfilled.

11        Q.   When would the next time stamp be?

12        A.   That would depend on what -- if it was

13   partially filled you mean?

14        Q.   I'm asking would a partial fill require a

15   second time stamp?

16             MR. GREEN:  Objection.  Calls for a legal

17   conclusion.  Calls for speculation.

18   BY MR. BLOCK:

19        Q.   Just your understanding of the industry.

20        A.   Yeah.  To my understanding, the second

21   fill, fill, execution would also require a time

22   stamp.

1      Q.   And are there any other trigger events

2    that require time stamps?

3           MR. GREEN:   Same objection.

4    BY MR. BLOCK:

5      Q.   Based upon your experience in the

6    industry.

7      A.   Cancellation of orders, partial

8    cancellation of orders also come with time stamps.

9      Q.   Anything else?

10     A.   Trying to figure out if there's any other

11   categories between fills or partial cancellations or

12   not.  No, I don't think so.

13     Q.   For purposes of your analysis, is it

14   important to have the data entry be accurate?

15     A.   Yes.

16     Q.   Would you agree that, if there is any

17   flaws in the data entry, that it could impact the

18   results of your analysis?

19          MR. GREEN:   Objection.  Leading and calls

20   for speculation.

21          THE WITNESS:   Yeah.  I mean, right.  If

22   there's erroneous sizes on the account and we're

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 207 of 400 PageID #:929

1    looking at trade size, then that could have an

2    impact.

3    BY MR. BLOCK:

4         Q.   Based upon your experience in the

5    industry, can one contract be traded at two

6    different prices at the same time and, therefore,

7    have two prices for the same time stamp?

8              MR. GREEN:  Objection.  Calls for

9    speculation.

10             THE WITNESS:  Well, what I've seen in the

11   data, that happens periodically.

12   BY MR. BLOCK:

13        Q.   Under what circumstances?

14        A.   If prices are moving quite a bit and time

15   stamps aren't accurate to the millisecond.  So, for

16   assigning a trade to a second and two orders get

17   filled and the price is moved, then you might get

18   one with the same time stamp at a different price.

19        Q.   Are there any other circumstances where

20   you would see the same time stamp with two different

21   prices?

22             MR. GREEN:  Same objection.  Calls for

1    speculation.

2            THE WITNESS:  Well, I mean, if they are

3    buying some orders, obviously, you could get

4    different ones.  Yeah, I guess, no, I guess the

5    price would have to be changing to have something

6    like that happen.

7    BY MR. BLOCK:

8        Q.    Now, did you use the same definition of

9    trade in your Supplemental Report as you did in your

10   initial report?

11       A.    Yeah, so I tried to be consistent in the

12   second report with the CFTC definition as well.

13       Q.    I'd like you to look at Exhibit Number 2.

14   This is your Supplemental Report?

15       A.    Yes.

16       Q.    Look on page two.  In the summary of

17   opinion, "Second, I find that the Defendants'

18   criticism of the Commodity Futures Trading

19   Commission definition of trades as all trading

20   activity over a particular day is not problematic,

21   and, in fact, is less susceptible to data errors

22   that may result from any ex post assignment of

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 209 of 400 PageID #:931

1    trades to customer or proprietary accounts."  Did I

2    read that correctly?

3        A.    Yes.

4        Q.    And are you restating the definition of

5    trades that being all trading activity over a

6    particular day?

7        A.    No, I'm just citing CFTC's definition

8    there.

9        Q.    Right.  We already established the CFTC

10   has somewhat of a unique definition here, and I just

11   want to make sure that we're working on the same

12   terms, so --

13       A.    I'm not redefining it.

14       Q.    You're not redefining it?

15       A.    No.

16       Q.    So, all trading activity in a given

17   contract over the course of a day; is that correct?

18            MR. GREEN:  Objection.  Leading.

19            THE WITNESS:  As I understood it, yes.

20   BY MR. BLOCK:

21       Q.    And you say then, "is less susceptible to

22   data errors."  What data errors are you referencing

1    there?

2         A.    I think it gets at what we were just

3    speaking to, time stamps and other things that are

4    put onto any particular trade or execution.

5         Q.    Well, let's use that as an example.  You

6    have a trade ticket that has multiple time stamps on

7    it, and it may not be obvious as to what they all

8    refer to.  Does it matter whether you have one trade

9    ticket in isolation versus accumulating ten trade

10   tickets reflecting transactions within the same

11   contract during the same day?  The concern is still

12   there, is it not?

13        MR. GREEN:  Objection.  Leading and

14   compound.

15        THE WITNESS:  There's always concern about

16   data errors, right.

17   BY MR. BLOCK:

18        Q.    Right.

19        A.    I mean --

20        Q.    That data error exists whether it's

21   looking at one trade ticket in isolation or you

22   aggregate that with ten trade tickets; correct?

1           MR. GREEN:  Objection.  Leading.

2           THE WITNESS:  Yeah.  I mean, the dead air,

3    anything that's erroneously added in there would be

4    an erroneous problem.

5    BY MR. BLOCK:

6       Q.   So, how is aggregating all the trading

7    activity in the same contract in one day going to

8    eliminate or make it less susceptible to data

9    errors?

10      A.   Well, for instance, if we were trading,

11   and we have one trade that opens up in a position,

12   and then we trade out of that position, but we don't

13   know exactly when we traded out of that position,

14   and you open up another position like you said a few

15   minutes later, if those weren't done in the right

16   order, then you would think that you actually closed

17   the particular position with the second trade, and,

18   if you had, say, if I bought ten and then I actually

19   bought ten more, but it was time stamped later, when

20   I sold ten, I would think I closed that position,

21   but in reality I hadn't closed the position.  That's

22   where I was thinking about as less susceptible to

1    those problems.

2        Q.   In other areas of the report, when you had

3    problems with data, identifying either time stamps

4    that were missing or were illegible to continue

5    with, the same example, you eliminated those?

6        A.   Yes.

7        Q.   So, there's a way of dealing with

8    potential data errors by just excising that from the

9    analysis; correct?

10           MR. GREEN:  Objection.  Leading.

11           THE WITNESS:  Well, when there's evidence

12   that there's data error, yes.

13   BY MR. BLOCK:

14       Q.   That's the only thing we're concerned with

15   when there's evidence or concern that there is a

16   data error.  So, again, having one order ticket

17   doesn't, it doesn't eliminate the concern if you

18   have ten order tickets aggregated, does it?

19           MR. GREEN:  Objection.  Leading.

20           THE WITNESS:  Well, actually, that's where

21   it might actually depending on which other orders

22   might be filled in the interim.

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 213 of 400 PageID #:935

1   BY MR. BLOCK:

2        Q.   So, you still have the same question,

3   though.  If you're worried about the timing of

4   different opening and closing transactions, isn't

5   the surest way of eliminating any situation or any

6   concern about that is to eliminate that ticket from

7   consideration as you've done in other parts of your

8   report?

9             MR. GREEN:  Objection.  Leading.

10  Argumentative.

11            THE WITNESS:  I would say, yeah, if

12  there's a reason to believe these time stamps were

13  not valid, then we should throw them away.

14  BY MR. BLOCK:

15       Q.   And then you don't have to worry about

16  accumulating or aggregating ten trades in one day to

17  overcome that potential error; isn't that correct?

18            MR. GREEN:  Objection.  Leading.

19  Argumentative.

20            THE WITNESS:  I think it's always a

21  concern of data, right, so I don't know if, you

22  don't want to throw away all the data because things

1    might not be accurate.

2    BY MR. BLOCK:

3        Q.   We're just asking to throw away the one

4    ticket that you can't read, and we're asking if that

5    is consistent with what you've done in other parts

6    of your report.  Let me move on to paragraph three

7    on page two.  You start by saying at the bottom of

8    the page, "I adopted this definition for an

9    important reason.  Given no evidence that individual

10   executions were assigned a priori to the client or

11   proprietary accounts," I think we touched on this,

12   but let's be clear.  You weren't looking at the

13   trade tickets to see the presence or absence of the

14   proprietary account designation, were you?

15           MR. GREEN:  Objection.  Leading.

16           THE WITNESS:  No.

17   BY MR. BLOCK:

18       Q.   So, your statement here that there's no,

19   if there was, let's give you a hypothetical.  Let's

20   assume you're looking at one of the trade tickets

21   here, and there was a trade ticket that had the

22   proprietary account number on it.  That would, could

1   be evidence that it was assigned, using your term, a

2   priori to the proprietary account?

3       A.   Yes.

4       Q.   So, your statement, so, assuming, again,

5   there are such tickets within the sample of

6   transactions reviewed by you, your statement that

7   there is no evidence is wrong?

8           MR. GREEN:  Objection.  Leading.

9           THE WITNESS:  I don't know if it's

10  evidence that it is or I just couldn't say that it

11  wasn't.

12  BY MR. BLOCK:

13      Q.   But you're saying affirmatively that

14  there's no evidence.  You're not saying that it's an

15  open issue here.  You're not saying I can't tell.

16  You're saying there's no evidence of that.  And my

17  question to you, sir, is what did you do to confirm

18  the status of the information on the trade tickets

19  to support this statement?

20      A.   Nothing.  I don't think there could be

21  anything I could have done.  I would have to witness

22  someone putting, writing that on there as the ticket

1   was being filled out.

2        Q.   So, you're assuming that, even if the

3   account designation or identifier was on the trade

4   ticket, you're assuming that that was done after the

5   fact?

6             MR. GREEN:  Objection.  Leading.

7             THE WITNESS:  No, I'm just saying the fact

8   that it's on there is not evidence that it was on

9   there before it was filled out.  That's all.

10  BY MR. BLOCK:

11       Q.   You go on on page three and say an

12  analysis of the profitability of the trade

13  characteristics of trades defined as the "initiation

14  and liquidation of a position would be inherently

15  flawed since an objective observer would have no

16  factual basis to determine whether the position was

17  initiated in the client or proprietary account."

18             Is it your position that there's nothing

19  on the tickets or the e-mails that you were given or

20  any other documentation that you have been given

21  access to which would indicate to where the trades

22  belong prior to them being ex post allocated?

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 217 of 400 PageID #:939

1      A.    No, I mean, the marking on the trade

2    ticket might be occurring before the ex post

3    allocation, but I didn't know if they were on there

4    before the initial position was taken again.

5      Q.    But aren't you assuming for purposes of

6    the report that the information wasn't given before

7    the fill?

8           MR. GREEN:  Objection.  Leading.

9           THE WITNESS:  No, I'm not making the

10   assumption at all.  I'm making an affirmative

11   statement of what I don't know.

12   BY MR. BLOCK:

13     Q.    You say that an objective observer would

14   have no factual basis of determining whether the

15   position was initiated in the client or proprietary

16   account.  If I showed you one trade ticket for an

17   opening transaction, and let's assume that it has

18   the proprietary account designation or identifier on

19   it, but you don't know when that was placed there,

20   and you have an offsetting transaction reflected in

21   a trade ticket, can an objective observer tell when

22   that was added to it, the 60006 identifier was added

1    to the opening trade ticket?

2            MR. GREEN:  Objection.  Calls for

3    speculation.

4            THE WITNESS:  No, I don't think they

5    could, actually.

6    BY MR. BLOCK:

7        Q.   All right.  If you took a series of seven

8    trades in the same day, open, close, open, close,

9    and they all were created or they were all, had the

10   same type of information on them as far as account

11   identifier, how is it any easier for an objective

12   observer to tell whether it was done a priori or ex

13   post between looking at one at a time or seven at a

14   time?

15           MR. GREEN:  Objection.  Calls for

16   speculation.

17           THE WITNESS:  It's not any easier.

18   BY MR. BLOCK:

19       Q.   So, aggregating all the tickets in the

20   same contract for the same trade does -- let me

21   start again.  Aggregating all the tickets for

22   trading in the same contract throughout a day

1    doesn't make it any easier for an objective observer

2    to determine when that account identifier was placed

3    on the ticket?  Is that your testimony?

4           MR. GREEN:  Objection.  Leading and

5    mischaracterizes the testimony.

6    BY MR. BLOCK:

7      Q.   If I've mischaracterized anything, you'll

8    correct me.

9      A.   It doesn't make it any easier to know

10   whether it's put in there on advance or not, but it

11   does make the difference between whether it was

12   assigned to the right account or not.

13     Q.   The timing of the identifier?

14     A.   Right.

15     Q.   But that's going to exist whether it's one

16   ticket you're looking at or seven tickets for the

17   rest of the day; correct?

18          MR. GREEN:  Objection.  Leading.

19          THE WITNESS:  So, yeah.  Could you repeat?

20   BY MR. BLOCK:

21     Q.   Isn't it correct that the same

22   difficulties that an objective observer will have in

1    determining when the account identifier was placed

2    on the ticket exists whether it's one ticket, an

3    initiation and liquidation, versus whether there are

4    seven tickets of initiation and liquidation within

5    the same day within the same contract?

6        A.    Yeah, the same problem exists in all

7    those.

8        Q.    So, there's no benefit to an objective

9    observer in trying to make such a determination by

10   looking at one versus seven?

11           MR. GREEN:   Objection.   Leading.

12           THE WITNESS:   Well, I think that's where

13   it could, actually, if there's intervening factors.

14   In the simple example where you're looking at one

15   account, but, if you're looking at two accounts and

16   there's multiple trades being done by the same

17   trader, that's where the timing could matter.   We

18   know, only thing I know as an objective observer is

19   the end of the day trading record is assigned to one

20   account or the other.

21   BY MR. BLOCK:

22       Q.    What you just said would mean you would

```
 1    have to compare trades in the same product at the

 2    same day between the two accounts?

 3              MR. GREEN:  Objection.  Mischaracterizes

 4    the answer he gave.

 5              THE WITNESS:  That would be one way to do

 6    it, and I pointed that out at a couple different

 7    cases where that actually did happen.

 8    BY MR. BLOCK:

 9         Q.   You're talking about days where there were

10    certain profits in a certain account, in one

11    contract assigned to the customer, maybe greater

12    profits on certain days in certain accounts assigned

13    to the proprietary account; is that what you're

14    referring to?

15         A.   Yes.

16         Q.   And what controls did you run to determine

17    if the timing of those relative trades were related

18    to either a priori designation of accounts or ex

19    post allocation that's made for designation of

20    accounts?

21         A.   I couldn't control for any of that.

22         Q.   You say that, in fact, an ex post
```

Page 221

1    allocation of execution of different accounts would

2    necessarily rely on the definition of initiation and

3    liquidation tainted by the alleged behavior that was

4    the subject of the original Complaint.  If I take

5    one trade ticket or one initiation and liquidation,

6    I could assign that to my account or my customer's

7    account either a priori or ex post; correct?

8              MR. GREEN:  Objection.  Calls for

9    speculation.

10             THE WITNESS:  Yeah.  Hypothetically, you

11   could do either way, right.

12   BY MR. BLOCK:

13        Q.   If I did it with, if there was five trades

14   throughout the day in Japanese yen futures, opening

15   and closings, let's call them round turns, I could

16   assign one ex post to my account, and the other ones

17   could assign a priori to whatever accounts they

18   belonged to; correct?

19             MR. GREEN:  Objection.  Calls for

20   speculation.

21             THE WITNESS:  I guess, yes.

22   BY MR. BLOCK:

1       Q.   So, how is it that an ex post allocation

2   of executions to different accounts relies on a

3   definition of initiations and liquidations tainted

4   by the alleged behavior that was the subject of the

5   original Complaint?

6       A.   So, if I open up a position and I do it in

7   multiple stages, I buy five and then I buy another

8   five and then I sell five, it gives the trader

9   discretion on which round turn we're talking about

10  then.

11      Q.   Right.  Rounds turns.

12      A.   Right.  So, I don't know which -- the

13  point is you add up a position, and this happened in

14  the data a few times I noticed where there's a

15  position that was not opened with one singular trade

16  or transaction or execution, but done over a couple

17  of them.  And then the opposite; you buy five and

18  you buy another five and then you sell five.  That

19  five then, the profits from that could be stemming

20  from the initial position that was opened or from

21  the second position that was added to it.

22              So, there's permutations of those

Page 223

1   combinations is what I was getting at that rely on

2   sort of the profitability or the accuracy of which

3   profits or losses go into which account.

4       Q.   And can you identify those trades?  Tell

5   me which trades you're referring to.

6       A.   Not off the top of my head.

7       Q.   Do you have those isolated somewhere?  I

8   mean, is that a subset of your data somewhere?

9       A.   Well, yeah.  I think if you look at the

10  all trades file that we analyzed.

11      Q.   And what would I be looking for?

12      A.   You'd be looking for trades that were

13  initiated with buy, buy, buy and then a series of

14  sells after that or trades that were initiated with

15  a sell, sell, sell and then bought, purchased after

16  that.

17      Q.   You're talking about adding onto

18  positions?  When you say buy, buy, buy, you're

19  talking about three separate orders for buy?  Buy me

20  20 --

21      A.   I don't know what that is.  That's what

22  I'm saying.  They are executions that were buy, buy,

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 225 of 400 PageID #:947

1    buy reported in the data to me for being in a

2    particular account.

3         Q.   Okay.  Do you know whether the original

4    order was, let's say, for 30 contracts, and it got

5    filled on three different 10-lot executions as

6    opposed to I want 30 or I want 10, another

7    initiation, I want another 10, another initiation, I

8    want a third 10?

9         A.   No, I didn't know exactly that.  That was

10   one of the shortcomings.

11        Q.   So, you don't know whether that was --

12   strike that.  When you say buy, buy, buy, then you

13   don't know if that was just partial fills of one

14   order or three separate orders?

15             MR. GREEN:  Objection.  Leading.

16             THE WITNESS:  It wasn't always clear to me

17   whether a series of purchases like that would be

18   resulting from one order or from multiple orders,

19   no.

20   BY MR. BLOCK:

21        Q.   What did you do to clarify that?

22        A.   Well, that's something I didn't try to

Page 225

1    clarify.  I don't have access to the full order

2    book.

3         Q.   Did you look possibly -- well, could you

4    tell that, couldn't you tell by looking at, for

5    instance, the order tickets and the reported fills?

6         A.   Yeah.  In fact, some order tickets did

7    have that where 30 was marked down to 10 was marked

8    down to zero.  You knew it was filled in stages.

9         Q.   And, if it was filled in stages, that

10   really doesn't, that wouldn't pose a concern to you,

11   would it?

12              MR. GREEN:  Objection.  Leading.

13   BY MR. BLOCK:

14        Q.   Well, at least in connection with your

15   statement that an ex post allocation of executions

16   to different accounts would necessarily rely on the

17   definition of initiations and liquidations.  If it's

18   an order for 30 that was filled in three different

19   fills of 10, that's not a concern then, is it?

20        A.   Well, it could be.

21              MR. GREEN:  Objection.  Leading.

22              THE WITNESS:  Could be a concern if that

1    order represents more than just a customer order or

2    more than just a proprietary.

3    BY MR. BLOCK:

4         Q.   Can you identify any trade tickets where

5    the trade itself, the position taken by the

6    initiation was split between the two sets of

7    accounts?

8         A.   Not that I recall.

9         Q.   So, the trade tickets, to your

10   recollection, were specific.  It was either going to

11   go to the customer accounts or to the proprietary

12   accounts?

13              MR. GREEN:  Objection.  Leading.

14              THE WITNESS:  Based on the ex post record

15   of it, that's what I interpreted, yes.

16   BY MR. BLOCK:

17        Q.   Could I ex post allocate a single

18   initiation and liquidation?

19              MR. GREEN:  Objection.  Calls for

20   speculation.

21              THE WITNESS:  The paired single initiation

22   and liquidation?

1   BY MR. BLOCK:

2       Q.   Right.

3       A.   Yeah, I think that's the question.  The

4   allocation is not of the execution necessarily, but

5   of the result of two executions.

6       Q.   Or the result of ten executions?

7       A.   Right.

8       Q.   Taken in whole or taken in part?  Isn't

9   that correct?

10          MR. GREEN:  Objection.  Leading.

11          THE WITNESS:  So, yeah.  That's the way we

12  handled the profitability part of this.

13  BY MR. BLOCK:

14      Q.   Do you know of any regulation, CFTC or

15  otherwise, that adopts the same definition of trade

16  as used in this Complaint?

17      A.   No.

18      Q.   Are you aware of any exchange rule that

19  adopts the same definition of Complaint -- excuse

20  me -- of trade as is used in this Complaint?

21      A.   No.

22      Q.   I'm asking you to go back to Exhibit 1,

1    footnote 2 on page eight.  See that?

2        A.    Yes.

3        Q.    Doesn't it make reference to the XFA?

4    Showing you what's been marked as Exhibit 9.

5            (Harris Exhibit No. 9, XFA Trades, was

6    marked for identification.)

7    BY MR. BLOCK:

8        Q.    A two-page exhibit.  Are these the two XFA

9    trades you were referencing in Footnote Number 2?

10            MR. GREEN:  Are these -- can we go off the

11   record for a minute?  I don't think you organized

12   these.  He has two pages that are the exact same.

13            (Discussion held off the record.)

14            THE WITNESS:  So, the question was about

15   did I exclude these two?

16   BY MR. BLOCK:

17       Q.    No.  Are these the two you excluded in

18   referenced in Footnote 2?

