# EXHIBIT D



# Quiddity LLC
## Diversified Program
Quiddity Earnings Diversification Fund
Quiddity Managed Accounts



Exhibit No. 1
DEF T'S
9D

# Due Diligence Questionnaire
## August 2008

**General Information, Key Personnel & Organization Structure**     **2**

**Program/Fund Information & Fund Structure**     **6**

**Investment Strategy**     **7**

**Investment & Research Process**     **12**

**Risk Management & Portfolio Construction**     **13**

**Operations & Administration**     **18**

**Competitive Summary**     **20**

**Recent Enhancements**     **21**

Quiddity LLC structures probability based strategies that reflect our macroeconomic views on liquid market sectors. Probability based strategies have non-linear performance profiles that enhance profit potential and facilitate advanced risk management. Such strategies profit both above and below our entry points, and profit even if our biases are wrong, while adding significant profit when we are correct. Our traders are experienced options market makers, with specific expertise in probability based trading. They are assisted by powerful proprietary analytic tools that reflect over one hundred man-years of development effort.

# Quiddity LLC
## Diversified Program



## General Information, Key Personnel & Organization Structure

1.  **Name of Management Company:**
    Quiddity LLC

2.  **Name of Fund:**
    QED Fund II LLC

3.  **Address of Principal Office:**
    141 W Jackson Suite 3100
    Chicago, IL 60604

4.  **Telephone:**
    (312) 583-0300

5.  **Facsimile:**
    (312) 583-1271

6.  **Investment Manager; Known Since:**
    Donald A. Newell, since inception, January 2003

7.  **Investor Relationship Officers:**
    Andy Davis, US Director of Marketing and Patrick Grosrenaud, European Director

8.  **Address of Sub-Office, if any:**
    There is no Sub-Office. Secure data and systems backup at 3525 N. Paulina, Chicago, IL, and Dalkim Technologies, Batavia, IL

9.  **Telephone of Sub-Office, if any:**
    N/A

10. **Facsimile of Sub-Office, if any:**
    N/A

11. **Date of Formation:**
    December 2001

12. **Form of Organization:**
    Limited Liability Company

13. **Jurisdiction of Organization:**
    State of Illinois, USA

14. **Regulatory Registrations:**
    National Futures Association (NFA), Commodities Futures Trading Commission (CFTC)

15. **Date of Last Inspection(s):**
    NFA routine audit completed March 2006, annual outside CPA audit March 2008

# Quiddity LLC
## Diversified Program

**16. Organization Chart:**



**17. Ownership Structure:**
Donald A. Newell 99% ownership, Kristina Newell (spouse) 1% ownership

## Department Head Contact Information

18. **IT:** Dalkim Computer Technologies
   **Name:** Dale Schwer          **Email:** dschwer@dalkim.com
19. **Operations:**
   **Name:** Bernard F. Doyle III   **Email:** brennie@quidditylle.net
20. **HR:**
   **Name:** Donald A. Newell        **Email:** danewell@quidditylle.net
21. **Client Services:**
   **Name:** Jan Kodatt             **Email:** jkodatt@quidditylle.net
22. **Legal:**
   **Name:** Bernard F. Doyle, Jr.  **Email:** bdoyle@d-b-law.com
23. **Compliance:**
   **Name:** Bernard F. Doyle, III  **Email:** brennie@quidditylle.net
24. **Trading Desk:**
   **Name:** Jason Knupp            **Email:** jknupp@quidditylle.net
25. **Accounting:**
   **Name:** Dave Staszak, CPA      **Email:** dave111@quidditylle.net
26. **Capital Allocation:**
   **Name:** Donald A. Newell        **Email:** danewell@quidditylle.net
27. **Risk Management:**
   **Name:** Kathy Winski           **Email:** kathy@quidditylle.net

# Quiddity LLC
## Diversified Program



### 28. Backgrounds of Principals & Senior Employees:

**Donald A. Newell, *Managing Member and President***

Mr. Newell brings extensive knowledge and success in options trading to Quiddity LLC, as well as practical entrepreneurial experience. His eight years as a market maker at the Chicago Board Options Exchange were marked by consistent financial success and the implementation of new ideas. In 1998, Mr. Newell, with two partners, founded Second City Trading LLC, a proprietary options trading firm specializing in both on and off-floor market making. As the firm's head trader, Mr. Newell was responsible for creating and implementing the firm's risk management policy; developing and running the trading desk; and overseeing the firm's 30 traders.