19       A.    I don't know, actually, but my footnote is

20   I couldn't locate the trade tickets.

21       Q.    You couldn't locate.  Your footnote

22   doesn't say locate?

1     A.    I could not locate trade tickets for a few

2  of the trades.  Is that what we're looking at?

3     Q.    Footnote 2 on page eight.

4     A.    "Trades through XFA have no time stamps so

5  are excluded in this analysis.  In addition, I could

6  not locate trade tickets for a few of the trades."

7     Q.    If you want to cross reference the Exhibit

8  B -- excuse me -- Exhibit 5, which is proprietary

9  trades.

10    A.    So, you're asking me if these are the

11 tickets which are numbered which trade?

12    Q.    These would be Trade Number 4 and Trade

13 Number 18 on Exhibit Number 5.  You make reference

14 to XFA trades, and I want to see if these are those

15 trades.

16    A.    So, it looks like one of these is the

17 proprietary Trade Number 4; is that right?

18    Q.    Correct.

19    A.    And the other one is 18?

20    Q.    Yes.

21    A.    Yes, that appears to be right.

22    Q.    And do you understand what these

1    transactions, what the nature of these transactions

2    were?

3        A.    S&P 500 put contract with a strike price

4    of $700 priced at 40.   The other one is, looks like

5    S&P as well, call, some strike price.

6        Q.    And they both have time stamps on them?

7        A.    Looks like they do, yes.

8        Q.    And do you know what happened to these

9    transactions as far as were they closed?   Were they

10   delivered?

11       A.    Offhand, no, I don't.

12       Q.    Do you know what happens to an option at

13   expiration date?

14       A.    So, yeah, October 17 would be an

15   expiration date probably, as would maybe

16   November 21.

17       Q.    And, if the account to which this is

18   designated held these options on expiration, what

19   would happen with the options?

20       A.    Yeah, well, the option expired at the end

21   of this trading day, and they'd either settle up

22   with whatever the settlement price is, get the

1  intrinsic value of the option or they'd expire

2  worthless.

3      Q.   If it expires worthless, isn't that a

4  functional equivalent of buying it back for zero?

5      A.   Yeah.

6      Q.   And is there a specific time of day when

7  the exchanges assumed that, if an option is

8  worthless, that that's the end of the option?

9      A.   Yeah, they expire the Saturday after the

10 third Friday of every month.

11     Q.   So, was that information available to you

12 at the time that you did your analysis?

13     A.   Yes.

14     Q.   Why didn't you include it in your

15 analysis?

16     A.   I didn't go back and get the expiration

17 price what the value would be at the end of the day.

18     Q.   Was that information available to you?

19     A.   Not readily.

20     Q.   What do you mean not readily?

21     A.   It wasn't in any of the trading records.

22     Q.   Did you ask anyone for that?

1    A.    No.

2    Q.    Did you ask the CFTC attorneys if they

3    could get that for you?

4    A.    No.

5    Q.    You also say in Footnote 2 that Trade

6    Number 49 was not profitable, so it was excluded.

7    Whose idea was it to exclude?

8    A.    Whose idea was it?  I don't know if it

9    was, I guess it was my idea to exclude it 'cause we

10   found that it was profitable, and, so, the analysis

11   went on to look at characteristics of the profitable

12   trades in the proprietary account so it was

13   reclassified as an unprofitable proprietary trade

14   or --

15   Q.    Your analysis is testing the difference in

16   certain characteristics between transactions in the

17   proprietary account versus transactions in the

18   customer account; correct?

19   A.    Yes.

20   Q.    You have a sample universe here of 130

21   transactions; correct?

22   A.    Yes.

Page 233

1          Q.    You have 66 that were assigned or placed

2    in the proprietary account and 64 that were placed

3    in the customer account; correct?

4          A.    Yes.

5          Q.    As I understand it, you're comparing only

6    55 trades or transactions from the proprietary

7    account with 64 trades of the customer account?

8          A.    Yes.

9          Q.    Why are you excluding the 10 nonprofitable

10   trades if you're trying to figure out a difference

11   between profitability of one account versus the

12   other account?

13         A.    Because I set this hypothesis up as what

14   characteristics of the profitable proprietary

15   account's rates would be related to the other trades

16   that weren't assigned to the proprietary account.

17         Q.    Can you read that back?

18               (The reporter read back as requested.)

19   BY MR. BLOCK:

20         Q.    But the other trades that weren't assigned

21   to the proprietary account, I believe you're

22   referring to the customer account trades?

1     A.   Yes.

2     Q.   And those trades that you analyzed for

3  size, time of day and whatever other criteria, you

4  looked at the profitable and the not profitable?

5     A.   Yes.

6     Q.   But on the proprietary side you're just

7  looking at the profitable ones; correct?

8     A.   Yes.

9     Q.   And I believe you said earlier the more

10  data points you have the more accurate your test is

11  going to be.  Did I state that correctly?

12     A.   Well, the more power you have

13  statistically, yes.

14     Q.   And you have a relatively small pool here

15  to start, don't you?  You only have 130 data points?

16          MR. GREEN:  Objection.  Leading.

17  BY MR. BLOCK:

18     Q.   Isn't that correct?

19     A.   Yes.

20     Q.   And you're eliminating ten off the top

21  from one side; correct?

22     A.   Yes.

1      Q.   So, you're reducing the size of your data

2  pool, and isn't it a correct characterization to say

3  you're no longer comparing apples to apples?

4           MR. GREEN:  Objection.  Leading.

5  BY MR. BLOCK:

6      Q.   You're taking profitable trades and

7  comparing them against profitable and nonprofitable

8  trades?

9      A.   That's true, yes.

10     Q.   Why?

11     A.   Because I think it was an artifact of what

12  I set out originally to do, set up the hypothesis to

13  look at what characteristics of these profitable

14  trades relate to the other, the trades in the

15  customer accounts.

16     Q.   Well, how can you compare profitable to

17  nonprofitable and profitable together?  You're not

18  starting at the same initiation point, are you?

19          MR. GREEN:  Objection.  Argumentative.

20  BY MR. BLOCK:

21     Q.   Let me state it another way.  They gave

22  you hand picked pool of trades, 130 trades,

1    according to their definition.  You did nothing to

2    set up any kind of controls to see if those trades

3    were reflective of what was going on in the two sets

4    of accounts during the relevant time period;

5    correct?

6              MR. GREEN:  Objection.  Leading.

7    Argumentative.

8              THE WITNESS:  Are you saying I didn't set

9    up any controls?  That's not true.  We controlled

10   for the market, the time.  I mean, they are trading

11   in the same instruments.

12   BY MR. BLOCK:

13        Q.   Let me state it a different way.  Well,

14   you didn't set that up.  They are the ones that told

15   you what time period to trade, the trading was

16   occurring in; correct?

17        A.   Yes.

18        Q.   And that was defined by the first trade

19   they gave you versus the last ticket they gave you

20   chronologically?

21        A.   Yes.  Yes.

22        Q.   Okay.  So, you didn't choose which

1      contracts to test.  That was a result of the trades

2      they hand picked for you to analyze; correct?

3           A.   Yes.

4                MR. GREEN:  Objection.

5      BY MR. BLOCK:

6           Q.   You had an opportunity as the tester to

7      verify whether the information they gave you was a

8      reflective or an accurate sample of all the trading

9      that occurred in those contracts during that time

10     frame in those accounts, did you not?

11               MR. GREEN:  Objection.  Leading.

12               THE WITNESS:  Could you repeat that again?

13     Sorry.

14               MR. BLOCK:  Can you read that back?

15               (The reporter read back as requested.)

16               THE WITNESS:  Yeah, I had the opportunity,

17     I guess, to look at that particular dimension, but

18     that's not what I set out to do.

19     BY MR. BLOCK:

20          Q.   And of the 130 trades, the ten that you

21     decided to exclude from this already limited pool

22     happened to be all the losing trades in the

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 239 of 400 PageID #:961

1    proprietary account?

2        A.    Right.

3        Q.    If those trades had different

4    characteristics as far as time or size, those could

5    impact the result of your analysis, could they not?

6             MR. GREEN:  Objection.  Calls for

7    speculation.

8             THE WITNESS:  I think you hit on something

9    that would be a different test, right, so the test

10   that I ran was are the characteristics of the

11   profitable proprietary trades different from those

12   in the client pool.  Doing a test between

13   proprietary generally versus client generally would

14   be a different test.

15   BY MR. BLOCK:

16       Q.    Why wouldn't you have tested again

17   profitable versus profitable and see if there's a

18   difference in those two subsets of trades?

19       A.    I could have done that, yes.

20       Q.    Why didn't you?

21       A.    I didn't think I would find much there,

22   but we didn't find many differences with a larger

1    number of observations.  Like I said, as you trim

2    down the number, you're less likely to find.

3         Q.   As you trim down your observations, don't

4    you get closer and closer to the point when your

5    population and your sample are exactly the same?

6              MR. GREEN:  Objection.  Leading.

7              THE WITNESS:  I think you go the other way

8    because you trim the number of observations that you

9    think the sample, which is why the power of the test

10   is weaker.

11   BY MR. BLOCK:

12        Q.   Okay.  I'm sorry.  Thank you for the

13   correction.  As your sample size begins to equate to

14   your population size, you have a greater degree of

15   confidence in your results?

16        A.   Yes.

17        Q.   So, if you included ten more transactions

18   in this, it would have given you, it could have

19   given you incremental increase in confidence as to

20   your results?

21             MR. GREEN:  Objection.  Calls for

22   speculation.

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 241 of 400 PageID #:963

1           THE WITNESS:  It would have been a little

2    more powerful test on a different question.

3    BY MR. BLOCK:

4           Q.   Let's take a different question.  Jumping

5    ahead here, but there were times when you're testing

6    contract versus in the proprietary account versus

7    the same contract in the customer account, and let's

8    just take euros, for example, and you decide that on

9    a certain time frame or time slot the proprietary

10   account is trading six euro or six times trading

11   euro contracts, and the customer account traded that

12   same contract nine different times.  When you're

13   talking about the six euro contracts, isn't that

14   your entire population of euro contracts?

15          MR. GREEN:  Objection.  Leading.

16   BY MR. BLOCK:

17          Q.   Of the trades, of that account's trades.

18          A.   The population would be sort of like, that

19   would be a broader concept rather than just the

20   trades that we look at, right.

21          Q.   Well, you only identified nine euro trades

22   for that particular test, for that time slot?

1      A.    Right.

2      Q.    So, if you're including all of them and

3   that's the entire population, isn't your confidence

4   level in those nine trades 100 percent?

5      A.    No, it's actually not because that's the

6   thing.  So, if you have nine observations, you have

7   a distribution of any variable, trade size or time

8   held or any characteristic of that trade, so that

9   distribution is presumed to be drawn from some other

10  larger sample population.

11     Q.    That's my point.  You've broken it down to

12  such a level where now you're just looking at the

13  nine euro trades done by that customer or the six

14  euro trades done by the proprietary account.  There

15  is no greater population for that, is there?  It's

16  either the six or the nine?

17          MR. GREEN:  Objection.  Form.  Leading.

18          THE WITNESS:  Well, the six or nine,

19  though, are representative of trading in the euro

20  itself; right?

21  BY MR. BLOCK:

22     Q.    How do you know that?  You picked the six

 1   or the nine without testing it anywhere else?  So,

 2   how do you know that's a representative sample other

 3   than being the entire population of the six euros

 4   and the entire population of the nine euro trade?

 5        A.   Well, the presumption in the statistical

 6   test in any sampling like this is there's a larger

 7   population of trades that could occur.

 8        Q.   You gotta help me on this, Doctor.  There

 9   is no, the sample is the population, is it not, in

10   my example?

11        A.   It is, right.  That is the population for

12   that sample, but that's different than the

13   statistical sampling, right.  Statistical sampling

14   looks at the distribution of any variable related to

15   those observations.

16        Q.   That I get on a conceptual basis, but in a

17   practical basis, as a result of your testing here,

18   you're drilling down to individual contracts at

19   specific times.  So, we don't have to deal with

20   whether it's representative or not because you've

21   identified all the contracts that fit that

22   parameter.

Page 243

1          A.    Right.  And, so, when I tried that, that's

2     the idea, right, is to fit, to narrow it down to

3     comparable contracts that can be matched between the

4     two accounts.

5          Q.    And you could do that with 100 percent

6     confidence because you know that is the exact number

7     of trades and what all the different parameters of

8     that trade was for the customer account and the same

9     thing for the proprietary account?

10          MR. GREEN:  Objection.  Leading.

11     Argumentative.  I'm not sure there's a question

12     there.

13     BY MR. BLOCK:

14          Q.    Do you understand my question?

15          A.    So, I'm 100 percent -- I'm not exactly

16     sure now, but I'm 100 percent sure that those are

17     accurately classified?  Is that what you're asking?

18          Q.    On confidence level.

19          MR. GREEN:  Objection.  Vague.

20          THE WITNESS:  But I guess the confidence

21     level is the statistical term.  It's not an

22     assignment to a group or not.

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 245 of 400 PageID #:967

1    BY MR. BLOCK:

2         Q.   Statistically speaking, if your sample

3    involves your entire population, you can be 100

4    percent confident about that sample?

5              MR. GREEN:  Objection.  Vague, and I

6    believe it's been asked and answered.

7              THE WITNESS:  Yeah, 100 percent confidence

8    is not a concept about a sample.  It's about an

9    observation within a sample.  It's about the sample

10   median or the mean or some distribution around --

11   BY MR. BLOCK:

12        Q.   Maybe with Don's help I can be a little

13   clearer here.  Let's assume we have a population of

14   nine, and you have a sample of that nine.  Could you

15   say that you have 100 percent confidence as to the

16   median size of trades in that population?

17        A.   Yeah, you can say you have 100 percent

18   confidence in that parameter, but you can do that

19   with any sample, right.  You know what the median

20   is.  It's a concept.

21        Q.   So, but -- okay.  Going back to the

22   exclusion of 49, was there any other -- I'm sorry.

Page 245

1    You might have answered.  Who told you to exclude it

2    or is that your decision?

3        A.    I believe I did, yes.

4        Q.    What would happen to your assessment if

5    the CFTC had identified 80 suspicious trades for the

6    proprietary account of which 55 were profitable?

7            MR. GREEN:  Objection.  Calls for

8    speculation and vague.

9    BY MR. BLOCK:

10       Q.    Let me use that as hypothetical.  Would

11   you have excluded the 25 unprofitable trades from

12   your analysis?

13           MR. GREEN:  Same objection.

14           THE WITNESS:  I guess it would depend on

15   which question we're asking.

16   BY MR. BLOCK:

17       Q.    Applying what you did in this particular

18   case, let's just change the numbers, the sample

19   sizes or the population sizes, and they had given

20   you 80 suspicious trades for the proprietary account

21   and 55 were profitable, I'm assuming to be

22   consistent you would have eliminated the 25

1    nonprofitable from your assessment?

2        A.    To do the test that I did, right, that

3    would be --

4        Q.    And what would happen if the CFTC had

5    used, instead of the numbers given to you, they gave

6    you 50 customer trades that were profitable out of

7    the 64?

8            MR. GREEN:  Objection.  Calls for

9    speculation.

10   BY MR. BLOCK:

11       Q.    Would you still have used the entire 64?

12           MR. GREEN:  Vague.

13           THE WITNESS:  Probably, yeah, to run the

14   same tests to be consistent I would have.

15   BY MR. BLOCK:

16       Q.    So, am I correct in assuming that the

17   assessment is depending upon the trades selected by

18   the CFTC for your analysis?

19           MR. GREEN:  Objection.  Vague.

20           THE WITNESS:  Yeah.  I mean, all the tests

21   were done on the samples that I was given.

22   BY MR. BLOCK:

1      Q.   Do you know from your review of the

2   materials if all the client accounts traded the same

3   products as the proprietary account?

4      A.   Generally speaking, no.  In the data we

5   have it seemed that there was quite a bit of

6   overlap.

7      Q.   Did you do anything to verify that?

8      A.   That there was overlap?

9      Q.   No.  That there were, that there might

10  have been some customer accounts who didn't trade in

11  the same products as the proprietary account.

12         MR. GREEN:  I believe that wasn't the

13  answer that he gave.

14  BY MR. BLOCK:

15     Q.   Okay.  Let me restate it.  Did you do

16  anything to determine whether all the customer

17  accounts traded in all the same products as the

18  proprietary account?

19     A.   No, I only looked at the overlap in the

20  trades that I was given.

21     Q.   Would, could that possibly influence your

22  analysis if you were told or had information that

1    said not all the customers' accounts could accept

2    trades in the same products that were placed in the

3    proprietary account?

4           MR. GREEN:  Objection.  Calls for

5    speculation.

6           THE WITNESS:  No, in the sense that they

7    did overlap, and the data that I looked at in the

8    comparison was between the two, that wouldn't have

9    mattered I don't think.

10   BY MR. BLOCK:

11      Q.   On page ten of Exhibit 1, actually,

12   looking at the top there it starts on the time

13   before, page before, "This third alternative also

14   fails to explain the dichotomous results between

15   profitability between in the client and proprietary

16   accounts."  Did I read that correctly?

17      A.   Yes.

18      Q.   And are there other potential explanations

19   other than ex post allocations to explain the

20   difference in the profitability between the two

21   accounts?

22           MR. GREEN:  Objection.  Calls for

Page 249

1    speculation.

2            THE WITNESS:  Yeah, there may be, but I'm

3    not aware.

4    BY MR. BLOCK:

5        Q.    Okay.  Let me do this.  Let's see if we

6    can -- hold your hand there, but turn to page 20 of

7    the report.  Read your Footnote 7, please, into the

8    record.

9        A.    Footnote 7 says, "I use the time of the

10   closing trade assuming that exogenous reasons for

11   closing a client position, e.g., for rebalancing

12   purposes, hedging, etc., gives the Defendants less

13   control over this trade characteristic."

14       Q.    What did you mean by exogenous reasons?

15       A.    I think what I was getting at there was

16   that exogenous reasons would be rebalancing purposes

17   or hedging, so some other reason other than some, to

18   come from outside sort of the trading desk, that the

19   computer or something would signify that the hedge

20   doesn't need to be made any more or there's some

21   other reason to close out the position.

22       Q.    So, you gave rebalancing, hedging, etc.

```
 1    Are there other examples of exogenous reasons you

 2    could think of?

 3         A.    For closing a client position?  Could be

 4    the customer called and said close it or had some

 5    other impetus to say I want the tradeoff, so the

 6    broker goes and fulfills that.

 7         Q.    Any other examples you can provide?

 8              MR. GREEN:  Calls for speculation.

 9              THE WITNESS:  Not that I can think of

10    offhand, no.

11    BY MR. BLOCK:

12         Q.    Wouldn't those same exogenous reasons

13    exist at the time an order is initiated or a

14    position is initiated?

15              MR. GREEN:  Calls for speculation.

16              THE WITNESS:  Yes.  I think, but I think

17    the differential maybe in the initiation would be

18    sort of almost always exogenous.

19    BY MR. BLOCK:

20         Q.    Right.

21         A.    And somebody says we should open up a

22    position, and then there's some discretion later to
```

Page 251

1    close the position.

2        Q.   So, you could start a position for

3    purposes or initiate a position because you have to

4    put something into an account to rebalance it; is

5    that correct?

6            MR. GREEN:  Objection.  Calls for

7    speculation.

8            THE WITNESS:  Yes, it could be.

9    BY MR. BLOCK:

10       Q.   And you could do something, you might have

11   to initiate a trade in order to initiate a hedge;

12   isn't that correct?

13           MR. GREEN:  Same objection.

14           THE WITNESS:  Yes.

15   BY MR. BLOCK:

16       Q.   Or to use your example a client calls and

17   says, hey, I want to be in this market, get me in

18   at, into the yen or the euros or whatever it might

19   be?

20       A.   Right.

21       Q.   Turning back to your conclusion at the top

22   of page ten, are there other explanations for what

1    you refer to as the dichotomous results between

2    profitability in the client and proprietary accounts

3    other than ex post allocation?

4              MR. GREEN:  Objection.  Calls for

5    speculation.

6              THE WITNESS:  Yeah.  Hypothetically, I

7    guess there could be.  I don't know what they would

8    be.

9    BY MR. BLOCK:

10        Q.   Well, could rebalancing be one of the

11   reasons?  Could that affect profitability?

12             MR. GREEN:  Objection.  Calls for

13   speculation.

14             THE WITNESS:  Rebalancing could affect the

15   profitability, but --

16   BY MR. BLOCK:

17        Q.   How about hedging?

18        A.   I don't know if it would affect the

19   dichotomy between the two.

20        Q.   What about hedging?  Do you understand the

21   term "hedging"?

22        A.   Yes.

Page 253

1      Q.    What does it mean to you?

2      A.    Hedging is taking multiple positions to

3   reduce the volatility or the risk of some underlying

4   position that you hold.

5      Q.    So, you're using the hedge to protect the

6   other position, the underlying position I think you

7   referred to it; correct?

8      A.    Yes.

9      Q.    And, so, is the hedge usually larger or

10  smaller than the underlying position?

11         MR. GREEN:  Objection.  Calls for

12  speculation.