Mr. Newell left the CBOE trading floor in the summer of 2002 to join the family business, Sheridan Investments, Inc.(SII), a CTA with a single strategy of yield enhancement in the U.S. Treasury market. In 2001, Mr. Newell realized that the developing inverted yield curve would render the strategy inefficient, given its lack of diversification, and chose to close the program. After a year of analysis, Mr. Newell directed a team of programmers in an overhaul of the SII software. The software was enhanced to allow it to manage trading in multiple markets and to allow biased probability trading. Risk management constraints were also expanded. The addition of market diversification and probability biases were such significant enhancements to the program's capabilities, Mr. Newell determined to launch a new program and Quiddity LLC commenced trading in January 2003.

Whether trading on or off of the floor, Mr. Newell has successfully coupled an instinctual understanding of markets with implementation of precise systems. Mr. Newell holds a BA in Finance from the University of Illinois where he graduated in 1994 with Departmental Distinction.

**Bernard F. Doyle, III, *Senior Trader and Compliance***

Mr. Doyle brings a wide range of trading experience and analytical knowledge to Quiddity LLC. He started his career in trading in 1998 as an intern for Morgan Stanley Dean Witter, where he was eventually awarded autonomous, but supervised, operational control of the OTC retail precious metals desk. Following two summers of trading at Morgan Stanley, he joined Second City Trading LLC as a summer intern in 2000, where he began to learn the skills necessary to be a floor market maker. During the following school year at Tulane University, Mr. Doyle participated in the highly selective Burkenroad Program, which is a nationally recognized securities research program. Mr. Doyle was an analyst on the research team that modeled and consequently issued a research report on the cash flow, earnings, and stock price of Gulf Island Fabrication Inc. After graduation in 2001, Mr. Doyle rejoined Second City Trading LLC as a full time market maker apprentice and upstairs trader. In addition to learning the skills to trade options, Mr. Doyle also participated in the development of several technical trading and dynamic index trading programs. In May 2002 he joined Morningstar Inc., an independent mutual fund rating company,

4



# Quiddity LLC
## Diversified Program

as an Assistant Data Analyst. As a member of the special projects team Mr. Doyle specialized in 12b-1 fee structures and accounting issues. In January 2003, Mr. Doyle joined Quiddity LLC where he has continuously applied both his technical and fundamental backgrounds to contribute to the successful returns of the firm. In January of 2006, Mr. Doyle was made a principal of Quiddity LLC.

**Jason Knupp,** *Senior Trader* Jason brings a diverse knowledge of products and extensive options trading experience to Quiddity LLC. Jason entered the trading business in 1996 a month after graduating from Iowa State University with a Bachelor of Science in Finance. Jason joined Tague Securities and after the obligatory training program he became a market maker on the Chicago Board Options Exchange (CBOE). After Van der Moolen purchased Tague Securities, Jason became the Designated Primary Market Maker (DPM) for his pit. The role of the DPM at the CBOE is similar to a specialist on the New York Stock Exchange. Consequently, Jason was responsible for ensuring an orderly options market in several stocks including Eastman Kodak and Phillip Morris. In 2004 Jason left Van der Moolen to move to the futures business trading Chicago Mercantile Exchange products. Jason became a sole proprietor trading Eurodollars, currencies, energies, and index arbitrage. Jason joined Quiddity LLC in 2007. Jason will utilize his knowledge base in options and diverse futures products, along with the risk management learned as a DPM and a sole proprietor trader, to augment the capabilities of Quiddity LLC.

**Kathryn M. Winski,** *Risk Manager* Kathryn joined the Quiddity LLC team when trading commenced in early 2003. Her main responsibilities include portfolio analysis and risk management for all current Quiddity LLC trading programs. For the past 13 years, her responsibilities have encompassed trading room operations: trade execution, daily trade room routines, and system management. Kathy is an active participant in the ongoing evolution of Quiddity's proprietary software (QUIPS), with user interface and systems integration as primary responsibilities. From 1992 - 2001, Kathryn worked at Sheridan Investments and had an important role in the development and implementation of the earlier generation of the risk management software. Kathryn attended the University of Indiana in Bloomington.

29. **Employee Turnover:**
    R. Wallace replaced as Marketing Director by A. Davis in April 2007.
    K. Oldford pursuit of graduate degree February 2008.

30. **Percentage of Time Principals & Senior Employees Devote to Manager:**
    100% devoted to manager.

31. **Principals & Senior Employees Investment in Fund:**
    Depending on the particular individual there are those with 100% of liquid net worth to those with no investment at all.