13         THE WITNESS:  Almost always smaller.

14  BY MR. BLOCK:

15     Q.    And the hedge is meant to protect the

16  investment made in that preexisting position;

17  correct?

18     A.    Yes.

19     Q.    I equate hedges myself, and tell me if you

20  agree with this, kind of like an insurance policy,

21  as you say, helps reduce your risk.  Would you agree

22  with that generalization?

1      A.   Yes.

2      Q.   And you have to pay for an insurance

3  policy, don't you?

4      A.   Last I checked, yes.

5      Q.   Sometimes you collect on it, and sometimes

6  you just pay the premium, and you don't get anything

7  for it; isn't that correct?

8      A.   Yes.

9      Q.   You still get the risk reduction, though,

10 if it was done properly?

11     A.   Yes.

12          MR. BLOCK:  Off the record for a second.

13          (Discussion held off the record.)

14 BY MR. BLOCK:

15     Q.   Do hedges, are hedges always intended to

16 make money in and of themselves?

17     A.   No.

18     Q.   In fact, you would expect them, a lot of

19 times hedges lose money?

20          MR. GREEN:  Objection.  Calls for

21 speculation.

22 BY MR. BLOCK:

1      Q.   Isn't that a correct statement?

2      A.   More than often, more than average

3   probably does, right.  Yes.

4      Q.   How much more than average?

5           MR. GREEN:  Objection.  Calls for

6   speculation.

7           THE WITNESS:  That would be depending on

8   all sorts of variables.  Moral hazard in the

9   insurance company, all kinds of other issues.

10   BY MR. BLOCK:

11      Q.   Let's talk about hedges in commodities and

12   futures transactions.  We've been talking about my

13   insurance analogy, but don't all the same statements

14   apply with regards to hedging in a futures account

15   or commodities account?

16           MR. GREEN:  Objection.  Leading.

17           THE WITNESS:  Yeah.  I mean, the objective

18   of the hedge is to reduce the volatility.  The hedge

19   actually could make lots of money or lose lots of

20   money.

21   BY MR. BLOCK:

22      Q.   Wouldn't you expect, if you place a hedge

1    position in an account to protect an underlying

2    account, if the hedge is making lots of money, isn't

3    that generally reflective that the underlying

4    position is losing lots of money?

5           MR. GREEN:  Objections.  Calls for

6    speculation.

7    BY MR. BLOCK:

8      Q.   You can't nod your head.  The answer is

9    yes, isn't it?

10     A.   Yes.  I was going to say yes and then --

11     Q.   You mentioned also the hedge is sometimes

12   or I think more often than not smaller than the

13   actual underlying position.  That being the case, if

14   the hedge is making money, wouldn't the underlying

15   position be losing a disproportionate larger amount

16   of money?

17          MR. GREEN:  Objection.  Calls for

18   speculation.

19          THE WITNESS:  Well, that gets whether how

20   the hedge was put on, so you have delta hedging, and

21   then there's other characteristics that affect the

22   value of the hedge as you move through time.

Page 257

1   BY MR. BLOCK:

2       Q.   Do you understand the term "dynamic

3   hedging"?

4       A.   Yes.

5       Q.   What does that mean, to your

6   understanding?

7       A.   You set up, you have an underlying asset,

8   and you set up a hedge, but then you reassess that

9   hedge as you move through time and take positions or

10  adjust your position dynamically.

11      Q.   So, it's not static.  It's a moving target

12  in a sense that requires continual adjustment?

13      A.   Yes.

14      Q.   And every time you make an adjustment

15  doesn't that cost money?

16           MR. GREEN:  Objection.  Calls for

17  speculation.

18           THE WITNESS:  In financial markets and

19  most markets, yes.

20  BY MR. BLOCK:

21      Q.   And, if you're trying to protect an

22  investment you made in the underlying position,

1    every time you cause a hedge to be placed you're

2    taking away from your potential profit, are you not?

3              MR. GREEN:  Same objection.

4              THE WITNESS:  Well, yeah, you're hedging

5    against adverse movements in the underlying, so you

6    moved from that side of the position you're

7    producing profits.

8    BY MR. BLOCK:

9        Q.   If one account was using futures trades as

10   a hedge and another account was using futures trades

11   as a directional trading, would you expect to see

12   different results in the two accounts?

13             MR. GREEN:  Objection.  Calls for

14   speculation.

15             THE WITNESS:  You'd expect to see a number

16   of differences probably between those accounts.

17   BY MR. BLOCK:

18       Q.   You might see differences in the size of

19   the trades?

20       A.   Yeah.  Could be the size of the trade.

21       Q.   Profitability?

22       A.   Yeah.  I mean, clearly that could be the

Page 259

1    case.

2        Q.    Could hedging be one of the explanations

3    for the dichotomous results between profitability

4    and the client account and the proprietary account

5    in this case?

6              MR. GREEN:  Objection.  Calls for

7    speculation.

8              THE WITNESS:  That's where I'm not sure.

9    BY MR. BLOCK:

10       Q.    Why aren't you sure?

11       A.    It seems to me, like I said, to hedge

12   something is an expensive thing, and so it would

13   appear to me that that hedge would be put on with

14   the assumption that that costly imposition or the

15   fees or whatever that go with the hedging or the

16   potential losses would be something that would be a

17   little bit more static by nature.

18       Q.    If you wanted to check the effectiveness

19   of a hedge, wouldn't you have to look to see the

20   impact it had on the profitability of the underlying

21   position that it was protecting?

22             MR. GREEN:  Objection.  Calls for

1    speculation.

2            THE WITNESS:  Well, the effectiveness of a

3    hedge is assessed in the overall portfolio and not

4    just the underlying.

5    BY MR. BLOCK:

6        Q.   I'm sorry.  Could you read that back

7    please?

8            (The reporter read back as requested.)

9    BY MR. BLOCK:

10       Q.   Did you do anything with regards to the

11   information you were given in this case to determine

12   whether the trades made for the client account were

13   intended as hedges?

14       A.   No.

15       Q.   Have you ever seen a test, a statistical

16   test, to determine whether someone was hedging

17   versus speculating?

18       A.   Well, generally, a hedging position will

19   have a position of two assets that are negatively

20   correlated.  So, there's no statistical test for

21   that.  It's whatever the determination of the

22   correlations.  The correlations, though, could

1   either be, I mean, this is one of the problems we

2   have with a lot of financial assets.  Correlations

3   are unstable, so you might put on a position where

4   you have negative correlated assets, but then they

5   become positively correlated, and you don't have a

6   hedge anymore.

7        Q.   Have you ever seen any statistical

8   analysis to determine if a series of transactions

9   just based upon the written data were intended to be

10  speculation as opposed to hedging?

11            MR. GREEN:  Asked and answered.

12            MR. BLOCK:  It's a different question.

13            THE WITNESS:  If we're talking about link

14  contracts like an option and an option on a future,

15  a future and an option on that future, then the

16  correlation structure is sort of, right, it's

17  stable.  You know that prices go up; call prices

18  usually go up.  I mean, and the put prices typically

19  go down.  So, is there a test for that?  I mean,

20  that's just --

21  BY MR. BLOCK:

22       Q.   Let me ask you this.

Page 262

1     A.    I don't know if there's a statistical
2 test.  That's what hedging is.  It's a definitional
3 thing.

4     Q.    In order to test any of your criteria here
5 or the results of your analysis, did you take any
6 moment to determine whether there was hedging going
7 on in one account versus speculation going on in the
8 other account?

9     A.    No.

10     Q.    Did you, other than trade size -- well,
11 let me come back to this.  Let's talk about, go into
12 your report, page ten, paragraph 25.  You talk about
13 trade size analysis.  You talk about economic theory
14 at the bottom of page ten.  What economic theory are
15 you referring to?

16     A.    Just basically the theory of supply and
17 demand.  If I demand more from the marketplace, I
18 will have to pay a price concession for that greater
19 demand.

20     Q.    Again, you say in empirical evidence.
21 What's the empirical evidence?

22     A.    There's a large literature on the cost of

1    block trading on the transaction costs over

2    transaction size.  The idea, again, if you demand

3    more from the marketplace and bigger trade sizes,

4    you end up pushing the price if you're buying and

5    pushing the price down if you're selling, and that

6    basically impacts your profits 'cause adverse price

7    movement to your own trading.

8         Q.   So, you're talking about big block trades;

9    right?

10        A.   Well, it could be any size, actually.

11   Especially in futures markets where a lot of these,

12   in the equity markets where we trade in 100 share

13   increments it could be that it affects somewhere in

14   the thousands of shares.  But in futures markets or

15   less liquid markets, there could be differential

16   between one and two lot trades and 10 and 20 lot

17   trades.

18        Q.   Are you talking about the bid ask spread

19   concerns here as far as, bid and ask spread, is that

20   what you're referring to, that you could push it one

21   way or the other?

22        A.   No, I'm talking about just the price

1    impact of the trade itself.

2        Q.    On the market?

3        A.    Right.

4        Q.    So, if the trader is entering in a limit

5    order for purposes of looking at his transactions,

6    you're not so much concerned as to what's going on

7    with the market by the very placement of his order,

8    are you?

9            MR. GREEN:  Objection.  Vague.

10            THE WITNESS:  There's this question about

11    whether the fill gets done or not, right.  So,

12    presumably, if there's a position wants to be put

13    on, you won't do it necessarily with a limit order

14    if there's not enough volume there.  Could be one

15    reason it gets broken, you know, an order gets

16    broken up.

17    BY MR. BLOCK:

18        Q.    But, if you're not filled, then, if a

19    trade didn't get filled, you won't worry about

20    analyzing because it's a nullity, isn't it?

21            MR. GREEN:  Objection.  Calls for

22    speculation and vague.

1          THE WITNESS:  I guess there's this concern

2     about what is the cost of unfilled orders, and I

3     didn't do any analysis of that, no.

4     BY MR. BLOCK:

5          Q.   When you talk about transaction costs

6     here, what specifically are you then referring to

7     specifically?

8          A.   Well, in this particular case with trade

9     size I'm more concerned with the price impact.

10          Q.   So, when you say transaction costs, you're

11     not talking about commissions or fees or any other

12     type of deductions of that nature?

13          A.   Well, that could be a component of it,

14     too, 'cause those vary over trade size as well,

15     right, 'cause you could pay a fixed fee, which, of

16     course, buying or selling more gives you per unit

17     lower fees.

18          Q.   When you say generally larger trades are

19     more expensive, are you talking about, are you

20     referring to the fees or are you talking about the

21     impact on the market?

22          A.   There I'm talking about the impact on the

1    market.

2         Q.    And you cite two studies here by Pederson

3    and --

4         A.    Fialkowski.

5         Q.    And then Frino?

6         A.    Yeah.

7         Q.    Do those actually say -- I'm sorry -- that

8    larger trades are more expensive?

9         A.    No, those document that there's

10   differences across trade sizes.

11        Q.    But there's no conclusion in either of

12   those studies that say larger trades are necessarily

13   more expensive?

14        A.    No.

15        Q.    Paragraph, well, let me ask, other than,

16   are there any studies that you can cite to that you

17   can tell me that conclude that larger trade sizes

18   are more expensive and, therefore, are likely to be

19   less profitable?

20        A.    Quite a bit of literature on the

21   transaction costs and sort of, like, what they call

22   iceberg orders, that effective transmission of

 1    orders to the marketplace minimize price impact.

 2         Q.   You're talking about price impact on the

 3    market itself, but, if you put a limit order in,

 4    that's not a concern, is it?

 5              MR. GREEN:  Objection.  Leading.

 6    BY MR. BLOCK:

 7         Q.   For that particular trader?

 8         A.   Right.  A limit order has other

 9    characteristics of what's the cost of the unfilled

10    portion of the order, but right.

11         Q.   We're not talking about the theoretical

12    impacts on the market or market forces, you know,

13    based upon aggregate fail to fill or large block

14    orders by institutional traders, which I believe

15    most of these studies talk about.  I'm talking about

16    in the context of an individual trader such as Mr.

17    Newell who's a CTA or a CPO.  Can you point me to

18    any study that says that larger traders by these

19    types of investment professionals are more expensive

20    versus lower, smaller size trades?

21         A.   I don't know if a study has done that, but

22    I think that's where the order execution comes into

1    play.  Orders are broken up because you can get

2    smaller pieces done cheaper.

3         Q.   Or you can just get smaller pieces done at

4    the price you want to get them done?

5         A.   But isn't that cheaper then?

6         Q.   Well, again, you and I are using cheaper

7    in a different way.

8         A.   If I'm buying, I want to get it at the

9    price I want it.  I don't want to pay a higher

10   price, and, if I'm selling, I want to get a price I

11   see, not at a lower price.

12        Q.   Yes.

13        A.   That's where I'm at.

14        Q.   Thank you.  So, that's not really, your

15   statement in larger trades are more expensive and,

16   therefore, less likely to be profitable, you don't

17   have any study that says that someone as an

18   individual CTA or CPO placing limit orders, that

19   their larger trades are more expensive and,

20   therefore, less profitable?

21             MR. GREEN:  Objection.  Leading.

22             THE WITNESS:  Well, that's where the

1  difference is.  If you're talking about switch to

2  limit orders, then there's this other cost that's

3  not included.

4  BY MR. BLOCK:

5      Q.   But that's the cost to the market, not to

6  the individual trader?

7      A.   No, it would be a cost to an individual

8  trader.  So, if I have a big trade and I want to

9  contract 50 contracts, but only 20 are available,

10  fill out those 50 with a market order, I could push

11  the price up to buy.  That will cost me as a trader.

12  If I elect to avoid that cost and submit a limit

13  order, if I submit a limit order, I can get my 20

14  filled, but now I have 30 unfilled contracts that

15  face some price risk, and that's where, that could

16  be very expensive because now, if the market moves

17  up against you, now maybe you could have filled 10

18  or 20 of them, and you watch the market move against

19  you, and that's the potential cost of a limit order.

20      Q.   It's a potential cost of a limit order.

21  Did you notice whether, well, with a limit order,

22  you put an order in for 50 at certain price, don't

1    they have to get specific authorization from you to

2    do a lesser quantity at that price?

3              MR. GREEN:  Objection.  Calls for

4    speculation.

5              THE WITNESS:  Well, this is where the

6    nuances of the order type come in right.  There's a

7    fill or kill order.  There's all or nothing orders.

8    Normally, a limit order will be partially filled

9    unless otherwise instructed.

10   BY MR. BLOCK:

11        Q.    And you base that upon what?

12        A.    My experience with markets.

13        Q.    And did you notice in your review of the

14   records in this case whether there's a preponderance

15   or not of limit orders?

16              MR. GREEN:  Objection.  Vague.

17              THE WITNESS:  Well, normally in the S&P I

18   presume there wouldn't be because there's quite a

19   bit of liquidity for market orders.  Some of the

20   other exchanges, foreign exchange --

21   BY MR. BLOCK:

22        Q.    I'm not asking for your assumption or

1    anything.  I'm just asking what you recall as far as

2    your review.  Did you notice that most, I'll use the

3    word most instead of preponderance, most of the

4    orders out of the 130 identified transactions were

5    limit orders?

6         A.    Yeah.  Looked like more often than not

7    they were limit orders, yes.

8         Q.    Looking at paragraph 26, how do you

9    identify trade size?

10        A.    Well, that was where, again, the trade

11   size comes to basically the accumulation of total

12   number of shares over the course of a trading day.

13        Q.    Okay.  That doesn't matter which direction

14   you're going?

15        A.    No, it would be right, so that would be

16   related to how many shares, for instance, you bought

17   in setting a position or how many you sold in

18   initiating a position.

19        Q.    I'm going to show you what's been marked

20   as Exhibit 12.

21             (Harris Exhibit No. 12, Trade 1 Document,

22   was marked for identification.)

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 273 of 400 PageID #:995

1          MR. BLOCK:  Take a look at that, and we'll

2     take a five-minute break.  Is that okay?

3          (Whereupon, a short recess was taken from

4     3:57 to 4:08 p.m.)

5     BY MR. BLOCK:

6          Q.   I had placed before you what we marked as

7     Exhibit Number 12 for identification purposes.  And

8     I'm going to represent to you that this is taken

9     from one of the actual printouts that the

10    information it comes from the MF Global electronic

11    trading records, and this is just for, as it's

12    labeled, Trade Number 1 in the proprietary account,

13    and I'd like to you take a second -- I assume

14    because you reviewed stuff in the course of your

15    analysis that you've seen this format before?

16         A.   Yes.

17         Q.   And what I'd like you to do is go through

18    this and tell me if you can interpret for me what

19    the order is here, what the initial order is and how

20    it was processed.

21         A.   So, just start at the beginning?

22         Q.   Yeah.

Page 273

1      A.   Looks like at 10:09:49 there was an order

2   from a client by order 25 contracts in the E mini

3   S&P.   It's a limit order price of 956.

4      Q.   And was that order filled?

5      A.   So, then, I guess, what you've highlighted

6   in green here is the 6, 9, 12, 15, 18, 25 I order

7   fills, so six different partial fills that occurred

8   and got reported back at 9:55:50 or 9:55:75.   So,

9   the buy order was limited 956, so you got a little

10  bit better price on the purchase.

11     Q.   And what position is now held by that

12  account?

13     A.   This account looks like it would be flat.

14  Well, no, no.   So, they just bought 25.   Sorry.

15     Q.   So, it's long 25?

16     A.   Long 25.

17     Q.   What happens next?

18     A.   So, we have an order from the client to

19  sell the 25, limit order of 9:56:25, looks like,

20  since they had had the order to buy was lowered,

21  more to sell.   They were looking to profit from

22  this.   Back from the exchange they filled in two,

1    five, five, 1925 and sold those in seven executions

2    at the limit order price of 956.25.

3         Q.    And what position is held in the account

4    after that final sell fill is entered?

5              MR. GREEN:  Objection.  Calls for

6    speculation.

7    BY MR. BLOCK:

8         Q.    In this particular --

9         A.    Presuming all this is accurate and

10   everything, you're back to zero.

11        Q.    So, you're flat?

12        A.    Flat.

13        Q.    What happens next?

14        A.    Sometime after that, so the time stamp is

15   interesting, I guess, 'cause the original order was,

16   like, 10:09, but then there was these messages at

17   17:10.  Now, we're at 12:38, I guess, from the

18   client.  They get another sell order on the E mini

19   for 25 contracts at 9:34:25.  The limit price, looks

20   like that then subsequently was filled in two

21   portions, two executions at the limit price.

22        Q.    So, what position is in the account now?

```
 1            MR. GREEN:  Objection.  Calls for
 2   speculation and vague as to the accounts.
 3   BY MR. BLOCK:
 4        Q.   All others, with regards to this.
 5        A.   Presuming, right, if we're following this
 6   and these are all in logical order sequence, then
 7   they are short 25.
 8        Q.   By the way, the first buy of 25 and the
 9   sell of 25, can you tell from looking at this how
10   long that was held by the account?
11            MR. GREEN:  Objection as to, vague as to
12   the account and calls for speculation.
13   BY MR. BLOCK:
14        Q.   Do you have the information you need to
15   determine how long that position was held by this
16   particular account?
17        A.   What I would do is I would take the 17:10
18   and the 17:23, and, presuming those are accurate,
19   then you say it was in the account for 13 minutes or
20   so.
21        Q.   Wouldn't it actually be the 17:22:29?  I'm
22   sorry.  17:23:05 that's what you're looking at?
```

1       A.   Right.

2       Q.   That's held by how many minutes?

3       A.   Well, that's almost 13 minutes.

4       Q.   What happens next in the account?

5       A.   That would be the difference between the

6  ending time and the beginning time.

7            MR. GREEN:  There's a standing objection

8  regarding the definition of account with this

9  exhibit and speculation, etc.  If you want to walk

10  through it all --

11           MR. BLOCK:  I do.

12  BY MR. BLOCK:

13      Q.   Let's go on to the next transaction in

14  this exhibit.

15      A.   So, that was the sell order, right,

16  executed in two pieces, 19:39:13.

17      Q.   No, I think --

18      A.   Isn't that where we are?

19      Q.   No.  Look on the left-hand side, 90259.

20      A.   Okay.  Well, okay.  So, that was, they

21  sent them a limit order.

22      Q.   That limit order is then filled?

1        A.    I was looking at the fill part.

2        Q.    Thank you.  And it was filled at 19:39:13?

3        A.    Yep.

4        Q.    And that was opening an initiation;

5    correct, 'cause it was flat before then?

6              MR. GREEN:  Objection.  Calls for

7    speculation and leading.

8              THE WITNESS:  So, right, if we follow this

9    and follow it true, these are time stamped, right,

10   then you'd be short 25 after those two fills.

11   BY MR. BLOCK:

12       Q.    Would that be considered, all other things

13   being equal, would that be considered a reversal as

14   we used that term earlier today?

15             MR. GREEN:  Objection.  Calls for

16   speculation.

17             THE WITNESS:  Well, I think, right, the

18   CFTC would call the first two legs of that a round

19   trip or reversal, right.

20   BY MR. BLOCK:

21       Q.    So, now you're into a reversal because

22   you're opening a position short; correct?