# Quiddity LLC
## Diversified Program



**32. Compensation of Senior Employees:**
Salary and discretionary performance based bonus.

**33. Strategic Relationships, Affiliates, Sponsors and/or Partnerships:** None

**34. Restrictions on Employees' Personal Trading:**
No personal trading allowed in markets traded by the company.

**35. Code of Ethics:** Modeled on "Best Practice" and meets all NFA requirements.

**36. Anticipated Organization Growth:**
A research assistant and an addition risk management staff member will be the next hires. Back office automation allows trading levels to increase without more staff.

**37. Pending, Settled or Threatened Criminal, Civil or Administrative Proceedings:** None

## Product/Fund Information & Fund Structure

**38. Assets Under Management for Fund(s) w/Historical Data:**
As of August 1, 2008, assets under management totaled $67,000,000. Initial start up funds totaled $450,000 in January 2003.

**39. Status & Capacity:** Initial fund capacity is $500 million, strategy capacity $1 Billion.

**40. Single or Multiple Manager(s):**
Quiddity programs and funds will always be a single manager.

**41. Fund(s) Open for New Investment:** All are open

**42. Number of Qualified Eligible Participant Investors:** 29

**43. Number of Non-QEP Investors:** None, as all investors must be QEP.

**44. Classes of Investors:** Only one class of investors in fund.

**45. Exchange Listings:** Not listed.

**46. Minimum Investment:** Managed accounts $1,000,000. Fund investor $50,000.

**47. Subscription Periods:**
Monthly subscription for the pool and daily subscription for managed accounts.

**48. Lock-up Period & Redemption Rights:**
No Lock-up Period. Redemption Rights, daily for managed accounts, monthly for pool.

**49. Gate & Suspension of Redemptions:**
No suspension of redemptions is possible. Unrestricted redemption at any month end is allowed in our Funds. Managed accounts have no restrictions at all.

# Quiddity LLC
## Diversified Program

### 50. Fees, Hurdle, & High Water Mark:
Standard terms are a 2% annual management fee and a 20% incentive fee. Variations have been negotiated. New high water mark is basis for incentive fee.

### 51. Managed Accounts & Minimum:
Managed accounts are accepted with a minimum investment of $1,000,000. Fees are negotiable, but have historically been the equivalent of a 2%/20% structure.

### 52. Currency:
Historically all but one account have been denominated in US dollars. The single exception to date is a Swiss Franc (CHF) account. Quiddity is indifferent to the denomination, or home currency, of any account.

## Investment Strategy

### 53. Detailed Description of Investment Strategy:
Quiddity LLC structures probability based strategies that reflect our macroeconomic views on liquid market sectors. Probability based strategies have non-linear, or curved, performance profiles keyed to underlying probability distributions. Such profiles enhance profit potential and facilitate advanced risk management. Options are required to produce such positions. A combination of long and short positions captures the benefit of probability based trading and maintains the full hierarchy of risk management constraints (see point 64). Such strategies profit both above and below our entry points, and profit even if our biases are wrong, while adding significant profit when we are correct.

The graph below illustrates the probability based trading advantage when the bias is EURUSD will trade in a 132 to 144 range with a 55% probability of ending above 136 in 30 days. It will significantly out perform a simple "buy" strategy.



7



# Quiddity LLC
## Diversified Program

Unbiased market determined probability distributions are analyzed and used as the starting point in strategy development. Macroeconomic biases are developed using internal data analysis integrated with independent analysis from extensive public and private sources. Our proprietary software evaluates both biased and unbiased probability distributions, applying them to create nonlinear strategies that are profitable over a range of market prices, both up and down from initiation levels. Our experienced market maker traders find this software is a powerful tool that allows them to maximize risk-adjusted returns.

Quiddity strategies are planned and managed over 3 to 6 month expiration cycles, and performance is best evaluated over the full cycle, as we do internally. Daily and monthly returns volatilities are always higher than full cycle returns volatility. During each cycle, positions are evaluated continually and re-optimized to maximize risk-adjusted returns. This dynamic process generates roughly 40% of total trading returns, with the balance coming from the initial static projections. The other 60% comes from the initial strategy position (see discussion at point 65.)

Risk management is our first priority and is fully integrated into the strategy management process. A detailed description of our risk management hierarchy of constraints is provided at point 64 below. Probability based risk management is anticipatory, not reactionary, a significant advantage.

54. **Portfolio Investments:**

The Diversified Program investment is limited to highly liquid and fully transparent exchange traded futures and options contracts. Expiration dates rarely exceed six months, and average eighty days.

| Strategy Component Positions: | Average | Range |
|---|---|---|
| Long Options | 40% | 30-50% |
| Short Options | 55% | 40-60% |
| Long Futures/Cash | 3% | 0- 5% |
| Short Futures/Cash | 2% | 0- 5% |



# Quiddity LLC
## Diversified Program

### 55. Distinguishing Features of Strategy & Strategy "Edge":

Quiddity strategies are probability based. Market expectations of future price movements are always best expressed in probabilistic terms. Strategies keyed to underlying probabilities, either market determined or reflecting our macro bias, have nonlinear "payoff profiles" and will always outperform linear strategies on a risk adjusted basis. This unique approach provides a significant portion of Quiddity's overall "edge."