1          MR. GREEN:  Objection.  Leading.

2          THE WITNESS:  Yeah.  I presume, if you

3     change your position from what you had before.

4     BY MR. BLOCK:

5          Q.   And what happens with that 25 that are

6     short?

7          A.   Well, they put in an order, looks like

8     they had a standing order again with the time stamp

9     there at 12:40 to buy at a limit price of 933.50, 25

10    contracts.

11         Q.   And was that filled?

12         A.   Yeah.  Then looks like at 19:40 they

13    bought them back at 933.50 as specified in the limit

14    price.

15         Q.   And how long was that position on for?

16         A.   About a minute and a half it looks like.

17         Q.   What's the next transaction in the

18    account?

19         A.   Well, the next actual transaction is the

20    fill of a sell order for 25 at 936, so they've gone

21    short again.

22         Q.   And what happens with that short position?

1          A.     Had another limit order to buy back the

2     same number of contracts.  That buy order was filled

3     36 seconds later it looks like at 934.

4          Q.     What's the next transaction you see on

5     this exhibit?

6                MR. GREEN:  Objection.  The document

7     speaks for itself.  He's just reading this document.

8     It's your time.

9                THE WITNESS:  So, yeah, there's 25

10    contracts entered as a limit order to buy from the

11    client.  That appears to be filled in six different

12    executions and a price better than or at the limit

13    price.

14    BY MR. BLOCK:

15         Q.     Is that another reversal 'cause now they

16    are opening with a buy?

17                MR. GREEN:  Objection.  Calls for

18    speculation.

19                THE WITNESS:  Yes, I guess people on the

20    street would call it a reversal.

21    BY MR. BLOCK:

22         Q.     And, so, now he's long 25 or the account

1    is long 25.  What happens with that 25?

2        A.   Looks like they had another order to add

3    to that on the buy side, 25 more, so they added 25

4    more to the buy side and then got that order filled,

5    20:05:36.

6        Q.   So, now they are long 50?

7            MR. GREEN:  Objection.  Vague as to they.

8            THE WITNESS:  Yeah.  Presumably for the

9    same account, then, right, yeah, that statement

10   would be 25 plus 25, long 50.

11   BY MR. BLOCK:

12       Q.   What happens next in this exhibit?

13       A.   Then they want to sell.  Sell order for

14   half of that for another 25.  They get that executed

15   at, I guess, little bit better than limit price that

16   they put on that time.

17       Q.   So, now they are long 25?

18           MR. GREEN:  Same objection.

19           THE WITNESS:  Right.

20   BY MR. BLOCK:

21       Q.   What's the next order?

22       A.   And then they decide to sell the next 25

1    as well, the limit order of 931, and they fill that

2    at 20:08:58.

3        Q.   And could you tell from the beginning of

4    the first trade that made up the initiation of the

5    25 long position and it's another 25 long to the

6    time of the second sale of the 25 how much time

7    passed?

8        A.   Well, yeah.  You can just take the ending

9    time minus the beginning time.  So, you're looking

10   at that second block of 25 plus 25 minus --

11       Q.   Right.

12       A.   20:08 minus 20:05.  I guess three minutes.

13   Is that right?

14       Q.   What happens next in the account?

15       A.   Three and a half minutes, I guess.  Client

16   has another order to buy 25.

17       Q.   Is that filled?

18       A.   Yes.  And then that's filled in how many

19   increments?  Nine?  Ten?  Ten executions over at

20   20:26.  Everything exactly the limit price that they

21   set on it.

22       Q.   And what's the next transaction?

1      A.   Then you have another buy order adding to

2    that, 25 more contracts that gets filled at three

3    minutes later, three and a half minutes later in two

4    different executions.

5      Q.   So, now this account is long, according to

6    these records, long 50 again?

7      A.   Long 50 again.

8      Q.   Tell me what happens with that 50

9    position.

10      A.   Then they put in, let's see.  They are

11    canceling a buy order.  Well, they had a buy order

12    in.  They put another buy order in.  In between the

13    execution they had added 25 to it.

14      Q.   I'm sorry?

15      A.   So, in between the last two they actually

16    had another buy order for 25, and then they canceled

17    that or canceled one of -- was there a second

18    outstanding one?

19      Q.   We can ignore the cancel.  What was the

20    next --

21      A.   I guess they attach a limit order to it so

22    we know which one they canceled.  Then they enter

Page 283

1    another one to sell 25 instead at 941.  Enter

2    another sell order to sell at 940, so now they have

3    limit orders of 50 outstanding, different prices.

4    And, naturally, you're going to fill the one with

5    the lower price first if you're selling.

6         Q.   I'm sorry.  Where are you reading?

7         A.   The last two lines of that page.

8         Q.   So, if you go back up to, at the end of

9    line 96329 in the middle of the page, they are long

10   50 at that point; correct?

11        A.   Right.

12        Q.   And then coming down to line, there's an

13   order to sell?

14        A.   Yeah, there's two orders to sell in there,

15   actually.

16        Q.   Okay.

17        A.   One with the limit price of 941, and

18   another with a limit price of 940.

19        Q.   And you got --

20        A.   Then the last two lines showed they filled

21   those at 940.

22        Q.   For 25?

1     A.   For 25, right.

2     Q.   So, they are still long 25?

3     MR. GREEN:  Objection.  Making assumptions

4  regarding the account.

5     THE WITNESS:  Yeah, decrement by what we

6  see executed here that would be 25.  Then they

7  canceled the one they had outstanding at 941,

8  entered another order in at, I guess, 21:11 for

9  another 25 to go short to sell, filled those 30,

10  10 seconds later, I guess, 10 seconds later.  Well,

11  in three different executions at the limit price.

12  So, keeping track at home.  Are we back at zero or

13  are we short?

14  BY MR. BLOCK:

15     Q.  I think we're at zero.  What's the next

16  transaction according to this exhibit?

17     A.  Yes.  The next one is a sell order that's

18  filled, enter order, cancel an order, enter another

19  order with a new limit price.  Then fill that at

20  920.25.  So, they had gone short 25.  They were

21  following through.  And then two minutes later they

22  sell those 25.

1          Q.    The next transaction in the account is

2     what order?

3          A.    The next one that's filled, so there's an

4     order to sell that gets canceled, another order to

5     sell gets canceled and then an order to sell that

6     gets filled.

7          Q.    And what's that order?

8          A.    For now 50 contracts.

9          Q.    So, now you're short that 50; correct?

10         A.    That's right.

11         Q.    What happens to that 50?

12         A.    Then that 50 gets bought back in four

13    different executions one second later.  Now, that's

14    21:57.  Yeah, within a minute, I guess.  Little over

15    a minute.

16         Q.    What's the next transaction in this

17    account?

18         A.    The next one is an order to buy, no, to

19    sell again.  Sorry.  Then that gets filled two

20    minutes later, minute and a half later, 907.  Looks

21    like eight seconds later they bought it back or they

22    bought, send in a buy order, cancel the one, send in

1   another buy order, and they bought back those 50 in

2   five different executions.

3       Q.   How many round turns would you say

4   occurred in the course of the trading reflected in

5   this exhibit?

6           MR. GREEN:   Objection.   Calls for

7   speculation.   Making assumption, facts that are not

8   in the record.

9           THE WITNESS:   If we follow the sequence,

10  six round turns by CFTC definition.   Like going long

11  and then short.

12  BY MR. BLOCK:

13      Q.   Do you know how many is reversals occurred

14  in this account?

15          MR. GREEN:   Same objection.

16          THE WITNESS:   Going long to short, short

17  to long, three, maybe.

18  BY MR. BLOCK:

19      Q.   I count four, but --

20      A.   Okay.   Seems about right.

21      Q.   Can you give me an estimation of the total

22  amount -- well, strike that.   Let me first ask you

1    what's the total exposure at any given time,

2    exposure to the market reflected in the trades here?

3            MR. GREEN:  Objection.  Requires making

4    assumptions.

5    BY MR. BLOCK:

6        Q.   Doesn't require making any assumptions.

7        A.   Exposure like how much capital is at risk?

8        Q.   On a contract basis.  What's the largest

9    open position?

10       A.   Largest open position was 50.

11       Q.   And can you make any determination based

12   upon this approximately how much time there was in

13   actual market exposure adding up all the open

14   positions?

15       A.   Presuming they went --

16           MR. GREEN:  Objection.  Requires making

17   assumptions regarding facts that are not in the

18   record.

19   BY MR. BLOCK:

20       Q.   Ignore.

21       A.   Presuming you went in flat, you could look

22   at each time that the round trip took to turn

1    around.

2         Q.   By my calculations it's about 69 minutes.

3    Do you think?

4         A.   That seems about right, yeah.

5         Q.   But can you tell from looking at this from

6    the first entry, the first time a position was

7    filled till the last how much time passed?

8         A.   Looks like about four-and-a-half hours.

9    Almost five hours.

10        Q.   Now, under the CFTC's definition, this is

11   a 300 lot trade.  Is that your understanding?

12        A.   I believe so, yeah.  That's the full

13   amount of trade during the day.

14        Q.   Is that the calculation or is that the

15   protocol you would use when you were determining

16   trade sizes in your analysis?

17        A.   Yeah, that's the trade sizes we used.

18        Q.   Looking at going -- you can close it up

19   for now.  I want you to look back at your report,

20   page 11, paragraph 26.  You say, "I am able to

21   identify trade sizes for 58 client trades and 49

22   proprietary trades."  How did you come up with the

1   58 and the 49?

2        A.   That's where we had complete information,

3   I believe, on all of the trade executions that we

4   could aggregate for that day.

5        Q.   Define day.

6        A.   Anything that we had a record that was

7   time stamped on the same date.

8        Q.   So, if today is the 10th -- thank you.

9             MR. SOLINSKY:  Second lawyer over here.

10  BY MR. BLOCK:

11       Q.   If today was the date you were analyzing,

12  it would be something on the 10th?

13       A.   Right.

14       Q.   Open and closed, regardless of how many

15  round turns, opened position in a particular

16  contract and closed in that position on a particular

17  contract?

18       A.   Yes.

19       Q.   And what happens if there was an open

20  position not covered by a round turn?  You bought

21  50 in the morning.  You sold 25 an hour later, and

22  you carried a 25 lot position to the next day.  What

1    happens to the 25 lot open position?

2              MR. GREEN:  Objection.  Calls for

3    speculation.

4              THE WITNESS:  I believe it kept that in

5    the data overnight.

6    BY MR. BLOCK:

7         Q.   I'm sorry.  You kept, what do you mean you

8    kept it in the data?

9         A.   I would need to review what I did with the

10   code for this probably.

11        Q.   Isn't that part of your protocol?

12        A.   Yeah, I guess what we did is we took the

13   last trade of the day and counted that.  That's what

14   we did.  So, we didn't actually consider the

15   overnight period when the last execution was and

16   then noted that that was not a round turn trade

17   because it held an open position beyond that point

18   in time.

19        Q.   So, if there is an open position at the

20   end of the day, that was excluded from your analysis

21   of trade size?

22        A.   No, I believe we kept it in for the trade

1    size.

2         Q.   If I buy 50 in the morning, sold 25 an

3    hour later, at the end of the day, I still have 25

4    open position.  How much, how big is that trade for

5    purposes of your analysis?

6              MR. GREEN:  Are you asking him to refer to

7    the protocol that you showed him earlier?

8              MR. BLOCK:  If he needs to, he can look at

9    anything he wants.

10             THE WITNESS:  Yes.  This is what we

11   itemized here.

12             MR. GREEN:  So, take your time to read it

13   to make sure you are refreshing your recollection

14   about how you did it.

15             THE WITNESS:  Yeah.  So, the question was

16   about trade size?

17   BY MR. BLOCK:

18        Q.   Yes.

19        A.   Right.  So, the lot size, as we say, I

20   documented a minimum of the total number of buys and

21   total number of sells.  So, if I bought 50, I sold

22   25, it would be considered 25.

1      Q.   For purposes of lot size calculations,

2  what happens with the other 25 that's carried to the

3  next day?

4      A.   That's not included in the analysis.

5      Q.   Why not?

6      A.   It wasn't clear how to handle it.

7      Q.   Well, if you went from initiation to

8  closing, wouldn't that cover that?

9      A.   If I followed those, you mean the 25 that

10  were uncovered from initiation to closing?

11      Q.   Let's say in my example you bought 50 in

12  the morning, one morning, sold 25 during the day,

13  carried over an open position the next day and sold

14  it the next morning, say, at nine in the morning so

15  you're flat at nine in the morning.  Why not just

16  consider that a 50 lot?

17      A.   Well, we could have done that.  That's

18  just not what I did.

19      Q.   Why not is my question.

20      A.   I guess I made an assessment of what we

21  were trying to figure out, and there was a large

22  number, I, seemed like some complicated positions

1    that were in and out of the position or going long

2    and short.  It wasn't clear when that position

3    actually ended.

4         Q.   Well, wouldn't that be reflected on the

5    client statements?

6              MR. GREEN:  Objection.  Calls for

7    speculation.

8              THE WITNESS:  Yeah, I don't know how they

9    reflected an open position on the client statement.

10   BY MR. BLOCK:

11        Q.   That open position at some point would be

12   closed is what I'm asking, and wouldn't that, that's

13   what would be reflected on the client statement?

14             MR. GREEN:  Is that a question?

15             MR. BLOCK:  Yes.

16             THE WITNESS:  Yes, I presume it could be

17   right.  I just didn't do that.

18   BY MR. BLOCK:

19        Q.   So, what happened with the extra 25 open

20   position with regards to size of the trade then?

21   Where is it accounted for in your assessment?

22        A.   It's not, like I said.

1     Q.   Where is that 25 accounted for with

2  regards to profitability?

3     A.   It's not in there either.

4     Q.   So, you have an extra, another

5  transaction, the assumption is that that open 25 at

6  some point gets closed out; correct?

7     A.   Right.

8     Q.   But your assessment, your analysis doesn't

9  account for that closing out that transaction

10  anywhere, does it?

11     A.   Well, some of the analysis does the

12  differential between those that are closed out and

13  those that are not, so, what I call the round turn

14  trades in my analysis.  So, tried to see if that

15  mattered or not by excluding or including those

16  trades.

17     Q.   Where do you have a comparison of the test

18  results when you exclude them versus where you

19  include them?

20     A.   Well, it would be in my report, I think, I

21  concluded to those.  I didn't do the full range.

22          MR. GREEN:  Take your time to find where

1    you discuss it.

2            THE WITNESS:  I didn't put in a table.

3    So, if you look at page 11, paragraph 28, that's

4    where I do discuss tests for the 70 total trades

5    that were completely filled.

6    BY MR. BLOCK:

7        Q.    All right.  So, what is the difference

8    between, I thought the ones in 26 were the ones that

9    were completely filled within the course of a day.

10   What's the difference between 26 and 28?

11       A.    So, paragraph 26 looks at the average

12   trade size for all of the trades that we have

13   included, but those include some that have open

14   positions at the end of the day.  Paragraph 28 only

15   looks at those that don't have any open positions at

16   the end of the day.

17       Q.    You'll excuse my confusion, but, if you

18   look at 26, you're able to identify trade sizes for

19   58 client trades and 49 proprietary trades.

20       A.    Right.

21       Q.    That's a total of 107?

22       A.    Mm-hmm.

1     Q.   Yes?

2     A.   Yes.

3     Q.   And, if you're including those trades that

4  had open positions at the end of the day, wouldn't

5  you have 64 client trades and 55 proprietary trades?

6     A.   I think that's where we run into issues

7  with data availability.

8     Q.   And what data wasn't available for six

9  client trades and six proprietary trades that would

10  allow you to identify the trade sizes?

11     A.   Offhand, I'm not sure.  And I know we

12  lose, going from 26 to 28 we lose observations

13  because of the fact that they are open at the end of

14  the day.  Why we go from --

15     Q.   I think one think we can decipher from

16  this, you have a much higher percentage of

17  proprietary trades that are in and out, closed in

18  and out in the same day; isn't that true?

19           MR. GREEN:  Objection.  Argumentative and

20  is leading.

21           THE WITNESS:  That looks to be true, yes.

22  BY MR. BLOCK:

1      Q.    So, apparently, there were more of the

2  customer trades that had open positions at the end

3  of the day as compared to the trades in the

4  proprietary account?

5            MR. GREEN:   Same objection.   Leading.

6  BY MR. BLOCK:

7      Q.    And, when you take the two definitions, it

8  appears that the positions change, that, according

9  to 26 with the larger sample, the client trades or

10 the average size of a client trade looks to be about

11 26 percent bigger than the size of the proprietary

12 trades.   Is that a correct estimation?

13     A.    Yes.

14     Q.    But, when you take out the open positions

15 and you go to the contracts that were completely

16 bought or closed during this same period, you now

17 have, according to paragraph 29, the proprietary

18 trades being about 25 percent larger than the client

19 trades; is that correct?

20     A.    Yes.

21            MR. GREEN:   Leading.

22            THE WITNESS:   That's kind of what you'd

1    expect, right, because, if a portion is not full,

2    then the client trades are disproportionately not

3    closed at the end of the day, the bigger ones are

4    more likely to be unfilled at the end of the day.

5    BY MR. BLOCK:

6        Q.   And the fact that -- could you draw any

7    conclusions about trading patterns if you have more

8    open positions carried over from day to day versus

9    one or they got a much higher percentage of being

10   closed out in and out in the same day?

11       MR. GREEN:  Objection.  Vague and calls

12   for speculation.

13       THE WITNESS:  Could I say anything about

14   trading patterns?  Other than they seem to be closed

15   out more often.

16   BY MR. BLOCK:

17       Q.   Do you test for profitability based upon

18   the more restrictive definition of trade being

19   completed round turns in a given day?

20       A.   Well, I didn't test for profitability in

21   any of this, right.  So, what I was doing was trying

22   to figure out, if the characteristics of the order

Page 299

1    actually impacted that or not.

2         Q.   Whether it impacted profitability?

3         A.   Yeah, but that's not really a test of

4    profitability.  It's a test whether these

5    characteristics are related to profitability, right.

6         Q.   Let me ask you this.  Paragraph 28, the 24

7    client trades that were completed within the course

8    of one-day round turns, did you test the

9    profitability of those?

10              MR. GREEN:  Objection.  Vague.

11              THE WITNESS:  No, never did that.

12   BY MR. BLOCK:

13        Q.   Did you, going back to my example earlier,

14   if there's 25 open contracts carried over to the

15   next day, did you treat that as a separate trade

16   where the opening position would be 25, and then, if

17   it was closed out an hour later, that would be

18   another round turn of 25?

19        A.   No, I didn't consider the residual at all

20   at the end of the day.

21        Q.   So, the residual is just kind of floating

22   out there somewhere.  It's not counted; is that

1    correct?

2            MR. GREEN:  Objection.  Leading.

3            THE WITNESS:  Well, those portions are

4    included in, we don't know whether the full

5    observation, but we put them in, we try to test for

6    the other characteristics, right, but that's it.

7    BY MR. BLOCK:

8        Q.   Did you do any assessment or calculation

9    or analysis of what the trade size would be if you

10   went by the definition of round turn?

11       A.   I did not, no.

12       Q.   Looking at having reviewed the data and

13   gone through a lot of the materials again today, can

14   you give any estimation of what you think the impact

15   would be on the size of the trades if you used a

16   round turn definition as opposed to all contracts

17   within the same day that were closed out definition

18   of trade?

19           MR. GREEN:  Objection.  Calls for

20   speculation.

21           THE WITNESS:  Well, I think with any, it's

22   almost a tautology that it's going to be smaller.

1    The round turn definition would be smaller because

2    we're not looking at a series of trades or

3    executions.  We're looking at individual pieces.

4    BY MR. BLOCK:

5        Q.   Do you know if, on a round turn basis, if

6    the trades done for the customer accounts are larger

7    than the trades done for the proprietary accounts?

8            MR. GREEN:  Objection.  Calls for

9    speculation.

10           THE WITNESS:  I didn't look at that

11   specifically.  Like I said, individual round turns

12   looked like the trade sizes were indistinguishable

13   the way I described it or defined it.

14   BY MR. BLOCK:

15       Q.   Well, if you look at paragraph 26, you

16   have 58 clients trades and 49 proprietary trades,

17   and in that case the client trades are about

18   20 percent bigger.

19       A.   Right.

20       Q.   Do you think that the definition used by

21   the CFTC for defining trade has a bigger impact on

22   the size of the client trades or on the size of the

1    proprietary trades?

2           MR. GREEN:  Objection.  Calls for

3    speculation.

4           THE WITNESS:  Well, we can kind of infer

5    that from the two pieces of evidence here, right,

6    so, can we --

7           MR. GREEN:  Don't guess.

8    BY MR. BLOCK:

9       Q.   I can.  The question is can you.

10      A.   So, when you take out client trades that

11   have this unfilled portion at the end of the day,

12   they tend to be larger, which is why we got an

13   average client trade in paragraph 26 there that's

14   larger than a prop trade, and, when we take those

15   out, we got an average that's smaller than the prop

16   trades.

17      Q.   So, it impacts the prop trades

18   disproportionate to the client trades, does it not?