Our traders are experienced options market makers, with specific expertise in probability based trading. As "price makers" instead of "price takers" they establish positions advantageously and continually rebalance them to maintain optimality. As is frequently the case at successful money management firms, the experience of the traders is the most important single contributor to "edge."

Our traders are assisted by powerful proprietary analytic tools that reflect well over one hundred man-years of ongoing development effort. These tools are critical to market established probability distributions analysis and the application of our macroeconomic biases. They establish positions that are initially optimal in terms of risk adjusted expected returns (probability weighted), and facilitate the continuous re-optimization.

Research is a relatively minor source of "edge." Research results are extremely "broad brush," making precision forecasts is not an element in Quiddity's success. Strategies will profit when the research bias is wrong, but provide strong incremental profitability when the bias is correct.

The relative importance of these four sources of "edge," or value added by Quiddity is illustrated in the graph to the right. The element labeled "macro bias" represents the contribution from our macro research.



Value Added Contributors

### 56. Effects on Strategy of Asset Growth & Capacity Constraints:

Given the highly liquid markets in which the strategy may invest, there is no anticipated capacity constraint. An initial limitation of $500 million will be self-imposed to verify market liquidity remains adequate before additional assets are accepted. When this level is reached a hold for three to six months will be done for assessment.

### 57. Most Favorable Types of Market Conditions:

Normal markets that conform to expected probability distributions. This includes range bound markets as well as markets that are trending moderately.



# Quiddity LLC
## Diversified Program

**58. Least Favorable Types of Market Conditions:**

Periods of extreme expansion in implied volatility, and exceptionally strong short-term price trends that were not anticipated are the two potential adverse conditions. A volatility expansion of over 35% in one day, or 65% in one to two weeks, creates severe distortions in spread relations between individual options. Such episodes have been rare historically, and have only occurred in the equity index sector in the period covered by our track record. Quiddity's experience in these equity market shocks, historically large expansions in 2006 and thrice in 2007, established that even in the worst case mark-to-market performance is only temporarily impacted. A return to long-term trend profitability is achieved within one to two months, well before expiration of the strategy impacted. Exceptionally strong price trends in any market can also have had temporary adverse impacts.

**59. Detailed Description of the Most Volatile Period Since Inception:**

As noted in point 58, extreme expansion in implied volatility, the basis of pricing options, creates severe distortions in option price relations. Because Quiddity strategies typically employ a variety of option spreads, such distortions can result in temporary mark-to-market losses. However, the spread relations must return to normal by option expiration. The four most volatile periods in the modern option era (post 1987) have occurred in the last eighteen months. The July/August 2007 period was by far the most volatile.



We learned a great deal from the events of May and June 2006, and made significant enhancements to our risk management systems in the second half of 2006. The equity market crash of February provided additional insight that lead to further improvements. The July and August 2007 stock market melt down provided an extreme stress test and validated the merits of these modifications, as performance was positive in every week during two months of market chaos. The event in November confirmed the improvements, as illustrated in the chart above. (More comment at point 96.)

# Quiddity LLC
## Diversified Program



### 60. Historical Performance:

| Composite | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | Related Statistics | |
|---|---|---|---|---|---|---|---|---|
| January | 1.04% | 1.74% | 2.38% | 0.15% | 2.02% | 1.23% | Average annual return | 12.6% |
| February | 3.35% | 5.67% | 1.02% | 0.85% | -3.84% | -0.68% | Annualized standard deviation | |
| March | 0.83% | 0.01% | 0.83% | 1.03% | -6.06% | 0.25% | From inception | 9.4% |
| April | 7.11% | -4.03% | -0.50% | -0.14% | 7.09% | 1.68% | Currently | 4.9% |
| May | -2.35% | -0.25% | 1.18% | -9.83% | 3.05% | 1.32% | Maximum drawdown - m.o.m. | -10.0% |
| June | 0.97% | 3.67% | 1.57% | 4.36% | -1.06% | 2.66% | Recovery (trading days) | 38.00 |
| July | -3.62% | -0.17% | 0.71% | 2.90% | 3.25% | 0.64% | % Quarters with gain | 81.8% |
| August | 0.17% | 0.72% | -0.56% | 2.83% | 1.08% | | Average profitable quarter | 4.3% |
| September | 3.22% | 4.15% | 3.14% | 2.28% | 3.45% | | Average loss quarter | -3.5% |
| October | -2.05% | -0.07% | 0.12% | 1.57% | 1.17% | | Largest quarterly gain | 9.2% |
| November | 1.38% | 0.65% | 2.19% | -2.88% | 3.47% | | Largest quarterly loss | -7.4% |
| December | 4.48% | 0.90% | 1.29% | 3.26% | 0.39% | | Sharpe ratio w/o interest | 1.33 |
| Year | 14.96% | 13.40% | 14.14% | 5.71% | 14.17% | 7.28% | Correlations: | |
| | (Compounded Monthly) | | | | | | CTA Index | 0.05 |
| | **July 2008 return is a preliminary estimate** | | | | | | Hedge Fund Index | 0.14 |
| | Returns include less than .75% interest income per year | | | | | | S&P 500 | 0.17 |