19          MR. GREEN:  Objection.  Leading.

20          THE WITNESS:  I think it affects the

21   averages of these two.  I think the comparison that

22   I did, which is why I compared both of them to show

Page 303

1    that it's, there's so much dispersion among these

2    observations that the two distributions overlap, and

3    we can't really be confident that they differ in any

4    way.  Even though the point estimates say 20 percent

5    bigger, there's enough dispersion around the mean

6    that we can't distinguish between the two.

7    BY MR. BLOCK:

8         Q.   You also test examination by broker;

9    correct?

10        A.   Yes.

11        Q.   And, if you look at page 14, you look at

12   paragraph 38, it says, "While no theory guides a

13   look at specific executing brokers, if client trades

14   are disproportionately executed via different

15   brokers relative to proprietary trades, we might

16   expect differences in the profitability as well."

17   Is that, did I read that correctly?

18        A.   Yes.

19        Q.   So, what you were looking for is there

20   were a lot more at Mizuho versus MSG for any

21   particular account?

22             MR. GREEN:  Objection.  Leading.

```
 1              THE WITNESS:  Yeah.  What I was looking
 2    for is, right, exactly that.  There could be
 3    specialization of brokers or one brokers had
 4    difficult orders to fill, and another one doesn't,
 5    so you might find across brokers that way.
 6    BY MR. BLOCK:
 7       Q.   But you got all the information in advance
 8    as far as the trade tickets, the trade, electronic
 9    trade records and such.  Were you not aware when you
10    started the project that there were trades made for
11    each client or each account at all the brokers?
12       A.   Yeah, but I didn't know what
13    characteristics lead that trade to be assigned or
14    distributed to any individual broker.
15       Q.   Did you ask what the parameters were for
16    using any particular broker for any particular
17    product or trade?
18       A.   No.
19       Q.   Look at paragraph 34 on page 13.  It says,
20    second sentence, "While there is limited theory to
21    guide an examination of our profitability by
22    broker."  Do you have any trades -- excuse me -- any
```

1  treatises you can point me to that studied the

2  effect of using different brokers on the

3  profitability of commodities accounts?

4      A.   No.

5      Q.   Do you have any peer reviewed article that

6  you can point me to that analyzed whether there was

7  a difference in profitability on commodities

8  accounts based upon broker?

9      A.   No.

10     Q.   Can you point to any textbook or any other

11  source, reference source that you would use that

12  indicates that there has been a study done based

13  upon a broker and its effect on the profitability

14  between two different accounts?

15     A.   Well, there's the whole 10 B6 rules.

16  There's a whole series of rules at the SEC where

17  they mandate disclosure by broker so the investing

18  public can look at the execution quality that the

19  broker do, so there's an entire set of analysis

20  around that to try to inform the investing public

21  about how different brokers handle the orders and

22  what types of transaction costs they face.

Case: 1.12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 307 of 400 PageID #:1029

1          Q.    That's transparency, is it not?

2          A.    Deals with execution quality in the sense,

3     if you think your broker is doing something poor,

4     you can benchmark through that.

5          Q.    But that's not what I refer to as a

6     treatise or anything that has examined it and say in

7     a statistical sense, you know, what the profit

8     levels are based upon going to Broker A versus

9     Broker B for a commodities account?

10          MR. GREEN:  Objection.  Argumentative.

11          THE WITNESS:  No.  Right.  I'm sure

12     there's been studies or working papers done on that,

13     but one of the problems of doing an assessment

14     across brokers, you need to get brokers to share

15     that information with you.

16     BY MR. BLOCK:

17          Q.    Turn to page 16, please.  You talk about

18     holding period here.  I'm looking at page, it

19     actually starts before that, bottom of page 15.  How

20     do you determine holding period?

21          A.    So that's the holding period we took as

22     the beginning, the first initiated position during

1    the day and the last time stamp of the day.

2         Q.    And what about, again, those 25 open

3    contracts that are carried to the next day?

4         A.    We don't count those.

5         Q.    Why not?

6         A.    Well, we effectively were getting the

7    whole period of the 25 that were a round trip or

8    turned around that day.

9         Q.    Is the client still in the market or have

10   market exposure with that 25 lot position?

11        A.    Yeah.   Any open position exposes you to

12   market risk future price changes, yes.

13        Q.    And that open position is going to require

14   some type of, some type of action in either the, to

15   close it out or do something else to dispose of in

16   some way?

17        A.    Yeah, unless it's some sort of permanent

18   investment that sits in the portfolio for a long

19   time.

20              (Discussion held off the record.)

21              (Whereupon, a short recess was taken.)

22              MR. GREEN:   Briefly put on the record we

1    will extend each other the courtesy of taking as

2    much time as needed with our respective experts.

3    BY MR. BLOCK:

4        Q.    We were talking about holding periods.

5    Just so I understand, they are calculated within a

6    day time frame.  And, so, if a position is held

7    open, you're just taking that portion of it which

8    was a completed round turn during that day?

9        A.    Right.

10       Q.    And I'm looking at paragraph four.  Says

11   little economic theory guides the examination of

12   holding periods.  Can you cite to any study that was

13   done that assessed the effect of holding periods on

14   profitability for any commodities or futures

15   accounts?

16       A.    No.

17       Q.    Can you identify any learned treatise or

18   textbook that analyzed that subject or discusses

19   that subject?

20       A.    Well, we have this holding period on our

21   day trading paper that I referenced earlier, but

22   that's equity markets, not futures.

Page 309

1    Q.    And was that talking about profitability

2    between two different accounts?

3    A.    No.    It was just correlating profitability

4    with the time held.

5    Q.    That was with the SOES bandits?

6    A.    Right.

7    Q.    So, that was looking about how much money

8    one particular individual or entity made based upon

9    the length of their holding a particular product?

10    A.    Right.

11    Q.    And with regards to the holding periods,

12    I'm looking in page 44; you got the same 58 and 49

13    trades we talked about earlier with size?

14    A.    Right.

15    Q.    And then in 44 you talk about the typical

16    trading day lasts six-and-a-half hours.    The average

17    proprietary trade was held for at least one

18    overnight period.    Let me ask you first what's the

19    basis of your statement of a typical trading day?

20    A.    Typical trading day would be, like, right

21    in the equity markets would be 9:30 to 4.    Futures

22    markets are open earlier and close earlier.    Of

1    course, foreign exchange markets are open 24 hours.

2       Q.   So, for the products that we're discussing

3    in this particular case how long per day is the

4    market open?

5       A.   Well, effectively open 24 hours for most

6    of the foreign exchange.  I was trying to get just

7    some perspective on what a typical, normal trading

8    day would look like.

9       Q.   So, that normal trading day would be

10   referencing equity markets then?

11      A.   Or floor based trading of other commodity

12   products.

13      Q.   But the Defendants here weren't limited to

14   floor based trading, were they?

15      A.   No, not at all.

16      Q.   It says here the average proprietary

17   tables call for at least one overnight period.

18   What's the basis of that statement?

19      A.   So, that gets at the proprietary trades

20   more often had these open periods at the end of the

21   day that we were monitoring.

22      Q.   Isn't that inconsistent with what you had

1    concluded in paragraphs, in paragraph 28?

2        A.    What part of paragraph 28?

3        Q.    In paragraph 28 you identified a subset of

4    70 total trades, 24 the client trades and 46 the

5    proprietary trades, that were completely filled

6    during the sample period.  I guess I should ask you

7    what sample period in paragraph 28?

8        A.    Sample period is the period under question

9    from October to the next spring so that I look at

10   the question, so it's not necessarily, only 24 of

11   the proprietary -- well, 46, I guess.  24 of the

12   client trades were actually considered round trip,

13   so the rest of them had open positions, so that was

14   the basis of that.

15       Q.    That's the basis of 28?

16       A.    Right.

17       Q.    And, if you look at 44, you're saying the

18   average proprietary trade was held for at least one

19   overnight period.  What's the basis of that

20   statement?

21       A.    I was considering the overnight period

22   anything that exceeded the six-and-a-half hours of

1    the typical trading day.

2        Q.    But the six-and-a-half hours doesn't apply

3    to the transactions in this case, does it?

4            MR. GREEN:  Objection.  Leading.

5            THE WITNESS:  Well, I used it only like I

6    said, as a reference to what the average trading day

7    would be to give some perspective on how long these

8    positions were open or closed.  That's all.

9    BY MR. BLOCK:

10       Q.    So, this is not actually a conclusion of

11   yours.  You're just trying to give us a reference

12   here?

13       A.    Yeah, right.  There's nothing, the

14   conclusions I tried to draw, whether they differed

15   between the groups is all, and that paragraph was

16   only meant to give some perspective on how long

17   we're talking.

18       Q.    So, if we weren't talking about a trading

19   day that lasts six-and-a-half hours, would that

20   statement change then?

21       A.    Yeah, probably.

22       Q.    So, if you're using the term, the

1     definition of day as applied by the CFTC here, that

2     would actually be reversed, wouldn't it?

3              MR. GREEN:  Objection.  Leading.

4              THE WITNESS:  What would be reversed?

5     Sorry.

6     BY MR. BLOCK:

7         Q.   Well, actually, if you used the day

8     definition that was applied earlier in your

9     analysis, the average customer trade would have been

10    held for at least one overnight period as opposed to

11    the average proprietary trade?

12             MR. GREEN:  Objection.  Leading.

13             THE WITNESS:  Yeah, it could be.  If the

14    subsequent closing of those open positions were time

15    stamped the next day, then that would clearly be

16    right.

17    BY MR. BLOCK:

18        Q.   Tell me how you calculated, just the

19    mechanics of how you calculated the time that a

20    position was held.

21        A.   Mechanics were just simply looking at the

22    series of trades that happened during the day.  The

1    first initiation is the beginning part.  The last

2    time stamp of the trading day in that same account,

3    one minus the other.

4        Q.   So, going back to Exhibit 12 as an example

5    where the total exposure time here was about

6    69 minutes, you would include that, as I think you

7    estimated it was, between four and five hours of

8    duration?

9        A.   Right.

10       Q.   So, using this one as an example, the

11   CFTC's definition of day would be skewed against the

12   client account -- excuse me -- the proprietary

13   account as compared to an industry definition of

14   day?

15            MR. GREEN:  Objection.  Leading and

16   argumentative.

17            THE WITNESS:  I would say I'm not sure the

18   number would be different.  I'm not sure what the

19   skewness would matter.

20   BY MR. BLOCK:

21       Q.   Why wouldn't the skewness matter?

22       A.   Partially because I'm not sure that the

1    time matters, but I wanted to look to see if it did

2    matter.  Admittedly, this is a rough estimate of

3    what the time is.  I guess what I tried to do in the

4    report is define could we find statistical

5    difference that would support -- actually, it was in

6    the effort to see if there were any differences that

7    might actually contribute to having different

8    profitability.

9              Whether it's a good statistic or a good

10   measurement or not, obviously, it could be

11   criticized or, you know, we could, obviously, define

12   things differently.  The question then, though,

13   becomes I didn't find any differences, so I didn't

14   really make too much of that because there were no

15   differences.

16       Q.   Well, did you make any -- strike that.

17   Are you familiar with any type of definition or

18   standard within the industry for a trading session

19   as opposed to a trading day?

20       A.   Well, yeah.  Most sessions are set by the

21   trading day and the hours that a floor is open.

22       Q.   How about with when the electronic markets

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 317 of 400 PageID #:1039

1    or the foreign markets as you referenced earlier?

2         A.    Right.   I mean, sessions tend to rotate

3    between sectors, right, so there's the Asian opening

4    time, there's the European opening time and the U.S.

5    opening time.   So, it's considered a 24-hour trading

6    period, but there are, obviously, different sessions

7    when most traders are active.

8         Q.   Did you, if the different markets have an

9    opening time, do they have a closing time?

10        A.    Yeah, but I guess the point is in

11   individual contracts sometimes they do, but not for

12   all contracts.

13        Q.   Why didn't you use one of the session

14   times as you just described to determine the length

15   that a transaction or a position was held?

16        A.    Like I said, I could have defined things

17   differently.   I'm just not sure it would matter.

18   After looking at the duration of the time positions

19   were held, the way I defined it it didn't seem to be

20   any statistical, there seemed to be quite a bit of

21   variation and no statistical difference.   So, I

22   didn't feel like there was something to push on

1      that.

2          Q.    But that's because you are using a

3      different definition of trade than in the industry

4      and a different; correct?  That's one of the

5      factors?

6              MR. GREEN:  Objection.  Calls for

7      speculation.  Argumentative.

8              THE WITNESS:  Yeah, I'm not sure why it

9      was, actually.

10     BY MR. BLOCK:

11         Q.    Well, the trade issue, the definition of

12     trade we've talked about.  You also have a different

13     definition of day here compared to what's in the

14     industry; isn't that correct?

15             MR. GREEN:  Objection.  Leading.

16             THE WITNESS:  No, I think six-and-a-half

17     hours is typically a trading day.  That's all.

18     There's no definition of day.  I mean, the day is a

19     day that's got a time stamped of October 16 on it,

20     and that's what I used for the day.

21     BY MR. BLOCK:

22         Q.    Correct me if I'm wrong, but you're not

1    using six-and-a-half hours for defining the length

2    of the trade, are you?

3         A.   No.

4         Q.   So, the six-and-a-half hours might be a

5    standard out there that you wanted to use as a

6    benchmark or a reference, but that's not your

7    definition of a day for purposes of your analysis,

8    is it?

9         A.   Oh, right.   Yeah.   Exactly.

10        Q.   So, you're not using an industry

11   definition as far as the open and close of a trading

12   session; correct?

13        A.   No, I'm not.

14        Q.   You're not using the benchmark that you

15   reference in here of six-and-a-half hours as the

16   day?

17        A.   No, I'm not.

18        Q.   You're using the CFTC's definition for

19   purposes of this case to define what a day is?

20             MR. GREEN:   Objection.   Leading.

21             THE WITNESS:   But I'm using the calendar

22   day, I guess.   So, to the extent that CFTC used

Page 319

1    that, then yes.

2    BY MR. BLOCK:

3        Q.    Do you know if on brokerage statements

4    transactions are listed pursuant to calendar day?

5        A.    Yeah, almost always are.  There's a date

6    attached to some event.

7        Q.    I'm sorry.  Not clearly stated.  Let's say

8    that a trade started at 11 p.m. on the 9th of

9    January, and it was closed out this morning on the

10   10th at 9 p.m.

11            MR. NEWELL:  9 a.m.

12   BY MR. BLOCK:

13       Q.    9 a.m.  Thank you.  Within the industry,

14   do you know how that trade would be reflected on a

15   statement as per what day it occurred?

16       A.    I believe the industry would put closing

17   date, closing entry as the date.

18       Q.    Why didn't you use that then for your

19   test?

20       A.    I did in the vast majority of the cases

21   where the trade ended that day.

22       Q.    But that's only because you have round

1    turns that ended within that day.  You're excluding

2    the other open round turns; correct?

3              MR. GREEN:  Objection.  Leading.

4              THE WITNESS:  Well, I exclude them for

5    some things, right, but for the time of the duration

6    held here we're looking at only those.

7    BY MR. BLOCK:

8         Q.   Okay.  With all of this stuff data entry

9    accuracy is important; correct?

10        A.   Yes.

11        Q.   In fact, with bad data you have a

12   questionable report, don't you?

13             MR. GREEN:  Objection.  Leading.

14             MR. BLOCK:  Yes, I'm leading.

15             THE WITNESS:  You could be, yes.

16   BY MR. BLOCK:

17        Q.   What would you do given my example, trade

18   starts at 11 o'clock last night, closed out at

19   9 o'clock this morning?  That doesn't show up in

20   your holding period, does it?

21        A.   No.

22        Q.   Let me show you for now what we marked as

1    16.

2              (Harris Exhibit No. 16, SAS Code, was

3    marked for identification.)

4              (Discussion held off the record.)

5    BY MR. BLOCK:

6         Q.   Showing you what we've marked as 16, do

7    you recognize that document, sir?

8         A.   Yes, I do.

9         Q.   And could you identify it for the record,

10   please?

11        A.   This appears to be the SAS code we wrote

12   to analyze the differences between trade sizes

13   depending on when the last trade was reported, so

14   during the time of the day.

15        Q.   And that's something that you and

16   Mr. Schafer did together?

17        A.   Yes.

18        Q.   Okay.  And I'm sorry.  Can I have this

19   back for a second to make sure I have the right one?

20   And this on here, on the first page there it sets up

21   categories of times; correct?

22        A.   Yes.

 1      Q.   Did you break down your categories into

 2   three different selections?  Is that what this

 3   means?  Did you run the analysis based on three

 4   different potential sets of time frames?

 5      A.   Yeah, we originally set it up for, right,

 6   looking at individual three-hour increments in the

 7   one block, looking at 12 hours or, like, zero to 12,

 8   before noon, noon to six and six to midnight.  Then

 9   looking at what 12 and then three-hour increments in

10   the afternoon.

11      Q.   And the table that you have attached to

12   your report, I think it's Table 5, you actually come

13   up with five different increments.  How did you

14   determine to use those five time slots?

15      A.   So, we looked at the different intervals

16   of time and how many observations fell into each

17   interval.  I considered whether, again, what the

18   trading day was in North American continent versus

19   other places and then tried to do a balance between

20   a granular enough approach on the time slice in the

21   loss of data that you would get by making it morph.

22      Q.   Did the test you ran pursuant to the SAS

Page 323

1    code, is it affected by all three of these sets here

2    on the first page of time alotments or just one?

3         A.   So, what I reported in Table 5 was the

4    third set, as you can see, so it's got before noon,

5    zero to 12, 12 to 15, 15 to 18, 18 to 21, 21 to 24.

6         Q.   What happened to the results of the other

7    two sets?

8         A.   I don't believe I -- did we actually run

9    the test there?  I think we looked at the number of

10   observations in each and decided they weren't going

11   to be valid.

12        Q.   Why not?

13        A.   Like I said, there's a balance between

14   narrowing the time frame and losing observations, so

15   the narrower the time frame we have the less

16   observations fall into each bin, and any inferences

17   about comparing four trades to zero, for instance,

18   would be worthless.  So, I was trying to get some

19   sense of the spread of these trades across the

20   trading day and something that would be meaningful

21   in terms of sample size within each category and

22   making inferences across them.

1     Q.   Okay.

2          MR. BLOCK:  Let's mark this one.

3          (Harris Exhibit No. 19B, SAS Code, was

4     marked for identification.)

5     BY MR. BLOCK:

6     Q.   Are you familiar with what's been marked

7     as Exhibit Number 19?

8     A.   Yes.

9     Q.   Could you identify it, please?

10    A.   It's a SAS code to identify, again, the

11    trades of two different accounts by different times

12    during the day, again, instead of defined by the

13    last trade, but by the initiation.

14    Q.   What information was given to the SAS code

15    or used with the SAS code in order to run this

16    analysis?

17    A.   Well, that's the data we covered this

18    morning on the all trade summary file, so it has the

19    time stamps beginning and the end.  It's got the

20    broker ID.  I guess you can review it there.  It

21    doesn't have a list.  Sometimes the SAS will put in

22    the list, but it has whether it's for the prop

1    account for, not what the date was, how many, what

2    the size was, who the broker was, whether it's

3    considered round turn trade or not or if it's fully

4    executed that day.

5           Then the SAS program actually calculated,

6    for instance, the duration within that SAS code, so

7    that duration, the number of minutes between the

8    beginning and the end would have been in that file.

9    So, the descriptive data that we used similar to the

10   spreadsheet, I guess, you have here.

11        Q.   And, if you look at paragraph 46 of your

12   report, I think you determined that the, there's a

13   lack of correlation between profitability and

14   holding times?

15        A.   Yes.

16        Q.   And page 18, paragraph 50, you conclude or

17   tell me if you're not concluding that there's a

18   limited theory linking holding periods to

19   profitability, but you're going to check it against

20   day of the week; is that correct?

21        A.   Yes.

22        Q.   And what is it about day of the week that

1    you're checking for?

2        A.   Well, I wanted to see if the

3    characteristics between the proprietary and the

4    client accounts differed in that dimension.  With,

5    again, that could be a reason for having

6    disproportionate profits in one or the other.

7        Q.   And day a week, again, was just judged

8    based upon round turn completions within the scope

9    of a calendar day?

10        A.   Yes.

11        Q.   And, as I'm reading, it looking at 53, 54,

12    55, the results are inconclusive in the sense that

13    you can't distinguish between the two accounts based

14    upon day of the week; is that correct?

15        MR. GREEN:  Objection.  Leading.  Read the

16    paragraph he referred to and make sure that --

17        THE WITNESS:  So, if you look at Table 4,

18    it looks like there were a few differences between

19    client and proprietary accounts on Fridays.

20    BY MR. BLOCK:

21        Q.   And what does that tell you here?

22        A.   Well, that's one of the shortcomings of

Page 327

1    this type of analysis.  There's not a lot of theory

2    that connects these two together, but it would be,

3    it could be a portion that, of the characteristics

4    of the trade society to count that matters in the

5    profitability.  Without theory to say one or the

6    other would be better or worse it's hard to say.

7         Q.   Turn to page 20 of your report, Time of

8    Day Analysis.  Can you cite to any study that

9    indicates that the time of day impacts the

10   profitability of a commodities or futures account?