### Description of Calculations for Performance Figures:

The performance documented in the accompanying track record is a composite of all accounts prepared in conformance to all prescribed NFA standards, and was reviewed in a routine NFA audit in March 2006. All figures are actual results. Fee structure varies between accounts, but all approximate our standard 2% management fee and 20% incentive fee. Managed accounts reflect no interest income, and the composite performance table shown above, interest income is less than 0.75% annually. Quiddity LLC has two funds through December 2007 in the composite that were audited annually by an outside CPA firm.

# Quiddity LLC
## Diversified Program

## Investment & Research Process

### 61. Detailed Description of Investment & Research Process:

As noted at point 55, research is a relatively minor source of "edge." Research results are extremely "broad brush," making precision forecasts is not an element in Quiddity's success. Strategies will profit when the research bias is wrong, but provide strong incremental profitability when the bias is correct. Fundamental macro-economic views define expected probability distributions for periods of 30 to 180 days. Data and independent analysis from extensive public and private sources is distilled into market sector forecasts, and then translated into specific "biased" price probability distribution forecasts.

In each market sector traded, four price range scenarios are possible:

> Market will remain largely unchanged
>
> Upward price bias (probability of higher price is over 50%)
>
> Downward price bias (probability of lower prices is over 50%)
>
> Market will be either sharply higher or lower (special situations)

The research process graphically:



# Quiddity LLC
## Diversified Program



### 62. Sources of Investment Ideas:

As discussed in detail at points 53, 54 and 65, Quiddity uses a probability based approach that is the principal ongoing investment idea, and a significant source of our "edge". The structure demanded by this probability based approach provides for conceptual input in several areas. First is the development of biases to apply to market determined probability distributions. As noted in the previous point and at point 64, this is a "broad brush" element that adds only modestly to the Quiddity "edge." Second is the identification of pricing anomalies that may be profit generators. Viable examples tend to be time dependent and are identified by our software. Traders with market making experience can identify similar opportunity from the flow of live quotes. Option trading is still predominately done through open outcry, and large multiple leg orders can provide real opportunities.

## Risk Management & Portfolio Construction

### 63. Detailed Description of Risk Management Policies:

Probability analysis is the foundation of risk management, and is used to manage expected volatility through time by limiting expected (probability weighted) losses. Effectively this is a probabilistic approach to Sharpe ratio optimization.

A hierarchy of probability based risk constraints is maintained, determined by market established (unbiased) probability density functions. Examples of target constraints:

- Maximum acceptable losses at various probabilities;
  (e.g. breakeven at $\pm 2 \sigma$, no loss over 2% at $\pm 3 \sigma$)

- Minimum time passage for full loss recovery, without position changes; and
  (e.g. today's $3 \sigma$ losses to be recovered in less than 30 days)

- Constraints on probability weighted losses at all times.
  (e.g. worst tail weighted losses must be under 1%)

Conditional expected losses (CEL), or "tail risk," are explicitly controlled to insure that loss exposure never exceeds that of a linear payoff profile with a comparable $3 \sigma$ downside.

Shock analysis based constraints are also maintained against "event risk" and correlation breakdown losses.

Value at Risk (VaR) provides an industry recognized portfolio constraint that supplements our proprietary risk metrics, but is not of practical use.

Probability based risk management is proactive, not reactive. Risk constraints are maintained at all times by internal elements of the positions, making stop-loss orders unnecessary.