11        A.   There's time of day research looking at

12   the transaction costs across the time of day and

13   only to the extent that would matter.  There's also

14   some theory about elastic demand or something, if

15   the euro market closes or before a weekend or

16   following a weekend, that might matter.

17        Q.   Do you think an issue of an elastic demand

18   would matter in regards to the size and nature of

19   the trades you've been asked to analyze here?

20        A.   I didn't know, so I thought I should

21   check.

22        Q.   And what was your conclusion?

1        A.    It didn't seem to matter.

2        Q.    Okay.  Now, you're talking about, the

3    studies talk about transaction costs.  So I'm clear,

4    what are the transaction costs that you are

5    referencing?

6        A.    So, I mean, in theory I guess there's

7    transaction costs of one is the adverse selection

8    problem of you have to trade with somebody, and the

9    other person knows that, so, if you're trading a

10    bigger size, you could have a price impact.  That's

11    one cost.  The other part is so that elastic demand

12    or supply of shares on the other side of the market

13    people could back away from your trade at different

14    points in time.

15            Then, since that exists market-wide,

16    depending on when you're doing your trades, even if

17    you're not informed or in any sense people might

18    treat you as you are informed and not give you a

19    better price.  That would be the major point, and

20    then, I guess, most of it is related to the

21    information, and then, because I infer that my

22    counterparty might be informed at certain points of

1    the day, I might not take the other side of that

2    trade or back off my prices or you get an inferior

3    price.

4              The counterpoint to that would be sort of

5    the fee structure that it costs to do something

6    after hours or something when trading desks aren't

7    open.

8       Q.   Fee structure as far as, like, commissions

9    and that type of transaction cost or something?

10      A.   Yeah, it could be anything that tries to

11   do a transaction when nobody else is around.

12      Q.   Well, the market effect considerations or

13   concerns you were just talking about, in your

14   estimation, given the trades in the markets that you

15   were reviewing here, these wouldn't have any

16   measurable market effect given the relative small

17   size and liquidity of the markets that they are

18   trading in, would they?

19              MR. GREEN:  Objection.  Leading.  Calls

20   for speculation.

21   BY MR. BLOCK:

22      Q.   Just based upon your experience in the

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 331 of 400 PageID #:1053

1   industry.

2       A.   I think the S&P stuff I wouldn't

3   anticipate probably having much market impact.  Not

4   quite so clear in the yen and the other currency.

5       Q.   You're not suggesting that one of Mr.

6   Newell's 50 lot trades had a material impact on the

7   yen futures market, are you?

8           MR. GREEN:  Objection.  Leading.

9           THE WITNESS:  Well, I think my experience

10  in thin markets that small trades can, the market,

11  yes, go back to my days at Ohio State when they had

12  a portfolio management class.  Put in a relatively

13  small order in a liquid stock, and they would end up

14  moving the market a little bit.

15  BY MR. BLOCK:

16      Q.   Yeah, I think you've already conceded to

17  my term that the S&P or S&P mini market was rather

18  liquid, was it not, during this time period?

19      A.   Yes.

20      Q.   And would you agree that the yen market

21  was also quite liquid during this time period based

22  upon your experience and knowledge of the market?

1              MR. GREEN:  Objection.  Vague and leading.

2              THE WITNESS:  Well, there's two

3    countervailing parts there.  It was a volatile

4    period, so that diminishes the liquidity.  So,

5    liquidity and volatility are related that way where

6    more volatility shrinks liquidity, so, but certainly

7    I would think the yen market is less liquid than the

8    S&P.

9    BY MR. BLOCK:

10        Q.   Less, but still liquid?

11             MR. GREEN:  Objection.  Leading.

12             THE WITNESS:  Yeah.  These are big

13   worldwide traded commodities, so --

14   BY MR. BLOCK:

15        Q.   And the same, would you agree the same for

16   the euros future contracts that were traded here?

17             MR. GREEN:  Same objection.

18             THE WITNESS:  Yes.

19   BY MR. BLOCK:

20        Q.   Big worldwide market?

21        A.   Yes.

22        Q.   Page 21, paragraph 59 talks about Table 5,

1    and you mention 10 proprietary trades executed

2    between 12 and 3 p.m. are significantly larger than

3    the five client trades executed during the same

4    interval.

5              Going back to our discussion before as far

6    as population size and sample size, aren't those a

7    situation where you're talking about a specific

8    contract and a specific time frame, therefore, your

9    population and your sample size are equivalent?

10             MR. GREEN:  Objection.  Leading.

11   Mischaracterizes the previous testimony.

12             THE WITNESS:  No.  I think the sample is

13   just the sample.  There could be any number of

14   trades between those time frames.  The fact that

15   there was differential trade sizes is the statistic

16   I'm looking at.  Presumed to be drawn from a

17   distribution of possible trade sizes.  In the five

18   client trades are five observations from that

19   population.

20   BY MR. BLOCK:

21        Q.   It's the entire population, is it not, of

22   those trades done in that time frame?

1    A.    By this account, yes.

2    Q.    Right.

3    A.    But, when the statistics are done, we take

4    the mean and the standard deviation of the trade

5    size among those five and compare to what you would

6    expect from a distribution with the same

7    characteristics, with the same mean and standard

8    deviation.

9    Q.    What are you comparing it to?

10   A.    To the trade sizes that occurred in the

11   client account.

12   Q.    My point.

13   A.    So, both of them have --

14   Q.    You're comparing five versus ten?  Isn't

15   that what you're doing?

16        MR. GREEN:  Objection.  Leading.

17        THE WITNESS:  I'm comparing the mean of

18   those five and the mean of those ten.  Or the median

19   of those five or the median of those ten as the

20   statistic that represents the distribution from the

21   population of the two groups.

22   BY MR. BLOCK:

1      Q.    Okay.

2      A.    So, the differences come, if there's lots

3   of variation in there, then that's where you get the

4   probability distribution of whether you can

5   distinguish one for the other in terms of size.

6      Q.    I'm going to move on.  You identify 21

7   client trades executed between 6 and 9 p.m.  Were

8   those 21 client trades that were, I assume by your

9   tests and all you stated earlier, those were 21

10  client trades that were closed during 6 to 9 p.m.;

11  correct?

12     A.    Right.  By that definition, yes.

13     Q.    Do you have any resource available to you

14  today to tell me what those 21 trades are?

15     A.    Well, they are in that file, all trades

16  file that's referenced in the SAS code.

17     Q.    So, you can break out those 21 trades?

18     A.    Yeah.  Should be easy to sort them out by

19  closing time.

20     Q.    How long would that take you?

21     A.    I don't know.  A few minutes, maybe.

22     Q.    Can you do it?

1       A.    Maybe longer.

2       Q.    Can you do it, please?

3       A.    Take a few minutes just to boot up.

4       Q.    I'd have Mike do it.  That way we could do

5    two things at once.

6             (Discussion held off the record.)

7             (Whereupon, a short recess was taken from

8    5:40 to 5:53 p.m.)

9    BY MR. BLOCK:

10      Q.    Dr. Harris, I want to ask you if your SAS

11   code took into account the fact that the MFG trades

12   are on a different time schedule than Mizuho trades?

13      A.    We just looked at the first and last time

14   reported.

15      Q.    Let me back up.  Do you know what a PATS

16   system is, P-A-T-S?

17      A.    Heard of it.  Not familiar.

18      Q.    Do you understand it to be an electronic

19   trading platform?

20      A.    Yes.

21      Q.    Yes?

22      A.    Yes.

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 337 of 400 PageID #:1059

1      Q.   And is it your understanding or do you

2   have any knowledge that the trades entered through

3   MF Global or MFG were entered through the PATS

4   system?

5      A.   I think that's how we get the electronic

6   records, right, so the PATS system gave us the

7   records, right.

8      Q.   In fact, looking back right here,

9   Exhibit 12 is a printout from the PATS system

10   records; correct?

11      A.   Right.  As far as I know, yes.

12          MR. GREEN:  Objection.  Foundation.

13   BY MR. BLOCK:

14      Q.   In fact, you even mentioned before when

15   you were looking at this initially that the initial

16   order from the client looks like it came in at

17   10:09, but then it works through the PATS system at

18   17:10 and thereafter.

19      A.   Yes.

20      Q.   Do you know why there's a difference on

21   the PATS system between the 10 and the 17

22   references?

1      A.   Well, I know, right.  So, the one system

2  works on a 24-hour clock, and the other one works on

3  local clocks.

4      Q.   The Mizuho worked on Central Standard

5  Time, didn't it?

6           MR. GREEN:  Objection.  Calls for

7  speculation.

8  BY MR. BLOCK:

9      Q.   Well, do you know?

10      A.   I believe Mizuho, yes, works where their

11  futures market sits in Chicago, right.

12      Q.   And the MF Global trades through the PATS

13  system was in Greenwich Mean Time, wasn't it?

14      A.   Yeah, that's how they set up the system,

15  right, on the 24-hour clock from Greenwich.

16      Q.   Can you show me where in your analysis or

17  in your SAS code where you made the conversion so

18  you're comparing the Central Standard Time to the

19  Greenwich Mean Time?

20      A.   We didn't actually physically do it in the

21  code.

22      Q.   Did you do it anywhere?

1    A.    Only to the extent that it was the time

2    listed on the ticket would have been transferred

3    into the code.

4    Q.    Okay.  Well, if this was a portion of the

5    electronic ticket, there's no order tickets for the

6    MFG trades.  Where would you reflect the fact that

7    this is seven hours ahead of the Mizuho time frame?

8    A.    Yeah, so that would have been put in for

9    the last trade time in this data in Greenwich Mean

10    Time.

11    Q.    Okay.  But that's not local time, is it?

12    A.    No.

13    Q.    So, your data is off by seven hours, isn't

14    it?

15    A.    Well, all the data would be the same

16    shift, right.

17    Q.    No, no.  The Mizuho data would be

18    accurate, wouldn't it?  That's Central Standard

19    Time?

20          MR. GREEN:  Objection.  Leading.

21          THE WITNESS:  Well, the Mizuho would have

22    a different time stamp, yes.

Page 339

1    BY MR. BLOCK:

2         Q.   And, so, you're comparing, you got four

3    trades there where it's done at both brokerage

4    houses; correct?

5         A.   Yes.

6         Q.   You're going to have a Mizuho time?

7         A.   Five, actually.

8         Q.   And you'll have a Mizuho time versus MF

9    Global time, but they are not the on the same zone,

10   are they?

11        A.   Could be the case, yes.

12        Q.   So, looking back at Exhibit 12, for

13   instance, the actual difference between 10:09:49 and

14   17:10:09 is a matter of seconds or minutes, not even

15   a minute, isn't it?

16        A.   Yes.

17             MR. GREEN:  Objection.  Leading.

18             THE WITNESS:  Yes.

19   BY MR. BLOCK:

20        Q.   And, so, when you come up with a

21   conclusion that 21 client trades closed between 6

22   and 9 p.m., your data is flawed, isn't it, because

1    you're not accounting for the time change?

2              MR. GREEN:  Objection.  Leading.

3              THE WITNESS:  Well, this is where I said

4    I'm trading all the data the same.

5    BY MR. BLOCK:

6         Q.   But you're not.  You're dealing with

7    Mizuho on Central Standard Time, and you're dealing

8    with MF Global on a seven-hour difference.

9         A.   But the comparison is done across

10   proprietary versus client accounts.

11        Q.   It's going to be the same for both, isn't

12   it?  If there was a trade in the client account that

13   started at Mizuho and closed at or pick either one.

14   It's going to be the same for both sides; correct?

15             MR. GREEN:  Objection.  Leading.

16             THE WITNESS:  Well, I think that's the

17   point, right, so, if it's the same for both, then

18   the comparison is the same.

19   BY MR. BLOCK:

20        Q.   Except for the fact you're saying there's

21   21 client trades executed between 6 and 9 p.m.,

22   close between 6 and 9 p.m., when, in fact, I guess

1    that there is at best four.  Because the four that

2    closed at Mizuho could close during that time frame,

3    but, if you don't make the correction as far as the

4    two different time zones, the other 17 are giving

5    you flawed readings, aren't they?

6            MR. GREEN:  Objection.  Leading.

7            THE WITNESS:  Well, we're putting them in

8    the wrong bin, could be.

9    BY MR. BLOCK:

10       Q.   So, your studies with regards to time of

11   day are based upon flawed information, are they not?

12           MR. GREEN:  Objection.  Leading.

13           THE WITNESS:  Well, the classification in

14   the bins might be flawed, right.  I think the

15   comparison, then the question is whether there's a

16   bias in which bins are filled by client or

17   proprietary 'cause all the tests are run across the

18   two.

19   BY MR. BLOCK:

20       Q.   But you thought it was material because

21   you included it in a report, and you put in a table;

22   isn't that true?

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 343 of 400 PageID #:1065

1          MR. GREEN:  Objection.  Leading.

2          THE WITNESS:  Yes.  In fact, that's cause

3    that's one place I did find they were different in

4    some regard, and I thought that was the fair thing

5    to do.

6    BY MR. BLOCK:

7          Q.   But your conclusions are wrong because

8    it's based upon bad information, bad data?

9          A.   Well, none of this leads --

10          MR. GREEN:  Objection.  There was no

11    question pending.  It was an argument, and it's

12    leading, so you don't need to answer when there's no

13    question pending.

14    BY MR. BLOCK:

15          Q.   Let's talk about some others.  Keep that

16    open, if you could, because it might be helpful.

17    You said before that the definition of trade

18    includes round turns within the scope of a day?

19          A.   Yes.

20          Q.   So, you shouldn't have anything that goes

21    through an overnight period counted towards either

22    lot size or through time of day holdings; correct?

Page 343

 1            MR. GREEN:  Objection.  Leading.

 2  BY MR. BLOCK:

 3       Q.   Or length of the time of holding?

 4            MR. GREEN:  Same objection.

 5            THE WITNESS:  I believe that's true, yes.

 6            (Harris Exhibit No. 20, Mizuho Tickets,

 7  was marked for identification.)

 8  BY MR. BLOCK:

 9       Q.   I'm going to show you --

10       A.   Are these three?

11            MR. GREEN:  Is it one three-page exhibit?

12            MR. BLOCK:  Yes.

13            MR. GREEN:  Do you have another copy?

14            MR. BLOCK:  No, I'm sorry.

15  BY MR. BLOCK:

16       Q.   Could you pull up Trade 11 on your system

17  there or, if you have a client list, full list in

18  Mizuho and tickets is how it was produced to me.

19  It's one of the lists you gave me.  But, if you got

20  it there, you probably got it there.  Trade 11,

21  October 28.

22            MR. GREEN:  Client trades?

```
 1              MR. BLOCK:  Yes.  These are all client

 2    trades.

 3              THE WITNESS:  I have that we excluded

 4    Trade 11.

 5    BY MR. BLOCK:

 6         Q.   From what?

 7         A.   From the analysis.

 8         Q.   Okay.  Then we'll sit that one aside.

 9    Let's go here.  How about 59?

10         A.   Client?

11         Q.   Yes.

12         A.   Okay.

13         Q.   That's included, is it not?

14         A.   It is included.

15              MR. BLOCK:  Mark that as 21, please.

16              (Harris Exhibit No. 21, Mizuho Tickets,

17    was marked for identification.)

18    BY MR. BLOCK:

19         Q.   In fact, on your spreadsheet, sir, you

20    have that column, at least I should say on here that

21    you designate a one and a zero to determine whether

22    it was started, the transaction was started the day
```

Page 345

1   before.

2        A.   Well, it was whether it was a round turn,

3   whether it was completed or not, right.

4        Q.   Okay.  If you look at Exhibit 21, it's the

5   trade tickets for Number 59 on the client list.

6        A.   Mm-hmm.

7        Q.   You agree?

8             MR. GREEN:  Look at the lists.  Make sure.

9             THE WITNESS:  Yeah.  It appears to be,

10  yes.

11  BY MR. BLOCK:

12       Q.   And the first page has a time stamp on it,

13  does it not?

14       A.   Over here on the left?

15       Q.   Yes.

16       A.   Yeah.

17       Q.   This trade was actually started or opened

18  on February 1, wasn't it?

19       A.   Yeah, it looks like it's written on here

20  backwards or something.

21       Q.   And you look on the next page.  Closing

22  transaction occurred on February 2?

1        A.    Yeah.   And that's what I have in my

2   records, too.

3        Q.    That should have been excluded according

4   to the definitions of trade and date used by the

5   CFTC in this case?

6             MR. GREEN:   Objection.   Mischaracterizes

7   the testimony.

8   BY MR. BLOCK:

9        Q.    I'm sorry.   It's a question.   Would you

10   agree that this should have been excluded?

11             MR. GREEN:   Objection.   It's leading and

12   it mischaracterizes his testimony regarding

13   definitions used and by whom.

14   BY MR. BLOCK:

15        Q.    According to your -- let me ask you this.

16   According to the definitions that you've identified

17   that you used for your analysis, Exhibit 21 and the

18   trade that it reflects should have been excluded?

19        A.    If we're looking at day trades, this

20   clearly, right, closes the next day.

21        Q.    Pull up Trade 13, please.

22             (Harris Exhibit No. 22, Mizuho Tickets,

1   was marked for identification.)

2   BY MR. BLOCK:

3       Q.   Were you able to pull up that transaction

4   on your master sheet on your computer, sir?

5       A.   Yes.

6       Q.   As Trade 13?

7       A.   Yes.

8       Q.   And were you able to tell when this

9   position was first opened?

10      A.   Yeah, it looks like October 27 at

11  6:21 p.m.

12      Q.   And can you tell when it was closed out?

13      A.   Looks like October 28 at 12:06 or 12:08.

14      Q.   According to the definitions used for your

15  analysis, should this trade have been excluded from

16  your study?

17      A.   Yeah.  If we're using day trades, this is

18  again overnight.

19      Q.   What did you do to verify that the data

20  that was being entered into the system was accurate?

21      A.   Well, all the hand entered data we

22  reviewed.  All the data that we went through we

1    checked for verification to make sure the data

2    fields were there, that we could read it into the

3    file, that it had something to do with either the

4    client or the proprietary account and then audited

5    the problems that we had from there.

6         Q.   After you entered all the data into the

7    system, you produced a number of different reports.

8    Actually, test results.  For instance, lot size by

9    tests by time of last trade.

10        A.   Right.

11        Q.   Did you print out anything in the interim

12   between the time you entered the data into the

13   system until the time that you were able to produce

14   reports such as this?

15        A.   No, we didn't print anything out at all.

16   We just ran tests, did SAS to make sure the data was

17   verified that would show how many missing

18   observations, for instance, there were.

19        Q.   Well, the data, verifying the data as far

20   as the input, the accuracy of it is only good if you

21   actually check that what was input was done

22   properly; isn't that correct?

1          MR. GREEN:  Objection.  Leading.

2          THE WITNESS:  Well, yeah, that's the whole

3   idea of verifying the data to make sure it can be

4   read and can be used.

5   BY MR. BLOCK:

6     Q.   But that's as far as once its in the

7   system.  Isn't that all dependent upon the quality

8   of the data that was entered into the system?

9          MR. GREEN:  Same objection.

10         THE WITNESS:  Yes.

11  BY MR. BLOCK:

12    Q.   What did you do to verify the quality of

13  the data entered into the system prior to running

14  your tests?

15    A.   We did some simple things to make sure

16  that the data, the tables that we got from the CFTC

17  related or were all showing up in the data that we

18  had when we put it into SAS.  We, for instance,

19  found that there appeared to be one trade that was

20  profitable that was listed as unprofitable or one

21  that was unprofitable, I guess, that was profitable.

22    Q.   What else?  Do anything else?

1      A.    No, I guess not.

2      Q.    Going back to your day of the week study,

3   you cite two articles to support that.  One is by

4   Keim and Stambaugh and the other one is -- I'll give

5   you the spellings later -- Sias, S-I-A-S, and

6   Starks?

7      A.    Right.

8      Q.    Are you familiar with those studies?

9      A.    Yes.

10      Q.    And those both studies dealt with stock

11   markets; correct?

12      A.    Yes.

13      Q.    Neither one of those studies dealt with

14   futures markets, did they?

15      A.    Well, only to the extent that they, sort

16   of the information flow and everything that's

17   related to after the market weekend or before the

18   market weekends might have an impact on trader

19   behavior generally, but the studies looked at

20   equities markets, yes.

21      Q.    The studies were bunch of orders both

22   focusing on what you just referenced was the

1    weekends effect, were they not?

2        A.    Yes.

3        Q.    What is the weekends effect?

4        A.    Well, there's a couple different weekend

5    effects.  One is it's expensive to trade on Monday

6    morning following the weekend because there's

7    aggregate information, provides limited incentive

8    for people to make the other side of your trade on

9    Monday morning.

10           Another component is Fridays.  If the

11   market is going to closed for some period of time,

12   creates an elastic demand, and other people looked

13   at the weekends effect and looked at variance ratios

14   to show the volatility from Friday to Monday is not

15   proportional to the time elapsed over the weekends.

16   These, I think, looked at the transaction costs.

17       Q.    And, again, transaction costs being impact

18   on markets and price movements and such?

19       A.    Right.

20       Q.    Which would not necessarily come into play

21   when you're dealing with an individual trader

22   entering limit orders; correct?