13



# Quiddity LLC
## Diversified Program

Risk management is the top priority at all times at Quiddity LLC, and efforts to improve it are ongoing. As noted in point 59, we benefit from our experience. Risk exposure by any metric has been radically reduced over the last eighteen months, while ongoing performance potential has improved. Because all of the QED strategies are executed with liquid and transparent exchange traded contracts, exchange established margin requirements provide an objective arm's length indication of position risk. In 2007 average margin required was under 15% of trading level in the unleveraged program, as compared to well over 30% in prior years. During the second half of 2007 the QED program was profitable every month, and average margin was only 9%. Future improvements are not likely to achieve as dramatic reduction.



A brief review of performance (point 60) shows that it has improved even as position risk has been reduced sharply. Note that annualized volatility is only 9.9%, and correlation with all assets groups is low.

Five years of learning from our experience and modifying our strategies accordingly has made the QED program an increasingly attractive investment. Fundamental market behavior has changed at an unprecedented pace in the last two years, and we expect this transformative process to continue, even to accelerate. We view this as opportunity, not problematic.



# Quiddity LLC
## Diversified Program

### 64. Targeted Risk/Return Profile:

As discussed at points 54, 55, and 59, Quiddity strategies are probability based. This means that the Risk/Return profile reflects the underlying market established probability distribution of future prices for the security at issue. Defined probability expectations lead to strategies that profit over a range of prices, with returns that are proportionate to their probabilities of occurring. Profit potential is greatest at price levels with a high probability of occurring, while loss exposure is limited to price levels with very low associated probabilities. The expected value of the biggest potential loss tail (potential total losses weighted by their associated probability of occurring) is constrained to be less than 1% at all times, while maximizing expected profits.

The graph below illustrates a typical Risk/Return Profile as it evolves from inception to expiration. Key characteristics:

Rate at which profit at highly probable price levels grows

Rate at which range of profitable prices expands

Minimizing potential losses to keep their probability weighted total value under 1%.

Recover of short term mark-to-market losses within specific time frame



# Quiddity LLC
## Diversified Program

**65. Number of Positions Long & Short:**

Specific positions are structured to best generate the desired probability based Risk/Return Profile, both initially and as it evolves over the strategy's life. Risk constraints always limit the degree to which a strategy can be both net long or short options and net long or short the market. In options terminology there are constraints and all of the "Greeks", especially Gamma, Vega, and Delta. There is no other explicit effort to determine the number of long and short positions. Longer-term average positions are detailed at point 54, and are fairly stable over time. Risk constraints are the primary determinate of allocation between market sectors. Position size, as measured by risk metrics, is increased in the sector with the best risk adjusted return until at the margin another sector becomes superior. Each sector must stand on its own risk metrics, although the diversified portfolio is constantly evaluated to verify that in total its risk metrics are less than the sum of the individual sectors.

**66. Trading, Cash Management, Holding Period for Positions & Portfolio Turnover:**

Trading consists of three activities: initiating strategies, ongoing optimization of strategies, and closing of any remaining positions at strategies expiration.

Margin utilization is the primary form of cash management. Average utilization is targeted below 15%, while peak utilization is not to not exceed 40%. Funds in excess of margin are invested in minimum risk securities.

Holding periods for strategies are tied to final expiration, typically 30 to 90 days, and at most 150 days. Individual components of any single sector strategy are subject to ongoing rebalancing to maintain optimum risk and return characteristics, as discussed at 65.

Four to six strategies are typically open at any one time, each in an individual macroeconomic sector, and have an average life of two months. Portfolio turnover on a strategy basis is therefore six times a year. Individual positions turn more frequently, with individual contract turn over of between eight and ten times annually.

**67. Position Sizes:**

Position sizes are determined primarily by the hierarchy of risk constraints (point 64), and secondarily by margin requirement management.

**68. Leverage Policies:**

External leverage in the form of borrowing is not used. Leveraging in terms of margin utilization as a percent of equity is actually deleveraging at only 0.1 to 1 on average, and 0.4 to 1 with extreme margin utilization.

**69. Portfolio Exposure Limitations:**

Our risk constraint hierarchy (see point 64) strictly limits exposure. Strategies are constructed with internal hedges to meet risk limits over all possible prices. These probability based constraints maintain a theoretical limit of a 20% of loss given a six standard deviation event (1 in 100,000). The practical exposure in the Diversified Program is less than half this level. With current methodology the draw down in the worst period of volatility ever (point 59) was under 10%.

16

# Quiddity LLC
## Diversified Program

**70. Spread Risk Limitations:**
Spreads are a significant component of our positions, and the risk constraints and exposure limits (points 64 and 80) expressly factor in spread behavior on a probabilistic basis.