1          MR. GREEN:  Objection.  Leading.

2          THE WITNESS:  Right.  I mean, we talked

3     about the whole transaction cost and market impact

4     earlier.

5     BY MR. BLOCK:

6          Q.   These two studies, one was from 1948 and

7     the other one was from 1995, did either of those

8     studies -- well, let me strike that.  Was there,

9     essentially, a 24-hour market for the equities

10    studies in the 1984 article?

11         A.   No.

12         Q.   Was there a 24-hour market in effect for

13    the markets reviewed in the 1995 article?

14         A.   No.

15         Q.   Do you have any studies that focus on

16    commodities or futures, other than these two in a

17    general sense, do you have any studies that focus on

18    commodities or futures which suggest the day of the

19    week testing can have a, can disclose any impact on

20    profitability?

21         A.   None that I know of, not on profitability.

22         Q.   Could you give me a general definition of

1    what, how you would define a speculator in the

2    markets?

3         A.    Yeah, that's a hard thing to do.

4    Speculation can come and go in the same individual.

5    Speculative position would be an uncovered position.

6    Speculator is harder to define.

7         Q.    Let's talk about where I'm really going to

8    is taking a speculative position.  Uncovered.  Any

9    other characteristics you can generally apply to a

10   speculative position?

11        A.    No.  I think that's the key component

12   here.  Just you're exposed either to upside or

13   downside movements and taking a position based on

14   that direction.

15        Q.    It's a directional, I don't want to say

16   wager, but it's betting on, you know, the direction

17   the market is going to go?

18             MR. GREEN:  Objection.  Leading.

19             THE WITNESS:  Well, that's what some

20   people call speculators are betting; right?  Other

21   people call them informed positioners or something

22   like that.

```
 1   BY MR. BLOCK:

 2       Q.   Is that different from a hedge position?

 3       A.   Yeah, by definition that's why we use two

 4   different terms for them.

 5       Q.   And what's a hedge position then?

 6       A.   So, hedge position would be a position in

 7   two assets again typically that have negative

 8   correlations so that, if one goes up, the other goes

 9   down and vice versa.

10       Q.   Sticker 17 here.

11            (Harris Exhibit No. 17, Final Expert

12   Report of John Burnside, was marked for

13   identification.)

14   BY MR. BLOCK:

15       Q.   Take a moment to review that.

16            MR. SOLINSKY:  Take your time.  Off the

17   record.

18            (Discussion held off the record.)

19            (Mr. Newell leaves the deposition.)

20            (Whereupon, a short recess was taken from

21   6:18 to 6:20 p.m.)

22   BY MR. BLOCK:
```

Page 355

1      Q.   Do you recognize what we marked as Exhibit

2  Number 17?

3      A.   Yes.   It's the Final Expert Report of John

4  Burnside.

5      Q.   And you read this in preparation of

6  preparing your Supplemental Report?

7      A.   Yes, I did.

8      Q.   And I'd like to you turn to page five of

9  your Supplemental Report.

10      A.   Page five?

11      Q.   Yes.

12      A.   Okay.

13      Q.   You referred to Defendants' expert report.

14  "Defendants' expert reports mention on many

15  occasions that delta hedging strategies underlie

16  trades assigned to the customer account."  Did you

17  review anything to determine whether there was a

18  delta hedging strategy employed in the customer

19  accounts?

20      A.   Only the dearth of information about any

21  deltas in any of the account statements.

22      Q.   Did the account statements have deltas

1    that you recall?

2         A.    Not that I'm aware of, no.

3         Q.    Did you look at any of the account records

4    like the, a monthly statement or the daily

5    statements to try to figure out what the trading

6    strategy was in that account?

7         A.    No.  Like I said, I didn't do any macro

8    view like that.

9         Q.    But let me ask you have you ever

10   calculated the delta for a trading account?

11        A.    Not for a live account, but this is what I

12   teach in my class, so we calculate deltas all the

13   time.

14        Q.    Have you calculated, and how many

15   positions are generally in the accounts that you are

16   calculating?

17        A.    Well, I've had students grade them on

18   their delta calculations and everything.  I've had,

19   it's a linear function of all the assets in the

20   account, so you can do it on 15 or 20 fairly easily

21   or build a spreadsheet and build it for a thousand

22   assets, if you wanted to.

1          Q.    Did you build that kind of spreadsheet or

2     test the linear functionality of the delta for any

3     of the accounts at issue in this case?

4          A.    No.  I calculated none of the deltas no.

5          Q.    Why not?

6          A.    I didn't know whether it would be

7     relevant, and it would be a significant amount of

8     work to try to rebuild what the market price was,

9     the volatility at the time that the position was

10    taken, and so that's pretty severe undertaking, I

11    think, to try to gather the data and then do the

12    calculation.

13         Q.    Are there, other than calculating the

14    actual delta numbers, can you -- strike that.  Do

15    you have the ability to look at an account and see

16    the different transactions that flow through that

17    account and decipher what the strategy is in that

18    account?

19              MR. GREEN:  Objection.  Calls for

20    speculation.

21    BY MR. BLOCK:

22         Q.    Just asking what he's comfortable with.

1    Does he have the ability --

2         A.   No, I don't think so.  That's one of the

3    problems of trying to figure out a strategy is

4    looking at the outcomes, and we face that all the

5    time here at the CFTC, can we look at trader

6    behavior and back out a strategy.  Extremely

7    difficult, if not possible.

8         Q.   You mentioned earlier about taking

9    speculative positions.  If you saw a lot of single

10   transactions that were bets on directional movement,

11   that would be an indicator of a speculative trading

12   strategy, would it not?

13            MR. GREEN:  Objection.  Leading.

14            THE WITNESS:  Yeah.  If I knew the account

15   only held long positions or only short positions, I

16   would say you could infer, I don't know if you can

17   infer the trading strategy.  You could infer,

18   though, what their anticipated market movement would

19   be.

20   BY MR. BLOCK:

21        Q.   Well, you could see a pattern of the type

22   of trades they place, could you not?

Page 359

1              MR. GREEN:  Objection.  Leading.

2              THE WITNESS:  That's where it would be

3    difficult.  You'd have to know something about the

4    market they are trading in, the characteristics of

5    the trading environment that they are trading in and

6    the inputs that go into making a trading decision.

7    So, you could make general statements, I think,

8    about, yeah, they are long and they are predicting

9    the markets are going to go up, or they are short

10   and they are predicting the market is going to go

11   down, but how they came to that conclusion I think

12   is what the trading strategy in my mind is.  That

13   would be hard to know in any case.

14   BY MR. BLOCK:

15        Q.   Well, you had a document, at least one

16   document, possibly two, which discussed the type of

17   trading they did in their customer accounts;

18   correct?

19        A.   Yes.

20        Q.   And did you look to see within any of the

21   resources or records that you're given whether the

22   actual transactions in the customer accounts were

1      consistent with the descriptions given in those one

2      or two documents that you saw during the course of

3      your analysis?

4           A.   Well, to the extent, I guess, the trading

5      strategy that I discerned from their marketing is

6      they tried to eliminate big market moves.  Usually

7      that means you're going to be covered or hedged over

8      some period of time over this uncertainty, so the

9      trades that I examined actually in many cases didn't

10     seem to fit that.

11          I don't know specifically what happened on

12     any individual trading day or how they hedged,

13     whether they hedged for, at the hour they thought

14     the markets were going to be volatile or for the six

15     days or seven months, so the data I analyzed didn't

16     have, no, I didn't see a clear connection between

17     hedging in all these transactions and the hedging

18     objective that was stated in the market.

19          Q.   Could a trade be put on as a hedge and

20     then do the market movements or other purposes be

21     taken off and then look like it might have been

22     someone scalping?

1          MR. GREEN:  Objection.  Calls for

2    speculation.  Objection.

3          THE WITNESS:  Scalping, if you mean, like,

4    going long and short for a short-term profit?

5    BY MR. BLOCK:

6        Q.   Or -- is that your definition of scalping?

7        A.   That's usually what scalpers try to do,

8    yes.

9        Q.   And is scalping different than

10   speculating?

11       A.   Not always, no.

12       Q.   Take either definition then.

13       A.   So, if I'm scalping and I'm naked and only

14   buying or selling an operation.  -- one second --

15   so, then I'm only buying or selling on a directional

16   bet, but, if I'm taking a short-term position that

17   seems to be hedged against another position, then

18   for that short period of time I might be hedged, but

19   I benefit from the hedge if I end up with a scalping

20   tradeoff.  It's hard for me to discern from the

21   trading records which one that would be.

22       Q.   You could also lose on the hedge if the

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 363 of 400 PageID #:1085

1   market goes in favor of your underlying position and

2   you remove the hedge; isn't that correct?

3          MR. GREEN:  Objection.  Calls for

4   speculation.

5          THE WITNESS:  Yeah.  I mean, there's two

6   outcomes of every trade.

7   BY MR. BLOCK:

8      Q.   Actually, three?

9      A.   Or you could break even, right.  Not very

10  typical.

11     Q.   What's your understanding of volatility

12  arbitrage?

13     A.   Well, there's a number of different

14  understandings that I have of volatility arbitrage.

15  One is to make bets on volatility going up or down,

16  so I guess at the general level that's what all the

17  volatility arbitrage tries to do is make bets on

18  whether volatility is going to rise or fall.

19     Q.   And how is that done?

20     A.   Well, this is where the strategies, the

21  arbitrage could be different.  You take an

22  instrument that's sensitive to volatility, say, like

Page 363

1  an option, and we know all options go up and down

2  with volatility, so take a position that's short

3  when volatility is high and expecting it to drop or

4  take a position that's long when volatility is low,

5  and you expect it to go up.

6      Q.   Can't you take a position when volatility

7  is low and with the assumption or the bet, if you

8  want to say, that the volatility is going to stay

9  low?

10         MR. GREEN:  Objection.  Calls for

11 speculation.

12         THE WITNESS:  So, you take a position and

13 volatility that's going to stay the same?

14 BY MR. BLOCK:

15     Q.   Yes.

16     A.   Yeah.  And you can also take volatility

17 positions across assets, right, so multiple options

18 contract traded on the same underlying should have

19 relatively the same implied volatility and make a

20 decision based on that implied volatility.

21     Q.   In arbitrage in general is just taking

22 different positions relative to one investment; is

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 365 of 400 PageID #:1087

1    that a fair characterization?

2         MR. GREEN:  Objection to form.

3    BY MR. BLOCK:

4         Q.   It's a bad question.  Strike that.

5    Arbitrage means you're taking multiple positions

6    with an objective of profiting on different values

7    of the different lengths of that position?

8         MR. GREEN:  Same objection.

9         THE WITNESS:  Yeah, I would classify

10   arbitrage as simultaneous purchase and sale at

11   different prices so you guarantee you have a profit.

12   Statistical arbitrage or volatility arbitrage often

13   times is not technically arbitrage in that sense.

14   BY MR. BLOCK:

15        Q.   Because it's not done at the exact same

16   time?

17        A.   Right, and because you're not doing it at

18   the same time you're exposing yourself to other

19   characteristics of changing market conditions that

20   might not be affected.

21        Q.   And if you put a position on, an arbitrage

22   position on, involves multiple legs, is it ever

1    necessary to hedge that position?

2              MR. GREEN:  Objection.  Calls for

3    speculation.

4              THE WITNESS:  Yeah.  I mean, that would be

5    a pretty complicated trading strategy, unless you

6    are --

7    BY MR. BLOCK:

8        Q.    Let me restate it then.  You put on a

9    position, call it an arbitrage position.  The market

10   moves other than what you had anticipated.  You have

11   to do something to protect that underlying position,

12   do you not?

13             MR. GREEN:  Objections.  Calls for

14   speculation.

15             THE WITNESS:  Well, I guess that gets into

16   your risk tolerance again.  If you feel comfortable

17   that your original position was going to pay off,

18   then you would probably let it ride.  If you got

19   nervous you were really wrong, then you might cover.

20   BY MR. BLOCK:

21       Q.    I'm not talking about covering or closing

22   our positions.  If you think that the risk is going

1   to increase, there's ways to hedge that risk, isn't

2   there?

3        A.   Yeah, I mean, that's what derivatives

4   markets are all about.

5        Q.   You and I agree on that point.  So, you

6   could have an arbitrage strategy and use hedging to

7   protect against different risks or changes in the

8   market that arrive; correct?

9             MR. GREEN:  Objection.  Calls for

10  speculation.

11            THE WITNESS:  I guess under your

12  definition of arbitrage you're trying to arbitrage a

13  particular variable, say volatility that affects

14  some value, but we know the passage of time affects

15  options.  We know there's gamma risk in options.

16  So, there's other variables that affect the value,

17  so, right, if you find you were in a position to

18  expose you to one of the other variable risks, you

19  might ex post try to hedge that risk.

20  BY MR. BLOCK:

21       Q.   And, if you have an options position, an

22  arbitrage, you could use futures to hedge that, can

1    you not?

2              MR. GREEN:  Objection.  Leading.  Calls

3    for speculation.

4              THE WITNESS:  Well, if you're doing a

5    volatility arbitrage, the futures position is not

6    going to help that much 'cause it's not, options are

7    sensitive to volatility prices, but futures

8    typically aren't.

9    BY MR. BLOCK:

10        Q.    You know what a synthetic option is?

11        A.    Yes.

12        Q.    How do you create a synthetic option?

13        A.    If it's a call, basically, buy some

14   underlying and short put or some synthetic

15   combination that replicates the payoff.

16        Q.    And can you do that with futures?

17        A.    I'm trying to think.

18              MR. GREEN:  Objection.  Vague.

19   BY MR. BLOCK:

20        Q.    If you want, I'll give you the textbook

21   and tell you how to do it.  To your understanding,

22   can you --

1       A.   So, maybe clarify the question.  Are you

2   asking about volatility arbitrage, per se, or

3   other --

4       Q.   Talk regular arbitrage.

5       A.   My answer was about volatility arbitrage.

6       Q.   Let's expand it.

7       A.   Volatility stems from the futures

8   contract, so taking a position that futures is not

9   going to be impacted by the volatility of futures.

10      Q.   Isn't volatility also important with

11  regards to options contracts?

12           MR. GREEN:  Objection.  Vague.

13           THE WITNESS:  Volatility is one of the

14  most important concepts in option pricing.

15  BY MR. BLOCK:

16      Q.   Okay.  Got that.  So, it doesn't just

17  relate to the futures.  It relates to the options

18  also?

19      A.   Right.

20      Q.   I believe you said opposite just a moment

21  ago.

22      A.   No, I said the volatility will affect the

Page 369

1   options themselves, but adding a futures contract

2   into a portfolio of options still exposes those

3   options to volatility.  It doesn't do anything to

4   diminish.  But, if I sell an options contract in

5   high volatility, I know when the volatility goes

6   down the option will fall in value.  I don't have

7   the same connection between futures prices and

8   volatility.

9        Q.   So, is it your testimony that you can't

10  use futures to hedge against options positions?

11       A.   That's not what I said, no.  I said --

12       Q.   Let me ask you this straight forward.  Can

13  you use futures to hedge options positions?

14       A.   Yes.

15       Q.   You say in paragraph ten of your report in

16  criticism of Mr. Burnside's report that a

17  probability dependent approach to option volatility

18  arbitrage, but also represents hedge transactions

19  motivated by the desire to reduce risk and not

20  motivated by the quest for profits.  You say these

21  two motivations are contradictory.  What's the basis

22  for your statement that these two motivations are

1    contradictory?

2        A.    The concept of hedging and the concept of

3    arbitrage are two separate things.  Arbitrage is

4    intended to make money at no risk.  Hedge is just

5    intended to reduce the risk.

6        Q.    Well, aren't they complimentary then?

7        A.    No.  In my estimation, again, arbitrage is

8    something you do right away.  Lock in, guarantee

9    your profits, so there's no necessary risk to hedge

10   that position.  If I have an arbitrage position, I'm

11   making money.  I'm doing an arbitrage, so I don't

12   need to hedge that position.

13       Q.    So, is it your testimony that a true

14   arbitrage position is locked in at the time it's

15   placed?

16       A.    Yes.

17       Q.    And is there something that could affect

18   the profitability of that arbitrage after it's put

19   in place?

20       A.    If it is, then it's not really arbitrage.

21       Q.    Within the industry, do they, is it your

22   understanding that trading professionals use the

1   same definition as arbitrage as you are applying

2   today?

3            MR. GREEN:  Objection.  Calls for

4   speculation.

5            THE WITNESS:  I would probably not, no.

6   People throw arbitrage around in all kind of

7   inappropriate settings.

8            (Discussion held off the record.)

9   BY MR. BLOCK:

10      Q.   I want to you look at page six of the

11  Burnside report.

12      A.   Okay.

13      Q.   The two phrases that you quote in

14  paragraph ten of your report are actually from two

15  different paragraphs on page six of the Burnside

16  report, aren't they?

17      A.   So, where was the -- I see the second one

18  under A; the first quote I have.  Could you point to

19  them, where they are?

20      Q.   Well, you're quoting them as if they are

21  one, so I'm asking you if that is inaccurate.

22      A.   Yes, they are one in one paragraph and the

1    other in the next.

2        Q.    The second of these paragraphs speak to

3    customer trades are generated by computer executing

4    a probability dependent approach to option

5    volatility arbitrage.  It reflects how the initial

6    options positions are initiated, and the statement

7    in the first paragraph that you quote speaks to

8    hedging transactions designed to reduce the risk of

9    these or those initial options positions.

10            Given their placement in the Burnside

11   report, do you still find those two statements to be

12   contradictory?

13       A.    Yeah.  I think he's talking about what he

14   does for his customers in both cases.

15       Q.    And is that because you define arbitrage

16   as something that doesn't, a true arbitrage doesn't

17   require a hedge?

18       A.    Yeah, I think so.

19       Q.    I'm going to ask you to look at paragraph

20   12 of your report.  You say "different risk

21   tolerances are also likely to be reflected in

22   material differences in the variables I analyzed in

1   my first expert report." Which of those variables

2   are you referring to?

3       A.   Next sentence says, "For instance, lower

4   risk tolerances should also result in smaller trade

5   sizes and/or shorter holding periods."

6       Q.   Any other variables?

7       A.   Yeah.  I mean, it could be, hypothetically

8   be related to the executing broker.  If you're more

9   comfortable with electronic confirmations and a

10  faster feedback on the position, risk tolerances

11  could affect a lot of those decisions.  That's a

12  little bit far afield.

13      Q.   What about a situation where Trader A has

14  $5,000 in his trading account.  Trader B has

15  $500,000 in his trading account.  They each put on a

16  trade for 20 lots of the same contract.  From that

17  hypothetical, can you draw any conclusion as to

18  different risk tolerances for A versus B?

19          MR. GREEN:  Objection.  Calls for

20  speculation.

21          THE WITNESS:  Well, presumably the net

22  worth of your or the ratio of the position to your

1    account gives you an indication of how risk tolerant

2    that individual is.

3    BY MR. BLOCK:

4        Q.   So, in that case the fact that they both

5    put on the same size lot account wouldn't, you

6    couldn't assess -- strike that.  You couldn't assume

7    that they both have the same risk tolerance just

8    because they put the same size lot trade on;

9    correct?

10            MR. GREEN:  Objection.  Leading.

11            THE WITNESS:  Right, I think that's one of

12   the problems in trying to assess risk tolerances.

13   There's lots of variables that go into it.

14   BY MR. BLOCK:

15       Q.   You could also have a situation where you

16   have two traders, both have 500,000 in their

17   account, both put on a 20 lot trade, but one has a

18   stop in at two ticks, and another one has a stop in

19   at five ticks.  Does that not indicate a different

20   level of risk tolerance, even though they have the

21   same lot size?

22            MR. GREEN:  Objection.  Calls for

1    speculation.

2            THE WITNESS:  Yeah, or it could project

3    the strength in their belief of the market movement

4    that they are taking a position on.

5    BY MR. BLOCK:

6        Q.    And what risk they want to take behind

7    that belief?

8        A.    Some combination of their risk and return

9    tradeoff that they are making.

10       Q.    Going back to Exhibit 12, I don't think

11   you need to grab it, but we talked about under the

12   CFTC's definition in this case of lot size the trade

13   was a 300 lot trade.  Do you recall that?

14       A.    The one that we walked through?

15       Q.    Yes.

16       A.    Yes.

17       Q.    And using a normal definition of round

18   turn, I believe you said the most exposure it had on

19   any different, at any given time was 50 lots in the

20   market; is that correct?

21           MR. GREEN:  Objection.  It requires making

22   assumptions regarding what was in that.

 1                    THE WITNESS:  Based on the discussion we

 2      had following through in the order, yes.

 3      BY MR. BLOCK:

 4           Q.   Does a 50 lot exposure carry the same

 5      risks as a 300 lot exposure?

 6           A.   Not at any one point in time, no.

 7           Q.   The 300 lot --

 8           A.   Could be depending on how long you wanted

 9      to hold it, right.

10           Q.   But, generally speaking, the 300 lot

11      exposure has a lot more at risk?