**71. Geographic Exposure Limitations:**
Other than FX, exposure is limited to US and European exchange traded contracts on major equity indices, government fixed income securities, and industrial commodities. To the extent that FX exposure exists, it is limited to the G8 countries presently, and will expand to include China in the event the Renimbi floats.

**72. Liquidity Limitations:**
Investment and trading is restricted to only the most liquid and transparent markets. Liquidity in the Chicago Mercantile Exchange FX complex is adequate, but is the least liquid market traded in the Program. A self-imposed ceiling on assets of $500,000,000 will be maintained until it is established that addition funds will not pose a problem.

**73. Stop-Loss Levels:**
Probability based risk management is proactive, not reactive. Risk constraints are maintained at all times by internal elements of the positions, making stop-loss orders unnecessary. Refer to discussion at point 64 and 65.

**74. General Risks of the Strategy:**
The low margin utilization (points 63 and 66) and use of only highly liquid and transparent securities (point 54) make the program's general risk exposure

**75. Most Prominent Risk of the Strategy:**
Reference points 59 and 60. Note that the impact of extreme expansions in volatility or of extreme short-term price changes is transitory. By expiration any mark-to-market losses will usually be more than fully recovered. The graph below illustrates that as a group all strategies expiring in any given quarter were profitable over their full term.



17



# Quiddity LLC
## Diversified Program

**76. Analysis of Largest Historical Peak to Trough Draw downs as of Month-end:**
In May 2006 the emerging markets melt down triggered the then largest spike in options implied volatility in modern (post 1987) option market history (reference point 59). This caused a temporary mark-to-market loss of 9.86%. Adding the unrelated April loss of 0.14% brought the total draw down to 9.97%. This loss was fully recovered by mid August without material adjustment to the positions, because the distortions in option spread relations returned to normal as the September expiration approached.

**The Program's sensitivity to market volatility has been greatly reduced as was illustrated in July and August 2007.** As illustrated in the chart at point 59, the market volatility spike was double that occurring in 2006, but the series of enhancement made in 2006 and early 2007 resulted in profitable performance throughout the market crisis.

## Operations & Administration

**77. Process for Investing New Capital:**
It is fully invested to match existing open position as soon as market conditions permit. Typically from one to three weeks are required to reach full commitment.

**78. Process of Allocating Trades Among Accounts:**
1) All trades are done as block orders, with each account (fund or managed account) receiving positions in proportion to their relative equity.
2) Allocate trades in the proper ratio of account size if a full trade is executed.
3) Allocate contracts to bring accounts into line.
4) Allocate contracts to adjust deltas if account is out of line because of partial fills or adjustment in size of the account.
5) In the rare event that there is a split fill the average price of the trade will be utilized when available.
6) In the event that an average price cannot be utilized the High/Low Prices will be allocated starting with largest account in dollar terms down to smallest.
7) Trade allocation will be provided promptly to the FCM.

**79. Tracking of Individual Positions & Portfolio Allocations:**
Multiple redundant approaches are used and crossed checked. A daily trade log is maintained and confirmed with brokers by 3:30p.m. daily. Proprietary system management software tracks plans as they are executed both by market sector and account and then is crossed checked against the trade log by 4:00p.m. daily. Brokerage statements are reviewed each morning independently by risk management, accounting, and trade operations, and reconciled to the systems count each morning before 7:00 a.m.

**80. Quality of Trade Execution:**
As former market makers, our traders are extremely sensitive to the quality of execution. In the majority of trades they are "price makers" not "price takers," insuring that quality is excellent. Multiple quotes are always received to insure prices are competitive. Slippage is not a concern.

# Quiddity LLC
## Diversified Program

### 81. Policy/Procedures for Marking of Positions:
All positions are exchange traded and therefore marked by the exchange daily. Quiddity has no role in marking prices, which insures for full transparency.

### 82. Calculation of Net Asset Value:
A precise calculation of NAV is made at calendar month-end, when actual interest income, operating expenses, and fees are determinable. A month to date estimated change in NAV is done daily with actual settlement prices and estimates of other income, expense and fees.

### 83. Cash & Position Movements out of Funds:
Positions are never moved out of funds. If an investor were to transfer, then positions would be closed in the existing fund and opened in the new fund with two individual trades. Cash movement out is limited to payment of direct obligations of the fund, primarily trading manger fees, audit fees and bank charges, and to investor redemptions.

### 84. Use of Computer Technology & Automation:
Given that our proprietary software, reflecting over 100 man-years of development time accounts for 40% of our "edge", the use of computers is extensive. The ratio of computers to employees is approaching 3:1.

### 85. Types and Timing of Reports/Information to Investors:
Fund investors receive un-audited financial statements monthly and a month narrative report. Audited financial statements are received along with form K-1 annually. Any reasonable investor question is answered promptly.