12                    MR. GREEN:  Objection.  Leading.

13                    THE WITNESS:  It could be, I guess, yeah.

14      BY MR. BLOCK:

15           Q.   Let me give you an example.  If I go to

16      Las Vegas and I make, sit down at the blackjack

17      table at $50, I have $50 at risk; correct?

18           A.   Yes.

19           Q.   If I make six $50 bets, how much do I have

20      at risk at any given time?

21                    MR. GREEN:  Objection.  Calls for

22      speculation, make assumption.

1          THE WITNESS:  Yeah.  If you do them in

2    sequence like the series of trades?

3    BY MR. BLOCK:

4          Q.   Sure.

5          A.   Well, you're risking $300 total, but

6    you're risking $50 at a time.

7          Q.   At any given moment I have exposure on

8    $50?

9          A.   Yes.

10         Q.   Is that the same risk as if I put $300,000

11   down on one bet?

12         A.   No.

13         Q.   I want to give you another hypothetical.

14   If you need to write it down, let me know.  I'm

15   going to ask you to assume there's two accounts.

16   Trader A initiates a buy of 20 S&P E mini contracts

17   at 8 a.m., and the position is closed out at 9 a.m.

18   Trader for Account B buys 10 S&P E mini accounts at

19   8 a.m., covers it at 8:05.  Then Trader B buys 10

20   more E mini accounts or contracts at 8:55 a.m. and

21   covers the contracts at 9 a.m.  And let's assume

22   they use the same broker.

1    A.    Right.

2    Q.    No rules about broker, time of day.

3  Assume it's the same day of the week.  Using the

4  definition of trade that's applied in this case,

5  both traders have traded one 20 lot trade; correct?

6    A.    Right.

7    Q.    Both traders held that trade for

8  60 minutes; is that correct?

9    A.    Yeah.  Under the rules here, yes.

10    Q.    Well, under the definition that is applied

11  by the CFTC.  I'm not going to say those are the

12  rules.  Trader A was subject to twice the risk as

13  Trader B since Trader A had twice as many contracts

14  in an open position; isn't that right?

15          MR. GREEN:  Objection.  Calls for

16  speculation.

17          THE WITNESS:  Yeah, they are certainly

18  exposing more of their money to directional

19  movements, yes.

20  BY MR. BLOCK:

21    Q.    Let's change it a little now.  Assume that

22  Trader A bought the 20 S&P E mini contracts at seven

1    price at 8 a.m. and covered them at 680 at 9 a.m.

2    Trader A would have lost money; correct?

3        A.    Yes.

4        Q.    Can you calculate how many points he would

5    have lost on that trade?

6        A.    Well, 20; right?

7        Q.    Well, mini is a five factor, isn't it?

8        A.    Yes, so you'd have to do the

9    multiplication.

10        Q.    So, he would have lost 100 points there.

11    Let's assume that Trader B buys ten E mini S&P

12    contracts at seven, the price at 8 a.m. and covers

13    the position at 710.  Then he's got a profit;

14    correct?

15            MR. GREEN:  Objection.  Calls for

16    speculation and assumptions.

17            THE WITNESS:  So, he buys at seven and

18    sells at 710.  Yeah, clearly he makes money.

19    BY MR. BLOCK:

20        Q.    50 point profit at that point, at that

21    time.  Then he sells 10 E minis for 690 and covers

22    the position at 9 a.m. at 680.  He's made another 50

1    point profit for a total of 100?

2        A.    Right.

3        Q.    All right.  So, using the CFTC's

4    definition of trade here, trade is instituted on the

5    same day of the week, same time frame, same size

6    contract and done at the same time of day.  Would

7    you agree with all those variables?

8        A.    Yes.

9        Q.    Then the tested criteria, time of day,

10   same day of the week, time they were held, doesn't

11   account for the differences in the profitabilities

12   between those two traders, does it?

13       A.    No, right, control for all that.

14       Q.    All right.  Let's try another

15   hypothetical.

16              (Discussion held off the record.)

17              (Whereupon, a short recess was taken from

18   6:52 to 7:01 p.m.)

19   BY MR. BLOCK:

20       Q.    I'll give you another hypothetical,

21   Dr. Harris.  Try to follow me.  If I lose you at

22   all, let me know.  Let's assume that Trader A and

Page 381

1    Trader B both have the same availability to fund

2    respective accounts and both trade 10 lot S&P E mini

3    contracts.  Further assume both enter the market at

4    the same time and that they always take profits when

5    the market has moved eight points in their favor,

6    but Trader A always uses a stop plus order of two

7    points.  Trader B uses a stop plus order of three

8    points.  And let's just assume that they use the

9    same broker.  Follow me?

10        A.   Yes.

11        Q.   Is it possible that after both traders

12   initiate a long 10 lot position at a price of seven

13   the market could decline to 6.95 and stop out both

14   traders?

15        A.   Yes.

16        Q.   If that happened, Trader A would lose

17   20 points; right?

18        A.   Right.

19        Q.   Trader B would have lost 30 points?

20        A.   Yes.

21        Q.   So, obviously, Trader B has incurred a

22   loss of 50 percent larger than Trader A?

1        A.    Right.

2        Q.    Let's assume that after the two traders

3    establish their 10 lot position at seven the market

4    declines to 6.75, then rebounds five minutes later

5    to 710.  Following me?

6        A.    Yes, I believe so.

7        Q.    Trader A has suffered a loss.

8        A.    'Cause it drops more than two.  Again,

9    stopped out.

10       Q.    Get stopped out?

11       A.    Trader B does not.

12       Q.    Trader B ends up making an 80 point

13   profit, doesn't he?

14       A.    Yes.

15       Q.    How would the testing criteria you used

16   account for the difference in the profitability

17   between those two traders?

18       A.    Well, Trader B would have lower time held

19   'cause they get stopped out earlier, so the second

20   trader would have a longer time holding, but I guess

21   that would be the only dimension I can think of

22   offhand that would be different.

Page 383

1      Q.    The time held dimension, would it be

2  material here because we're talking about five

3  minutes total?

4           MR. GREEN:  Objection.  Calls for

5  speculation.  And vague.

6           THE WITNESS:  That depends on the price

7  pattern.  If it drops and stops somebody out after

8  two seconds and the other person leads five minutes,

9  then one is held five, 4,000 times longer or

10 something.

11          (Harris Exhibit No. 23, Plaintiff's

12 Preliminary Answers and Objections to Defendants'

13 Interrogatories, was marked for identification.)

14          MR. BLOCK:  I thought you gave me three

15 copies, but I must have lost one in the shuffle.

16 BY MR. BLOCK:

17     Q.    Take a moment review what's been placed

18 before you and what's been marked as Exhibit 23 for

19 identification purposes.

20     A.    Okay.

21     Q.    Are you familiar with this document?

22     A.    Yes.

1      Q.    And can you identify it for the record,

2  please?

3      A.    So, this is the Answers to the Plaintiff's

4  Preliminary, well, it's the Plaintiff's Preliminary

5  Answers and Objections to Defendants'

6  Interrogatories to the Plaintiff dated December or

7  January 9, 2014.

8      Q.    I ask you to turn to page four, please.

9      A.    Okay.

10      Q.    With regards to Question Number 4, we

11  covered this, but I just want to make sure.  The

12  question requests, asks you to identify all

13  documents and other materials upon which Harris

14  reviewed and relied upon for his statements

15  questioning whether Defendants utilized delta

16  hedging strategies in paragraphs 10 and 11 of the

17  Harris Supplemental Report.  In the response here is

18  the Final Expert Report of John Burnside.  Is that

19  the only document or record that you relied upon for

20  questioning whether Defendants utilized delta

21  hedging strategies?

22      A.    Yes.

1      Q.   Question 5 asks you to state Harris's

2  understanding of the parameters and function of the

3  computer assisted trading strategy as that term is

4  referenced in paragraph 13 of the Harris

5  Supplemental Report.  What this says is the

6  discussion of trading strategy as described in the

7  Final Expert Report of John Burnside.  I don't know

8  that's responsive to the question, but, other than

9  what is in Mr. Burnside's Final Expert Report, do

10  you have any understanding of how the Defendants'

11  computer assisted or computer system, I should say,

12  worked in the course of affecting client trades?

13      A.   No.  The information I got is from what he

14  was describing on how the system was used.

15      Q.   Did anyone from the CFTC give you any

16  information as far as how the Defendants generated

17  any of the underlying positions in the customer

18  accounts?

19      A.   No.

20      Q.   Have you ever heard of the term "quips,"

21  Q-U-I-P-S?

22      A.   Heard of it.  Not sure what it is.

1     Q.   Interrogatory 7 asks you about the term

2    "significant gamma."  Other than referencing that

3    statement in Mr. Burnside's Final Expert Report, do

4    you have an understanding of what significant gamma

5    means?

6    A.   Well, my answer there I said I know what

7    gamma is.  Significant, no.

8    Q.   And what would you need to figure out what

9    the gamma was in any given account at any given

10   time?

11   A.   Well, presumably you need some output from

12   an option pricing model that's being applied, since

13   you'd have to look at its, basically, it's an output

14   from one of the, one of the pricing models.

15   Q.   Is delta, do you understand what delta is?

16   A.   Yes.

17   Q.   Is delta tied to gamma?

18   A.   Yes, and that's what I wrote here, right.

19   So, gamma is the rate of change of delta.

20   Q.   Can you have a delta neutral position and

21   not be affected by gamma?

22   A.   Yeah, hypothetically, you can set up a

1    delta neutral position that's also gamma neutral.

2        Q.    When someone talks about a delta neutral

3    position, does it have to be arithmetically zero?

4        A.    Well, the definition of delta neutral is

5    delta zero, but most deltas are only approximate.

6    We know the option pricing models are only

7    approximate.  So, right, that's where approximately

8    zero is probably the functional working definition

9    of delta neutrality.

10        Q.    What's the basis of your statement in

11    paragraph 15 of your Supplemental Report that,

12    "Optimally, a delta neutral strategy will have a low

13    gamma so as to minimize the number of times a

14    portfolio must be rebalanced"?

15        A.    I think it's exactly what I said it was.

16    If you're setting up a delta neutral portfolio, one

17    of the objectives is to minimize the trading costs

18    or minimize the rebalancing cycle, so the lower you

19    can make delta and gamma simultaneous the less you

20    have to worry about rebalancing.

21        Q.    Do you have to lower gamma to lower delta?

22        A.    No.

1      Q.   You go on to say, "The fact that this

2  gamma was significant also undermines claims that a

3  delta neutral strategy was applied to customer

4  accounts."  What do you refer by that statement?

5      A.   Well, the expert referred to the gamma as

6  being significant.  And, so, again, the optimal

7  delta neutral strategy would have an insignificant

8  gamma.  So, one isn't predicated on the other, but

9  is, a good indication of delta neutral strategy is

10  one that doesn't have a significant gamma.

11      Q.   Can you have a delta neutral strategy that

12  periodically has what you call a significant gamma?

13          MR. GREEN:  Objection.  Calls for

14  speculation.

15          THE WITNESS:  Well, yeah, I didn't call it

16  significant gamma, but, yes, you can clearly have a

17  delta neutral strategy with a positive or negative

18  gamma.

19  BY MR. BLOCK:

20      Q.   Paragraph 19 of your Supplemental Report,

21  you indicate that, "Notwithstanding that these

22  statements leave an impression that the allocation

1   process took place after execution, they are clearly

2   violated by the fact that hundreds of other

3   executions of lesser quantity, including one, two

4   and three lot executions, have been allocated to

5   customer accounts in other trades cited in the

6   Complaint."  What did you mean by that statement?

7       A.   Well, the Burnside expert report says 10

8   lots are too small to be allocated among customer

9   accounts, but there's, again, I point out there's a

10  series of one, two and smaller lot executions that

11  presumably get allocated to customer accounts when

12  they are executed.  I wasn't sure why that was a

13  limiting factor in giving that size trade to a

14  customer and execution to the customer.

15      Q.   Burnside is talking about an order for 10;

16  correct?

17      A.   Well, he says 10 lot trades.

18      Q.   And the 10 lot trade discussed in Trade 29

19  was an order of 10, was it not.

20      A.   Well, this is where we get back to I'm not

21  sure what the order behind that trade was.

22      Q.   Did you look at the trade ticket?

1      A.   Yeah, but it's not an order ticket.

2      Q.   What is it?

3      A.   It's the order that gets executed.

4      Q.   But, if the order was changed, it would be

5    noted on the trade ticket, would it not?

6      A.   Well, it might be, yeah.

7      Q.   I think you said earlier that any changes

8    have to be noted on the ticket and time stamped?

9      A.   Right.  Well, I'm looking at the order as

10   far as what the trader intends to do.

11     Q.   So, you're trying to decipher intent at

12   the time?

13     A.   That's something I couldn't decide, right.

14     Q.   But let's assume that it was just I'm

15   buying 10 lots.  That's what I want.  It's a limit

16   order.  The trader wants 10 lots.  Did you determine

17   how many lots would be required to allocate any

18   trade amongst all the different client accounts?

19          MR. GREEN:  Objection.  Calls for

20   speculation and making assumptions.

21          THE WITNESS:  No, my only statement was

22   that I see a lot of partial fills of smaller size

1    that presumably got allocated to different accounts.

2    BY MR. BLOCK:

3        Q.   But the fills, the executions of a smaller

4    size could be from a much larger order than 10;

5    isn't that correct?

6            MR. GREEN:  Objection.  Calls for

7    speculation.

8            THE WITNESS:  Yes, that's true.

9    BY MR. BLOCK:

10       Q.   For instance, Exhibit 12, we saw numerous

11   examples where an order was placed for 25 contracts,

12   and it was filled in multiple executions?

13       A.   Right.

14       Q.   Is that what you are referring to here in

15   your line where you say it's violated by the fact

16   that hundreds of other executions of lesser quantity

17   have been allocated?

18       A.   Yes.  Smaller sized executions clearly can

19   be allocated.

20       Q.   Did you test whether there were any 10 lot

21   trades that were allocated at any time to any of the

22   customer accounts?

Case: 1:12-cv-06763 Document #: 94-2 Filed: 04/02/14 Page 393 of 400 PageID #:1115

1             MR. GREEN:  Objection.  Vague.

2             THE WITNESS:  No, because there was

3     clearly many smaller trades that were allocated to

4     customer accounts.

5     BY MR. BLOCK:

6         Q.    Smaller alotments, not smaller trades.

7     Isn't that what you mean?

8         A.    Smaller executions.

9         Q.    And there's a difference between an

10    execution and a trade, at least as we've been

11    discussing today?

12        A.    Right.

13        Q.    So, what you're saying is that, because

14    you saw smaller executions, you're assuming that

15    there were smaller trades that were allotted to

16    customer accounts?

17            MR. GREEN:  Objection.  Mischaracterizes

18    the testimony.

19    BY MR. BLOCK:

20        Q.    Correct me if I'm wrong.

21        A.    Yeah.  No, I'm just making an affirmative

22    statement.  I see allocations of many smaller lots

Page 393

1   being allocated to customer accounts.

2       Q.   Smaller lots that are part of a large

3   order?

4       A.   Could be, yes.

5       Q.   And did you, going back to a prior

6   question, did you test or search any of the records

7   to see what was the smallest amount of any given

8   order that was filled and subsequently allocated to

9   the various client accounts?

10      A.   I think that's what we just saw.  It

11  bought 25, and they sold seven and sold one more and

12  sold one more, so they allocated seven and one and

13  one easily to the customer account.

14      Q.   Well, that was actually to the proprietary

15  account.

16      A.   Well, there's examples like that in the

17  data as well.

18      Q.   But that's a 25 lot being filled in

19  multiple executions being allocated or placed in one

20  account.  My question is different.  Did you see any

21  transactions in which there was, let's say, a 10 lot

22  order, regardless of how it was executed, that was

1    allocated to customer accounts?  I'll let you search

2    your computer.  If you could find one.  I'd love to

3    see it.

4        A.   So, I mean, this is just semantics it

5    seems.  If you're allocating seven lots of a 25 lot

6    order to a customer account, you're allocating seven

7    lots.  You're not allocating 25.  Seven.  If you

8    trade two more, you're allocating two more.

9        Q.   But you're allocating those to all the

10   customer accounts.  That trade was a bunched order

11   allocated to a bunch of customer accounts.  Isn't

12   that what you're identifying?

13           MR. GREEN:  Objection.  It's leading and

14   it's mischaracterizing its testimony.

15           THE WITNESS:  All my identifying is if

16   something gets allocated, my statement there is, if

17   it's gotten allocated to customer accounts,

18   sometimes it's very small, one or two lots, and it

19   still gets allocated to the customer account.  I'm

20   not sure how that contradicts what you're saying or

21   I do think it contradicts what Burnside was saying,

22   that there was too few of these to be allocated

Page 395

1   properly.

2           MR. GREEN:  Alan, we've been at this for

3   close to ten hours.

4           MR. SOLINSKY:  Yeah.  Counsel, we've given

5   you a lot of leeway in terms of time.  It's now,

6   it's almost 7:30.  We started at after nine.  We are

7   certainly willing to accommodate you, but patience

8   does have its limits, so --

9           MR. BLOCK:  I'm insulted by that, to be

10  honest.

11          MR. SOLINSKY:  I'm just expressing we're

12  here at 7:30, and it's been a long time.

13          MR. BLOCK:  It's been a long day, and

14  everyone has contributed to today's events.

15          MR. SOLINSKY:  Right, but we've been very

16  reasonable.  We've granted you extra time, and we

17  just want you to know that we may have a few

18  questions as well, and the court reporter has been

19  working very hard about it, so we just --

20          MR. BLOCK:  I feel bad for her.

21          MR. SOLINSKY:  -- want to know that

22  there's an end to this, and we can get in our

1    questions and get everybody home.

2              MR. BLOCK:  I'll pass the witness.  Ask

3    your questions.

4              MR. SOLINSKY:  We'll need to go off the

5    record.

6              (Whereupon, a short recess was taken from

7    7:23 to 7:45 p.m.)

8         EXAMINATION BY COUNSEL FOR THE PLAINTIFF

9    BY MR. GREEN:

10        Q.   So, we'll go back on the record, and this

11   is Boaz Green on behalf of the CFTC, and just the

12   same instructions, if you can remember back to

13   9:30 a.m., that Mr. Block was giving you regarding

14   the questioning, and, if you don't understand my

15   question, just let me know.  I'll rephrase.

16             We're going to just do some clarification.

17   First in terms of what was your understanding of

18   what the CFTC asked you to do in your analysis?

19        A.   I guess my understanding was that CFTC had

20   identified the discrepancy in profits, came to me

21   and asked could I opine on using other data or in

22   the record for other variables and other reasons

1    that those different profits or the proportion of

2    profits in the two different accounts, proprietary

3    versus client accounts, would differ.

4         Q.   Did the CFTC ask you to compare the

5    overall profitability of the accounts during the

6    relevant time period?

7         A.   No.  That's why we didn't do much on that.

8         Q.   And did CFTC ask you to determine whether

9    or not any trades were allocated post execution?

10        A.   No.

11        Q.   We talked about sort of your definition of

12   the trading day for the purposes of making the

13   analysis, and I think that you testified earlier

14   today that you used a calendar day definition.  Is

15   that, is that the definition that you were using

16   when you were doing the analysis?

17        A.   So, I guess, looking at the data that we

18   had in front of us, right, there was clearly

19   calendar days where a position was opened and

20   closed.  So, and I had been working with, of course,

21   just looking at the one date with the list of

22   trades, but the case was we were looking at the,

1    like a trading day, so I believe that accounts for

2    the fact that there was two different calendar date

3    stamps on the opening and closing where we use some

4    period in the evening to say after hours trade that

5    was open could be closed the next day and counted as

6    the same trading session or in the same observation.

7         Q.   And then we talked about, Mr. Block was

8    asking you about the trades that were done in PATS

9    and the fact that the trades on the electronic

10   trading records included in terms of the executions

11   Greenwich Mean Time.  I believe you testified that

12   you and your assistant were aware of the fact that

13   is in Greenwich Mean Time?

14        A.   Yeah, we knew of that, and then the

15   question then?

16        Q.   Yes.  Well, my question is who entered the

17   times, the relevant execution times for SAS to

18   analyze for these trades?

19        A.   Yes, Mike Schafer did the data entry.

20        Q.   And do you know whether he kept the times

21   for PATS trades as Greenwich Mean Time or did he

22   convert them to Central Time?

1      A.   That I'm not sure of.

2      Q.   Okay.  So, is it possible, so it's

3   possible that it was Greenwich Mean Time?  It's

4   possible that he converted it to Central Time?

5           MR. BLOCK:  Objection.  Form and

6   speculation.

7           THE WITNESS:  Yeah.  It's possible.  I

8   don't think that we put Greenwich Mean Time in given

9   the durations we're looking at after the fact, but I

10  need to verify that.

11  BY MR. GREEN:

12     Q.   And, based on whatever quality checks you

13  did do on the data, had he kept it in Greenwich Mean

14  Time, is that something that would have become

15  apparent to you during the quality checks of the

16  data?

17          MR. BLOCK:  Objection as to form.

18          THE WITNESS:  I think the, we had a

19  discussion when we were looking at the time across

20  the trading day like we have in some of the tables

21  in the report that there seemed to be quite a few of

22  these after hours, so I thought we had addressed