### 86. Details of all Soft Dollar Arrangements:
None.

### 87. Backup/Disaster Contingency Plans:
Full back-up of all data is maintained at two separate external locations, updated daily. Operational capabilities are also maintained at two separate locations outside of the Chicago loop to allow trading to continue without interruption.

### 88. Third-Party Representatives:
No contractual relations exist with third party representatives. Quiddity will accept "walk in" introductions and negotiate appropriate compensatory agreements with third party agents.

### 90. Client Base:
Limited to Qualified Eligible Person (QEP) in both fund and managed accounts.

### 91. Compliance:
The firm has a compliance officer and follows all NFA guidelines and regulations. One NFA audit has been completed without material incident.



# Quiddity LLC
## Diversified Program

**92. Commissions and annualized trading volume:**
Both trading volume and commission costs per contract traded have been reduced steadily since inception. Further reductions in costs per contract may occur, but annualized trading volumes will remain near 4,000 per $1,000,000 of equity per year.



**93. List of Service Providers:**

ABN (FX research)
Bloomberg (data and analysis)
CQG (data and analysis)
Credit Suisse (Macro research)
Stress Free Business Solutions (IT and disaster backup)
Doyle and Bolotin LTD (Legal and Compliance)
Newedge (execution and clearing)
Goldman Sachs (Macro research)
Humana (Health insurance)
J-Trader / Patsystems (electronic trading platform)
MF Global (execution, clearing, and fixed income research)
Masters Capital (Macro and equity research)
Mizuho (execution and clearing)
Northern Trust (Corporate and Fund Banking)
Paylocity (Payroll services)
Probability Analytic Research (Macro research)
Ryan & Juraska (Auditing, accounting consultation)
Speakeasy (Commutations and Disaster redundancy)
UBS (FX research)
XFA (execution)



# Quiddity LLC
## Diversified Program

### 94. Competitive Summary

Five years of learning from our experience and modifying our strategies accordingly has made the QED program an increasingly attractive investment. Fundamental market behavior has changed at an unprecedented pace in the last two years, and we expect this transformative process to continue. We view this as opportunity, not problematic.

The Quiddity Earnings Diversification program now has a five-year track record, which has shown the benefits of experience. Volatility has dropped to 9.9% from an initial level of 15%. Absolute performance has improved concurrently: the last twelve months return of 14.5% compare to a five year average of 12.7% per year. As discussed at point 63, risk as measured by exchange established margin utilization has dropped dramatically in the last 18 months.

Risk exposure by any metric has been radically reduced, as noted in point 63. Because all of the QED strategies are executed with liquid and transparent exchange traded contracts, exchange established margin requirements provide an objective arm's length indication of position risk. Average margin utilization has ranged between 5% and 15% for most of 2007 and should average less than 15% on an ongoing basis. This is a dramatic reduction from the average of 37% that prevailed from 2003 through 2006, as illustrated in the chart on page 14. Future improvements are not likely to achieve as dramatic reduction.

On an absolute basis, performance versus major benchmarks is clearly competitive. On a risk adjusted basis, it becomes compelling.



Cumulative Returns From January 2004

Hedge Fund and CTA Indices Courtesy Barclay Hedge Ltd.

21



# Quiddity LLC
## Diversified Program

## 96.  Recent Enhancements

While efforts to improve our programs are continuous, the enhancements made in response to the equity market volatility spikes in May-June 2006 and February-March 2007 were especially important. Volatility shocks can cause a myriad of distortions in option prices and price spread relationships. Over time these return to normal, by expiration at the very latest. However, the mark-to-market P&L impact in the short term can be serious.  In the 2006 event, distortions arose that were more extreme than ever witnessed before. We at Quiddity studied these and made a series of strategy changes to adjust for them.  The shock in early 2007 was more serious than the 2006 event, but because of the 2006 enhancements the short term P&L impact on the QED program was less than half as large, and the recovery of mark-to-market losses faster.  Further lessons were also learned from this shock, and additional program refinements resulted in late March.  The benefit of these strategy improvements was clearly demonstrated over the last ten months, beginning in April 2007. (Reference point 59).



July-August market chaos provided a definitive stress test.  It was significantly worse than either of the earlier events and caused wide spread havoc for many investment programs.  The QED program was profitable every week during July and August 2007.  November provided another "event" almost as severe as the summer one, while QED performance was well above its five year average, confirming that the strategy enhancements have tamed the short term risks inherent in volatility spikes.  January 2008 QED performance demonstrates continuing stable uncorrelated portable Alpha.